# In the United States Court of Federal Claims

**No. 94-522C**

**(Filed September 29, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST ANNAPOLIS BANCORP, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## AMENDED SCHEDULING ORDER

---

In a May 30, 2006, conference regarding the issues to be presented at trial, the Court requested that the parties brief the issue of waiver of Defendant's prior material breach claims with regard to service corporation investments along with their post-trial briefs. On September 18, 2006, the parties filed their post-trial briefs on prior material breach and waiver, but only briefed waiver of the shareholder loans theory, and did not brief the issue of waiver of prior material breach based on service corporation investments.

Accordingly, the Court orders the parties to file their post-trial reply briefs by **October 4, 2006**. The parties are to include in these reply briefs the issue of waiver of the service corporation investments claims.

**/s/ Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**