**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff, First Annapolis Bancorp, Inc., by and through counsel, respectfully requests leave to file its Reply Brief to Defendant's Post-Trial Brief in excess of the limit of 20 pages, as set forth in Rule 5.2(b)(2) of the Rules of this Court, and as grounds therefore states as follows.

1. On September 18, 2006, Plaintiff filed its Post-Trial Brief herein, which, in compliance with Rule 5.2(b)(1), was 39 pages long.

2. On September 18, 2006, Defendant filed its Post-Trial Brief herein, which was 57 pages long. Defendant did not file a Motion for Leave to exceed the page limit of 40 pages set forth in Rule 5.2(b)(1).

3. On September 9, 2006, the Court entered an Order herein, in which the Court asked the parties in their Reply Briefs to brief the issue of waiver of the defense of a prior material breach of contract on grounds of investments in service corporations.

4. In response to the September 9, 2006 Order, Plaintiff has prepared a Reply Brief, which is 30 pages long. The last ten pages of the Reply Brief address the issue of waiver of the defense of a prior material breach of contract on grounds of investments in service corporations, requested by the Court. Without this additional argument, Plaintiff

would have complied with the limit of 20 pages. Plaintiff will be filing its Reply Brief electronically in conjunction with this Motion.

5. It was necessary for Plaintiff to exceed the page limit of 20 pages to respond to the 57 page Brief filed by the Government and to address the new issue of waiver of the defense of a prior material breach of contract on grounds of investments in service corporations, as requested by the Court.

WHEREFORE, Plaintiff, First Annapolis Bancorp, Inc., respectfully requests that its Motion for Leave be granted.

Respectfully submitted,

Dated: October 4, 2006

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202)537-0700
Facsimile: (202)364-3664

*Attorney for Plaintiff*
*First Annapolis Bancorp, Inc.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Exceed Page Limit, filed by Plaintiff, First Annapolis Bancorp, Inc., it is this _____ day of 2006 hereby

ORDERED, that said Motion is granted, and it is further

ORDERED, that Plaintiff's Reply Brief to Defendant's Post-Trial Brief is hereby deemed to be filed in the record herein as of October 4, 2006.

______________________________
United States Court of Federal Claims

Copies to: counsel of record

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October 2006, a copy of the foregoing Motion and Order was filed electronically pursuant to the Electronic Case Filing procedures of the United States Court of Federal Claims, with service by Notice of Electronic Filing to the designated attorneys and parties of record.

s/Dale A. Cooter
Dale A. Cooter