# EXHIBIT A

Federal Home Loan Bank Board

1475 Peachtree Street, N.E., Atlanta, Georgia 30309 • 404/888-8000
P.O. Box 105565, Atlanta, Georgia 30348

Office of
Supervisory Agent

August 11, 1988

FHLBB No. 1557

Mr. Douglas A. Parran, Jr.
President
First Annapolis Savings Bank, FSB
2024 West Street
Annapolis, Maryland 21401

Dear Mr. Parran:

In response to your request, and in accordance with the service corporation investment limitation forbearance granted by the Federal Home Loan Bank Board ("FHLBB"), please be advised that the Supervisory Agent will neither take, nor recommend that the FHLBB or Federal Savings and Loan Insurance Corporation take, any supervisory action against First Annapolis Savings Bank, FSB, for failure to comply with the limitations of 12 C.F.R. Section 545.74(d) with respect to presently existing service corporation investments which have been identified in the schedule prepared by the institution as of July 31, 1988, and submitted to the Supervisory Agent on August 10, 1988, so long as First Annapolis complies with the requirements of FHLBB Resolution 88-602 pertaining to compliance with its Business Plan and, so long as it shall remain in effect, the requirements of the Supervisory Agreement dated July 8, 1987, between First Federal Savings and Loan Association of Annapolis and the Federal Home Loan Bank of Atlanta.

Sincerely,

Betsy A. Brown

Betsy A. Brown
Supervisory Agent

007903