# EXHIBIT B

EXHIBIT
Paran 10
7/23/99 alb

Ex. No. 8
5/14

JULY 31, 1988

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Committed 1% Loan Category | Disbursed 1% Loan Category | 2% Category Lines, ect. | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Forest Mills | $2,151,987 | $800,000 | 1st qtr 1990 | $5,300,000 | $3,861,501 | | | | |
| Northampton | $2,500,737 | $500,000 | 2nd qtr 1989 | $5,640,000 | $4,761,833 | | | | |
| t.Noothampton | | | 2nd qtr 1989 | $1,086,600 | $1,086,600 | | | | |
| White Rocks | $1,949,123 | $75,000 | 4th qtr 1988 | $1,660,000 | $1,660,000 | | | | Cash Bond-assign. of savings acc P.B. Co. w/mgmt. hold |
| Ordnance Rd | $1,681,671 | $592,500 | 3rd qtr 1989 | $3,250,000 | $2,203,612 | | | | Delta's partnership interest to be sold 88-4 |
| Clarys Woods | $210,853 | $164,000 | 4th qtr 1988 | $294,750 | $119,812 | | | | |
| Vanguard | $506,794 | $800,000 | 2nd qtr 1990 | $600,000 | $600,000 | | | | |
| Solomons Landing | $1,596,343 | ($250,000) | 4th qtr 1990 | $1,400,000 | $1,400,000 | | | | |
| Shepherds Glen | $166,408 | $530,000 | 4th qtr 1989 | $2,900,000 | $1,173,718 | | | | |
| Oak Springs | $120,407 | ($400,000) | 4th qtr 1988 | | | $1,868,950 | $846,935 | | Settled 3 lots this month Total for quarter - 8 |
| M-Laurel II | $70,000 | $100,000 | 3rd qtr 1988 | | | $0 | $0 | $0 | Delta's partnership interest to be sold 88-3 |
| GBD 2 | $1,950,222 | $300,000 | 3rd qtr 1988 | | | $2,812,226 | $2,812,226 | | Delta's partnership interest to be sold 88-3 |
| 22 W Allegheny | $350,900 | ($486,500) | 3rd qtr 1988 | | | $0 | $0 | | Delta's partnership interest to be sold 88-3 |
| Crescent | $448,518 | | | | | | | $700,000 | |
| Investment in Stocks all Service Corps | | | | | | | | $1,891,650 | |
| Mortgage pay FF | | | | | | | | $193,800 | |
| Notes Pay FF | | | | | | | | $16,547,864 | |
| | $13,703,963 | $2,825,000 | | $22,131,350 | $16,866,276 | $3,081,176 | $2,859,161 | $19,333,314 | |

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual/Projected Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $826,397,971 x 2% = | $16,527,959 | - | $19,333,314 = | ($2,805,355) |
| 1% Category | $826,397,971 x 1% = | $8,263,980 | - | $3,081,176 = | $5,182,804 |
| Conform Loans no longer allowable | | $0 | - | $22,131,350 = | ($22,131,350) |
| | | $24,791,939 | - | $44,545,840 = | ($19,753,901) |

WOQ396 0270 FIRST ANNAP 94-522C WIN BOX # WC00004574 ACC # 4 OF 8 REGIONAL BOX # SE239 OTS DOCUMENTS FOR 1ST 30 CASES 8TH FLOOR AGENCY FUNCTIONS FILE ROOM DOCKET NO 1557 AUTHORIZATION INFORMATION RETRIEVAL 910517

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER