# EXHIBIT E

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER F-FA-A-0041385

Exhibit D to Board Minutes of 9/21/88

AUGUST 31, 1988

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Committed 1% Loan Category | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Forest Mills | $2,169,972 | $800,000 | 1st qtr 1990 | $5,800,000 | $4,420,608 | | | | |
| Northampton | $1,936,548 | $500,000 | 2nd qtr 1989 | $6,140,000 | $5,767,899 | | | | |
| Noothampton | | | 2nd qtr 1989 | $1,086,600 | $1,086,600 | | | | Cash Bond-assign. of savings acc |
| White Rocks | $2,003,372 | $75,000 | 4th qtr 1988 | $2,160,000 | $2,160,000 | | | | P.G. Co. w/mgmt. hold |
| Ordnance Rd | $1,739,446 | $592,500 | 3rd qtr 1989 | $3,750,000 | $2,741,017 | | | | Delta's partnership interest to be sold 88-4 |
| Clarys Woods | $210,853 | $164,000 | 4th qtr 1988 | $584,270 | $274,142 | | | | |
| Vanguard | $535,235 | $800,000 | 2nd qtr 1990 | $600,000 | $600,000 | | | | |
| Solomons Landing | $2,061,543 | $3,700,000 | 4th qtr 1994 | $1,400,000 | $1,400,000 | | | | |
| Shepherds Glen | $3[illegible]3,363 | $550,000 | 4th qtr 1989 | $2,900,000 | $1,551,834 | | | | |
| Annap. Overlook | $1,540,000 | | 3rd qtr 1992 | $235,000 | $171,058 | | | | |
| Oak Springs | $53,839 | $0 | 4th qtr 1988 | | | $523,951 | $450,469 | | |
| M-Laurel II | $70,000 | $100,000 | 4th qtr 1988 | | | $0 | $0 | $0 | Delta's partnership interest to be sold 88-4 |
| GBD 2 | $2,025,938 | $300,000 | 3rd qtr 1988 | | | $2,508,254 | $2,508,254 | | Delta's partnership interest to be sold 88-3 |
| 22 W Allegheny | $0 | ($406,500) | 3rd qtr 1988 | | | $0 | $0 | | sold |
| Crescent | $460,518 | | | | | | | $700,000 | |
| Investment in Stocks all Service Corps | | | | | | | | $1,891,650 | |
| Participations | | | | | | | | $1,344,274 | |
| Mortgage pay FF | | | | | | | | $193,643 | |
| Notes Pay FF | | | | | | | | $17,322,864 | |
| | $15,167,047 | $7,175,000 | | $24,655,870 | $20,173,158 | $3,038,205 | $2,958,723/ | $21,452,431 | |

C053051

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual/Projected Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $754,186,680 x 2% = | $15,083,734 | - | $21,452,431 = | ($6,368,697) |
| 1% Category | $754,186,680 x 1% = | $7,541,867 | - | $3,038,205 = | $4,503,662 |
| Conform Loans no longer allowable | | $0 | - | $24,655,870 = | ($24,655,870) |
| | | $22,625,600 | | $49,146,506 = | ($26,520,906) |

SA 0390

of 4/19/89

31-Mar-89

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|
| Forest Hills | $2,379,285 | $500,000 | 1st qtr 1990 | $5,800,000 | $4,947,066 | | | |
| Northampton | $2,539,397 | $400,000 | 4th qtr 1989 | $6,140,000 | $5,986,703 | | | |
| Northampton | | | 4th qtr 1989 | $1,062,003 | $1,062,003 | | | Cash Bond-assign. of say P.G. Co. w/mgmt. hold |
| White Rocks | $2,388,531 | $100,000 | 3rd qtr 1989 | $2,160,000 | $2,160,000 | | | Delta's partnership interest to be sold 89-2 |
| Ordnance Rd | $2,127,372 | $250,000 | 2nd qtr 1990 | $3,750,000 | $3,136,007 | | | |
| Clarys Woods | $104,988 | $164,000 | 3rd qtr 1989 | $873,150 | $396,636 | | | |
| Vanguard | $982,744 | $800,000 | 4th qtr 1990 | $600,000 | $600,000 | | | |
| Solomons Landing | $5,615,364 | $3,700,000 | 2nd qtr 1994 | $1,400,000 | $1,400,000 | | | |
| Shepherds Glen | $511,812 | $350,000 | 3rd qtr 1990 | $2,713,700 | $2,085,747 | | | |
| Annap. Overlook | $2,224,335 | $1,843,564 | 3rd qtr 1992 | $235,000 | $231,558 | | | |
| First Omni Assoc | $190,606 | $1,182,914 | 1st qtr 1992 | $2,192,000 | $2,192,000 | | | |
| 680 2 | $2,607,708 | $300,000 | 2nd qtr 1989 | $2,500,820 | $2,500,820 | $2,607,708 | | Delta's partnership interest to be sold 89-2 |
| Crescent | $533,663 | | | | | | $2,000,000 | Line of credit to be terminated in April 1989 |
| Investment in | | | | | | | $1,916,650 | |
| Stocks all Service Corps | | | | | | | $984,000 | |
| Participations | | | | | | | $375,546 | |
| Mortgage pay FF | | | | | | | $19,015,156 | |
| Notes Pay FF | | | | | | | | |
| | $22,125,005 | $9,590,478 | | $29,426,673 | $26,618,510 | $2,607,708 | $24,211,352 | |

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual/Projected Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $764,705,692 x 2% = | $15,294,114 | - | $24,211,352 = | ($8,917,238) |
| 1% Category | $764,705,692 x 1% = | $7,647,057 | - | $2,607,708 = | $5,039,349 |
| Allow. under forbearance | $20,843,698 x 50% = | $10,421,849 | - | $29,426,673 = | ($19,004,824) |
| | | $33,363,020 | - | $56,245,733 = | ($22,882,713) |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
F-FA-A-0041736

C053393

LIM MARCH



CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER FFA029 1043

Exhibit F to Board Minutes of 6/21/89

31-May-89

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|
| Forest Hills | $2,435,650 | $500,000 | 1st qtr 1990 | $5,800,000 | $5,187,275 | | | |
| Northampton | $2,738,341 | $400,000 | 4th qtr 1989 | $6,140,000 | $5,916,130 | | | |
| Northampton | | | 4th qtr 1989 | $1,862,083 | $1,862,083 | | | Cash Bond-assign. of savings acct. to P.G. Co. w/mgmt. hold |
| White Rocks | $2,501,852 | $100,000 | 3rd qtr 1989 | $2,160,000 | $2,160,000 | | | Delta's partnership interest to be sold 89-2 |
| Ordnance Rd | $2,329,764 | $250,000 | 2nd qtr 1990 | $3,750,000 | $3,181,697 | | | Lot 2 is under contract for 5.4 million |
| Clarys Woods | $184,988 | $164,000 | 3rd qtr 1989 | $873,150 | $591,240 | | | |
| Vanguard | $1,546,027 | $800,000 | 4th qtr 1990 | $600,000 | $600,000 | | | |
| Solomons Landing | $6,827,211 | $3,700,000 | 2nd qtr 1994 | $1,400,000 | $1,400,000 | | | Construction loan will be financed by FASB within 30 days |
| Shepherds Glen | $874,984 | $350,000 | 3rd qtr 1990 | $2,263,700 | $1,884,749 | | | |
| Annap. Overlook | $2,353,404 | $1,843,564 | 3rd qtr 1992 | $235,000 | $231,558 | | | Bank of Baltimore is interested in the full financing |
| First Omni Assoc | $377,447 | $1,182,914 | 1st qtr 1992 | $2,192,000 | $2,192,000 | | | MNB has issued a commitment for acquisition & construction which will pay off FASB within 30 days |
| GBD 2 | $2,624,832 | $300,000 | 2nd qtr 1989 | $2,499,886 | $2,499,886 | $2,624,832 | | Refinance of FASB & majority of Delta debt to occur within 90 days |
| Helmsley Court | $1,246,384 | $190,000 | 2nd qtr 1990 | $1,000,000 | $1,000,000 | | | 18 of 27 lots are under contract to settle in August |
| Crescent | $547,330 | | | | | | $151,372 | |
| Investment in Stocks all Service Corps | | | | | | | $1,916,650 | |
| Participations | | | | | | | $904,000 | |
| Mortgage pay FF | | | | | | | $375,156 | |
| Notes Pay FF | | | | | | | $20,498,032 | |
| | $26,580,350 | $9,780,478 | | $30,774,939 | $28,545,746 | $2,624,832 | $23,845,410 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER F-FA-A-0041857

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual/Projected Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $776,505,193 x 2% = | $15,530,104 | - | $23,845,410 = | (08,315,306) |
| 1% Category | $776,505,193 x 1% = | $7,765,052 | - | $2,624,832 = | $5,140,220 |
| Allow. under forbearance | $20,608,116 x 50% = | $10,304,058 | - | $30,774,939 = | ($20,470,881) |
| | | $33,599,214 | - | $57,245,181 = | ($23,645,967) |

C053512

SA 0392

Exhibit C to Board Minutes of 12/18/89

30-Nov-89

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|
| Forest Hills | $2,639,342 | $44,000 | 1st qtr 1990 | $5,000,000 | $5,327,784 | | | Entire parcel under contract to Winchester should settle by year end |
| Northampton | $3,188,688 | ($600,000) | 4th qtr 1989 | $6,140,000 | $6,059,234 | | | |
| Northampton | | | 4th qtr 1989 | $1,062,083 | $1,062,083 | | | Cash Bond-assign. of savings acct. to P.G. Co. w/agmt. hold |
| White Rocks | $2,681,198 | ($300,000) | 2nd qtr 1990 | $2,160,000 | $2,160,000 | | | |
| Ordnance Rd | $2,829,949 | $225,000 | 2nd qtr 1990 | $3,750,000 | $3,333,215 | | | Lot 2 is under contract for 5.4 million |
| Clarys Woods | $13,577 | $164,000 | 4th qtr 1989 | $0 | $0 | | | FASB Paid off |
| Vanguard | $2,197,472 | $1,570,000 | 4th qtr 1990 | $600,000 | $600,000 | | | |
| Solomons Landing | $8,416,849 | $3,700,000 | 2nd qtr 1994 | $1,400,000 | $1,400,000 | | | Construction loan will be financed by FASB within 30 days |
| Shepherds Glen | $585,075 | $250,000 | 3rd qtr 1990 | $1,167,500 | $959,611 | | | |
| Annap. Overlook | $0 | $200,000 | 3rd qtr 1989 | $0 | $0 | | | Delta & FASB were paid off |
| First Omni Assoc | $1,087,552 | $1,022,920 | 1st qtr 1992 | $0 | $0 | | | Loan settled FASB paid off |
| 680 2 | $2,740,833 | $300,000 | 2nd qtr 1990 | $2,494,005 | $2,492,878 | $2,748,833 | | Refinance of FASB & majority of Delta debt to occur by Jan 90 w/Crown Life |
| Welasley Court | $829,733 | $300,000 | 2nd qtr 1990 | $0 | $0 | | | FASB Paid off |
| Disney Severn Crescent | $100<br>$20,500 | $1,190,000 | 4th qtr 1991 | $2,175,000 | $740,932 | | | |
| Investment in Stocks all Service Corps | | | | | | | $1,465,649 | |
| Participations | | | | | | | $567,040 | |
| Mortgage pay FF | | | | | | | $0 | |
| Notes Pay FF | | | | | | | $23,674,838 | |
| | $25,998,868 | $8,065,920 | | $26,748,588 | $24,143,657 | $2,748,833 | $25,786,727 | |

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual/Projected Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $749,548,616 x 2% = | $14,990,972 | - | $25,786,727 = | ($10,715,755) |
| 1% Category | $749,548,616 x 1% = | $7,495,486 | - | $2,748,833 = | $4,746,653 |
| Allow. under forbearance | $12,239,016 x 50% = | $6,119,508 | - | $26,748,588 = | ($20,629,080) |
| | | $28,605,966 | - | $55,284,068 | ($26,598,102) |

C053894

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER F-FA-A-0042310

SA 0393

Exhibit E to Board Minutes of 1/18/90

31-Dec-89

## INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|
| Forest Mills | $2,633,342 | $44,000 | 1st qtr 1990 | $5,800,000 | $5,327,784 | | | Entire parcel under contract to Winchester |
| Northampton | $3,108,688 | ($600,000) | 4th qtr 1989 | $6,140,000 | $6,059,234 | | | |
| Northampton | | | 4th qtr 1989 | $1,862,003 | $1,862,003 | | | Cash Bond-assign. of savings acct. to P.G. Co. w/mgmt. hold |
| White Rocks | $2,601,198 | ($300,000) | 2nd qtr 1990 | $2,160,000 | $2,160,000 | | | |
| Ordnance Rd | $2,829,949 | $225,000 | 2nd qtr 1990 | $3,750,000 | $3,468,300 | | | Lot 2 is under contract for 5.4 million |
| Disney Severn | $100 | $1,190,000 | 4th qtr 1991 | $2,175,000 | $903,502 | | | |
| Vanguard | $2,246,532 | $1,578,000 | 4th qtr 1990 | $600,000 | $600,000 | | | |
| Solomons Landing | $8,385,649 | $3,700,000 | 2nd qtr 1994 | $1,400,000 | $1,400,000 | | | Construction loan will be financed by FASB within 30 days |
| Shepherds Glen | $565,001 | $250,000 | 3rd qtr 1990 | $834,500 | $830,082 | | | |
| GBD 2 | $976,601 | $300,000 | 2nd qtr 1990 | $0 | $0 | $976,601 | | FASB Paid off |
| 424 L. P. | $0 | $650,000 | 1st qtr 1992 | $4,300,000 | $2,273,291 | | | |
| Investment in | | | | | | | | |
| Stocks all Service Corps | | | | | | | $1,465,649 | |
| Participations | | | | | | | $260,000 | |
| Mortgage pay FF | | | | | | | $0 | |
| Notes Pay FF | | | | | | | $25,446,262 | |
| | $23,352,860 | $7,029,000 | | $28,221,503 | $24,084,196 | $976,601 | $27,171,911 | |

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $750,385,474 x 2% = | $15,006,109 | - | $27,171,911 | =($12,165,802) |
| 1% Category | $750,385,474 x 1% = | $7,503,855 | - | $976,601 | = $6,526,454 |
| Allow. under forbearance | $11,485,403 x 50% = | $5,742,702 | - | $28,221,503 | =($22,478,802) |
| | | $28,251,866 | - | $56,370,015 | =($28,118,149) |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER F-FA-A-0042341

C053924

SA 0394

Exhibit E to Board Minutes
of April 24, 1990

31-Mar-90

INVESTMENT LIMITATIONS IN SERVICE CORPORATIONS

| Project Name | Delta Investment | Total Profit Projected | Date of Completion | Committed First Fed Conform Loans | Disbursed First Fed Conform Loans | Disbursed 1% Loan Category | 2% Category Lines, ect.. | Comments |
|---|---|---|---|---|---|---|---|---|
| Forest Hills | $2,639,342 | $44,000 | 1st qtr 1990 | $5,800,000 | $5,327,784 | | $5,800,000 | |
| Northampton | $3,100,688 | ($600,000) | 4th qtr 1989 | $6,140,000 | $6,059,234 | | $6,140,000 | |
| Northampton | | | 4th qtr 1989 | $1,062,003 | $1,062,003 | | $1,062,003 | Cash Bond-assign. of savings acct. to P.G. Co. w/mgmt. hold |
| White Rocks | $1,350,449 | ($300,000) | 2nd qtr 1990 | $2,160,000 | $2,160,000 | | $2,160,000 | |
| Ordnance Rd | $2,029,949 | $225,000 | 2nd qtr 1990 | $3,750,000 | $3,710,252 | | $3,750,000 | Lot 2 is under contract for 5.6 million |
| Ordnance Rd | | | 2nd qtr 1990 | $1,437,500 | $42,560 | | $1,437,500 | |
| Disney Severn | $100 | $1,190,000 | 4th qtr 1991 | $2,175,000 | $1,378,874 | | $2,175,000 | |
| Vanguard | $2,350,588 | $1,570,000 | 4th qtr 1990 | $600,000 | $600,000 | | $600,000 | |
| Solomons Landing | $8,385,649 | $3,700,000 | 2nd qtr 1994 | $1,340,000 | $1,340,000 | | $1,340,000 | |
| Shepherds Glen | $356,404 | $250,000 | 3rd qtr 1990 | $579,000 | $575,402 | | $579,000 | |
| 680 2 | $976,601 | $300,000 | 2nd qtr 1990 | $0 | $0 | $976,601 | $0 | FASB Paid-off |
| 424 L. P. | $0 | $650,000 | 1st qtr 1992 | $4,300,000 | $2,422,227 | | $4,300,000 | |
| Pelicans Pouch | $1,418,690 | | 4th qtr 1990 | $4,461,426 | $4,461,426 | | $4,461,426 | |
| Investment in | | | | | | | | |
| Stocks-all Service Corps | | | | | | | $1,465,649 | |
| Participations | | | | | | | $0 | |
| Mortgage pay FF | | | | | | | $0 | |
| Notes Pay FF | | | | | | | $25,446,262 | |
| | $23,424,660 | $7,029,000 | | $33,005,729 | $29,139,850 | $976,601 | $60,717,640 | |

| Allowable Investments | FF Assets (net of LIP) Per Business Plan | Allowable Investment | | Actual Investment | Remaining Investment |
|---|---|---|---|---|---|
| 2% Category | $693,908,252 x 2% = | $13,878,165 | | $60,717,640 = | ($46,839,475) |
| 1% Category | $693,908,252 x 1% = | $6,939,883 | - | $976,601 = | $5,962,482 |
| | | $20,817,248 | | $61,694,241 = | ($40,876,993) |

*Based on TB 38-2, issued 1/9/90, it is the opinion of OTS that the forebearance agreement with respect to Investments in Service Corporations is no longer valid. Therefore the conforming loan category has been removed from allowable investments on this report and all FASB loans to Delta partnerships are now being reported in the 2% category.

C054057

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
F-FA-A-0042182

SA 0395