# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed October 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**FIRST ANNAPOLIS BANCORP, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT**

---

On October 4, 2006, Plaintiff filed a motion for leave to exceed the page limitation for its reply to Defendant's post-trial brief. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**