**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S CONSENT MOTION FOR STATUS CONFERENCE**

Pursuant to Rules 1 and 7 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court schedule a status conference at its earliest convenience to discuss the pre-trial schedule for the damages trial that is currently scheduled to begin on January 8, 2007. Assuming that the pre-trial conference were to occur on January 5, 2007, the last business day prior to the start of trial, pursuant to Appendix A of the RCFC, the initial meeting of counsel should have taken place no later than November 2, 2006, where the parties were to have, among other things, exchanged witness and exhibit lists; however, due to the conditional nature of the January 8, 2007 trial date, we have yet to meet with counsel for First Annapolis Bancorp, Inc. ("Bancorp"). Under this schedule, Bancorp's contentions of fact and law would be due next week, November 16, 2006.

Accordingly, we believe that it would be beneficial to discuss the pre-trial schedule with the Court. We have discussed this matter with plaintiff's counsel and Bancorp consents to our request for a status conference.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Deputy Director

s/William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

November 7, 2006

CERTIFICATE OF FILING

I hereby certify that on November 7, 2006, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans