**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Civil Action No. 94-522-C**<br>**(Judge Williams)** |

**PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS IDENTIFICATION**

Plaintiff First Annapolis Bancorp, Inc. ("Bancorp"), by and through counsel, hereby supplements its Expert Witness Identification to identify Robert E. Litan, Ph.D., Kaufman Foundation, 4801 Rockhill Road, Kansas City, MO 64110, (816)932-1179, as an expert witness it may call at the trial of this matter. Dr. Litan's current curriculum vitae, including a list of his publications and testimony, is attached hereto as Exhibit A. The Expert Witness Identification filed herein on August 31, 1999 by the Federal Deposit Insurance Corporation, in which Dr. Litan was identified as an expert witness, is attached hereto as Exhibit B, and is incorporated by reference. Dr. Litan is compensated at the rate of $550 per hour for both his preparation and testimony.

Respectfully submitted,

Dated: November 17, 2006

COOTER, MANGOLD, TOMPERT & KARAS, L.L.P.

s/Dale A. Cooter
________________________________

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel:(202)537-0700

*Attorney for Plaintiff*
*First Annapolis Bancorp, Inc.*

Of Counsel:

James E. Tompert
COOTER, MANGOLD, TOMPERT & KARAS, L.L.P.
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel:(202)537-0700
FAX:(202)364-3664

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November 2006, a copy of Plaintiff's Supplemental Expert Identification and Exhibits was filed electronically pursuant to the Electronic Case Filing procedures of the United States Court of Federal Claims, with service by Notice of Electronic Filing to the designated attorneys and parties of record.

s/Dale A. Cooter
Dale A. Cooter

# EXHIBIT A

# CURRICULUM VITAE

Robert E. Litan

Home Address

5437 Mohawk Lane
Fairway, Ks. 66205
913-262-0731
Cell: 301-943-2427

Office Address

The Ewing Marian Kauffman Foundation
4801 Rockhill Rd.
Kansas City. Mo.
Email: rlitan@kauffman.org
And rlitan@brookings.edu
816-932-1179

## Employment

2003- Vice President, Research and Policy, Ewing Marion Kauffman Foundation

Overseeing multi-million dollar research grant program on entrepreneurship And education; Member of Management Team

2003- Senior Fellow, Economic Studies Program, The Brookings Institution

Continuing research on financial institutions, regulatory issues

Co-Editor, The World Bank-IMF-Brookings Papers on Emerging Markets Finance (1998 - )

Director, AEI-Brookings Joint Center on Regulatory Studies

Co-Editor, The Brookings-Wharton Papers on Financial Services (1997-2003)

Organizer and Editor, Annual Conference on International Financial Issues, with the Tokyo Club (2003- )

2005 Contributing Editor, Inc Magainze – Contributor of columns on entrepreneurship; consultant on stories on special projects

2002- Senior Consultant, Charles River Associates (antitrust and financial issues)

| | |
|---|---|
| 1996-2003 | Vice President and Director, Economic Studies Program and Cabot Family Chair in Economics, The Brookings Institution<br><br>Responsible for supervising the Institution's economic research program, its 26 scholars and support staff, and for administering and raising funds for a $9 million annual research program; continuing research on financial institutions, trade, and legal and economic issues relating to the information revolution |
| 1999-2002 | Special Consultant, Analysis Group (Economic consulting firm) |
| 1996-2002 | Special Consultant, Economists, Inc. (Economic consulting firm) |
| 1995-96 | Associate Director, U.S. Office of Management Budget -- Responsible for budgets and clearance of policy for five cabinet agencies (Commerce, HUD, Justice, Treasury and Transportation) and most of the independent agencies of the U.S. Government (requiring supervision of approximately 70 professional staff) |
| 1993-95 | Deputy Assistant Attorney General, Antitrust Division, Department of Justice -- Supervision of approximately 150 attorneys and paralegals in non -merger civil antitrust investigations; Developing DOJ policy on regulatory issues; Active participation in the development of the Administration's policies on telecommunications, trade and various regulatory issues |
| 1984-1993 | Senior Fellow, Economic Studies Program; Director (1987-92), Center for Economic Progress and Employment; and Director (1992-93), Center for Law, Economics, and Politics, The Brookings Institution, Washington, D.C., -- Specialist in financial institutions; international trade; and regulatory policy. |
| 1982-90 | Powell, Goldstein, Frazer & Murphy, law firm, Washington, D.C.: Senior Associate (1982-84); Partner (1984); Of Counsel (1984-90) -- Attorney specializing in administrative law, antitrust, banking, energy, international trade, and legal issues generally involving law and economics. |
| 1979-1982 | Arnold & Porter, law firm, Washington, D.C., Associate. |
| 1977-1979 | President's Council of Economic Advisers, Executive Office of the President, Washington, D.C. Regulatory and Energy Specialist; principal staff for the Regulatory Analysis Review Group; handled selected legal issues for the Council. |
| 1974-1976 | Peabody, Rivlin, Lambert & Meyers - summer legal associate. |

| | |
|---|---|
| 1972-1973 | The Brookings Institution, Washington, D.C. - research assistant to Dr. Arthur M. Okun. |
| 1970-1971 | Peat, Marwick, Mitchell & Co., Wichita, Kansas - two summers as an intern tax accountant. |

Board Memberships

| | |
|---|---|
| 2005-06 | Co-Chairman, NASD Ahead of the Curve Advisory Group |
| 2004 - | Member, Proxy Governance Council, Folio Fn |
| 2004 - | Big Four Accounting Firms, Research Advisory Board |
| 1996- | Member, Shadow Financial Regulatory Committee; Co-Chairman ,1998-2002 |
| 2000- 02 | Juniper Financial, Board of Advisers |
| 2000-01 | Double Click, Inc., Board of Privacy Advisers |
| 1999- | Milken Review (Board of Editors) |
| 1999-2001 | American Antitrust Institute, Board of Advisers |
| 1999-2002 | Committee for Economic Development, Board of Advisers |
| 1997-98 | Chairman, National Research Council Committee on Disaster Loss Estimation (And co-author of The Impacts of Natural Disasters: A Framework for Loss Estimation). |
| 1996 | Department of Defense, Defense Sciences Board, Member of Task Force on Vertical Integration in the Defense Industry |
| 1993-94 | Department of Defense, Defense Sciences Board, Member of Task Force on Mergers within the Defense Industry |
| 1991-93 | Chairman, Editorial Advisory Board, Public Policy Studies Series for the Insurance Information Institute. |
| 1991-92 | Presidential-Congressional Commission on the Causes of the Savings and Loan Crisis (Member). |
| 1988-90 | Conference Board of Canada Financial Institutions Group (Advisory Board). |

1988-90 Foundation for Change (Board of Directors).

1988-89 Member of Advisory Board to Office of Technology Assessment Study on Technological Change in Banking and Securities Markets.

Consultancies

2006-07 Financial Services Roundtable (study director for Blue Ribbon Commission On Mega-Catastrophes; primary author for study on Pandemic Flu)

2006 Committee on Capital Markets Regulation and Its Effects on U.S. Competitiveness

2006 Big Six Global Accounting Firms

2005 Securities Industries Association (report on financial services trade in the WTO Trade Negotations)

2002-03 American Bankers Association (reports on predatory lending and credit card Regulation)

2002-03 NCAA (preparing report with Sebago on college athletic spending)

2001 World Bank (prepared report on Internet Commerce in Asia, with Robert Crandall)

2001 Monetary Authority of Singapore (prepared paper on trends in international finance)

2000-01 U.S. Department of the Treasury (prepared two Congressionally mandated reports On The Community Reinvestment Act, with the Harvard Joint Center on Housing Policy Studies)

2000 Arbitrator in electric power transmission dispute (East Coast v. PJM); Federal Deposit Insurance Corporation (expert witness in thrift goodwill cases)

1999 American Bankers Association (prepared report on ATM fees); Federal Deposit Insurance Corporation (expert witness in thrift goodwill cases); World Bank (prepared background paper on global finance for the World Development Report)

1998 Main Writer for the Report of the President's Commission to Study Capital Budgeting

1996-97 U.S. Department of the Treasury (prepared Congressionally mandated report

on the future of the financial services industry and its regulation)

| | |
|---|---|
| 1996-97 | Antitrust Division of the Department of Justice (on telecommunications issues) |
| 1993 | Federal Home Loan Bank of San Francisco (prepared report on the future role of the Federal Home Loan Bank System) |
| 1990 | Financial Institutions Subcommittee of the House Banking Committee (prepared report on the condition of the Federal Deposit Insurance Corporation with James R. Barth and R. Dan Brumbaugh, Jr.). |
| 1987-92 | Oxford Analytica (British News Service) -- regular contributor of reports on the U.S. banking and thrift industries. |
| 1987 | Senate Judiciary Committee -- organized hearings for the Chairman on antitrust and competitiveness issues, authored report on antitrust policy for the Committee. |
| 1985-89 | Institute for Liberty and Democracy, Lima Peru - legal and economic consulting on deregulation matters generally, including financial institutions issues. |
| 1976-77 | National Academy of Sciences - consultant to the Modeling Resources Group of the Committee on Nuclear and Alternative Energy Systems (CONAES). |

(Separate listing of expert witness assignments available on request.)

Awards

| | |
|---|---|
| 2001 | Zale Award for Excellence in Public Policy, Stanford University |

Teaching

| | |
|---|---|
| 2003- | Teacher of law and economics to state judges as part of the AEI-Brookings Judicial Education Program |
| 1993 | Taught principles of Western banking to Russian bankers (under a Treasury Department grant administered by KPMG Peat Marwick) |
| 1989-90<br>1986-87 | Yale Law School - Visiting Lecturer in Law (Banking). |
| 1976-1977 | Yale University - Lecturer in Economics (taught Economics and Law; and Elementary Macroeconomics; both large lecture courses). |

1975-1976 Yale University - Instructor in Economics (taught two sections of Elementary Micro and Macroeconomics).

## Education

1987 Yale University: Ph.D. in Economics. Dissertation: An Economic Inquiry Into the Expansion of Bank Powers. (Dissertation Committee: Professors Richard Levin, Merton Peck and James Tobin).

1977 Yale University: J.D. (1977), Felix S. Cohen Prize for best essay in legal philosophy; Extra-curricular Activities: Yale Legislative Services, Barrister's Union; Employment, Consulting and Teaching 1973-1977 (see above).

1976 Yale University: M. Phil. in Economics, Distinction in Ph.D. oral examinations (international trade and finance, industrial organization).

1968-72 Wharton School of Finance and Commerce, University of Pennsylvania: B.S. Economics, summa cum laude (Valedictorian); Major - Finance; Minors - Accounting, Statistics and Mathematics.

Honors and Awards: Thouron Fellowship for Graduate Study in Great Britain (which was not used); Royal Society of Arts Silver Medal (National award given to selected outstanding graduating seniors in the U.S.); Class of 1946 Award (given by the University to an outstanding graduating senior); William D. Gordon Award (given by the Wharton School to the graduating senior with the highest scholastic average); Beta Gamma Sigma Award (given by the Wharton School to the graduating senior with the highest scholastic average); Albert A. Berg Scholarship Award, 1971, 1972, (given each year by the Wharton Faculty to an outstanding upperclassman in the Wharton School).

Extra-curricular Activities: Chairman, Activities Council (major student government body); Executive Editor of Wharton Account (major undergraduate business magazine); Vice-President of Debate Council; 2 years in intercollegiate debate; President, Beta Gamma Sigma; Friars Senior Honor Society; Beta Alpha Psi; Employment in Electrical Engineering Library (4 years).

## Publications

Books

Good Capitalism, Bad Capitalism (with William Baumol and Carl Schramm, Yale University Press, 2007, forthcoming)

Worldwide Financial Reporting: The Development and Future of

Accounting Standards (with George Benston, Michael Bromwich and Alfred Wagenhofer, Oxford University Press, 2006)

Financial Statecraft (with Benn Steil, Yale University Press, 2006)

Following The Money: The Enron Failure and the State of Corporate Disclosure (with George Benston, Michael Bromwich and Alfred Wagenhofer, AEI-Brookings Joint Center on Regulatory Studies, 2003)

Protecting the American Homeland (Brookings Institution Press, 2002, With other Brookings co-authors)

Sticking Together: The Israeli Experiment in Pluralism (Brookings Institution Press, 2002, with Yaakov Kop)

Beyond The Dot.Coms (Brookings Institution Press, 2001, with Alice Rivlin)

The GAAP Gap: Corporate Disclosure in the Internet Age (AEI-Brookings Joint Center on Regulatory Studies, 2000).

None of Your Business: World Data Flows, Electronic Commerce, and The European Privacy Directive (with Peter Swire), Brookings (1998)

Globaphobia: Confronting Fears About Open Trade (with Gary Burtless, Robert Lawrence and Robert Shapiro), Brookings, Progressive Policy Institute, and the Twentieth Century Fund, 1998

American Finance for the 21st Century (with the assistance of Jonathan Rauch), U.S. Department of the Treasury (1997) and Brookings (1998)

Going Digital! (with William Niskanen), Brookings Institution Press and the Cato Institute (1998)

Footing The Bill For Superfund Cleanups (with Don Fullerton, Paul Portney and Kate Probst), Brookings Institution and Resources for the Future, 1995

Financial Regulation in the Global Economy (with Richard Herring), Brookings Institution, 1994

Growth With Equity: Economic Policymaking For The Next Century (with Martin Baily and Gary Burtless), Brookings Institution, 1993.

Physical Damage and Human Loss: The Economic Impact of Earthquake Mitigation Measures (with Frederick Krimgold, Karen Clark, and Jayant Khadilkar), Insurance Information Institute, 1992).

The Future of American Banking (with James Barth and R. Dan Brumbaugh, Jr.), W. E. Sharpe, 1992.

The Revolution in U.S. Finance, Brookings Institution, 1991.

What Should Banks Do?, Brookings Institution, 1987.

Saving Free Trade: A Pragmatic Approach (with Robert Z. Lawrence), Brookings Institution, 1986.

Reforming Federal Regulation (with William D. Nordhaus), Yale University Press, 1983.

Books Edited

Financial Gatekeepers: Can They Protect Investors?", co-editor, with Yasayuki Fuchita (Brookings Institution Press, 2006, forthcoming)

Finance Crises: Lessons from the Past, Preparation for the Future, co-editor, with Gerard Caprio, James A. Hanson (Brookings Institution Press, 2005)

The Future of State-Owned Financial Institutions, co-editor, with Gerald Caprio, Jonathan Fiechter and Michael Pomerleano (Brookings Institution Press, 2004)

The Future of Domestic Capital Markets in Developing Countries, co-editor With Michael Pomerleano and V. Sundararajan (Brookings Institution Press, 2003).

United We Serve: National Service and the Future of Citizenship, co-editor With E.J. Dionne and Kayla Meltzer Drogosz (Brookings Institution Press, 2003)

The Future of North American Integration, co-editor with Peter Hakim (Brookings Institution Press, 2002)

Financial Sector Governance: The Roles of the Public and Private Sectors, editor with Michael Pomerleano and V. Sundararajan (Brookings, IMF and World Bank, 2002)

Open Doors: Foreign Participation in Financial Systems in Developing Countries, editor with Paul Masson and Michael Pomerleano (Brookings, IMF and World Bank, 2001)

The Economic Payoff from the Internet Revolution (Brookings Institution Press, 2001, with Alice Rivlin)

Managing Financial and Corporate Distress: Lessons from Asia, editor with Charles Adams and Michael Pomerleano (World Bank, IMF, and Brookings Institution, 2000)

Finance in Emerging Markets: The Crisis in Emerging Markets (with Michael Pomerleano and Alison Harwood), World Bank and Brookings Institution, 1999.

Assessing Bank Reform: FDICIA One Year Later (with George G. Kaufman), Brookings Institution, 1993.

Verdict: Assessing The Civil Jury System, Brookings Institution, 1993.

Down in the Dumps: Administration of the Unfair Trade Laws (with Richard Boltuck), Brookings Institution, 1991.

The Liability Maze: The Impact of Liability Law on Safety and Innovation, co-editor (with Peter Huber), Brookings Institution, 1991.

American Living Standards: Threats and Challenges,(co-editor with Robert Z. Lawrence and Charles L. Schultze and author of two chapters), Brookings Institution, 1988.

Liability: Perspectives and Policy, (co-editor and co-author of two chapters, with Clifford M. Winston), Brookings Institution, 1988.

Reports

The Benefits of New Wireline Video Competition for Consumers and Local Government Finances (with Robert Crandall, on behalf of The US Telecomm Association, May, 2006).

Great Expectations: Potential Economic Benefits to the Nation FromAccelerated Broadband Deployment to Older Americans and Americans with Disabilities (New Millennium Research Council, December, 2005)

The Top Ten Financial Rsiks to the Global Economy: A Dialogue of Critical Perspectives (co-editor, with Suzanne Nora Johnson and Richard Herring), Global Markets Institute, Goldman Sachs

Debunking the Real Estate Risk of Charter Schools (Kauffman Foundation, with Leslie Lukens)

North Carolina's Anti-Predatory Lending Law: Still A Problem Despite New Study (AEI-Brookings Joint Center for Regulatory Studies, September, 2003)

The Effects of Spending on Collegiate Athletics (Sebago Associates, With Jonathan Orszag and Peter Orszag), 2003

Relationships in Financial Services: Are Anti-Tying Restrictions Out Of Date? (AEI-Brookings Joint Center for Regulatory Studies, May 2003)

Financial Privacy, Consumer Prosperity and the Public Good: Maintaining The Balance, AEI-Brookings Joint Center on Regulatory Studies, March 2003 (with Fred H. Cate, Michael Staten and Peter Wallison)

Unintended Consequences: The Risks of Premature State Regulation of Predatory Lending (on behalf of the American Bankers Association, 2003)

The Case for Government-Sponsored Terrorism Reinsurance for U.S. Aircraft Manufacturers (with CRA and on behalf of Boeing, GE, And United Technologies, 2002)

Assessing the Department of Homeland Security (with other Brookings co-authors, Brookings Institution, 2002)

An Analysis of the Fifth Government Report on the Costs and Benefits Of Federal Regulation, AEI-Brookings Joint Center for Regulatory Studies, 2002 (with Robert W. Hahn) [Similar reports for 2001, 2000, 1998]

The Net Impact Study (with Hal Varian and Momentum Research, on behalf Of Cisco Corporation, January 2002)

A Prudent Approach to Preventing "Predatory" Lending (on behalf of The American Bankers Association, February, 2001)

The Community Reinvestment Act After Financial Modernization: A Final Report (U.D. Department of the Treasury, January, 2001,

With Eric Belsky, Gary Fauth, Maureen Kennedy, Paul Leonard, And Nicolas P. Restinas)

The Community Reinvestment Act After Financial Modernization: A Baseline Report (U.S. Department of the Treasury, April 2000, With Nicolas P. Retsinas, Eric S. Belsky and Susan White Haig)

Reforming Bank Capital (co-authored with other members of the Shadow Financial Regulatory Committee), AEI, 2000

ATM Fees: An Economic Analysis (sponsored by the American Bankers Association, November 1999)

Report of the President's Commission to Study Capital Budgeting (Main Writer, 1999)

Improving Regulatory Accountability (with Robert Hahn), AEI and Brookings, 1997

An Agenda for Federal Regulatory Reform (with Robert Crandall, Christopher DeMuth, Robert Hahn, Pietro Nivola, Paul Portney), AEI and Brookings, 1997

Options for Reinforcing and Expanding the Role of the Federal Home Loan Bank System, Financing Affordable Housing in America Conference (sponsored by Affordable Housing Advisory Council, Federal Home Loan Bank of San Francisco), Washington, D.C., April 20, 1993.

The Economics of Credit Cards, 1993 (sponsored by MasterCard and Visa).

Charting A Future For The Civil Jury System, Brookings Institution, 1992 (with G. Marc Whitehead)

Consumers, Competition and Choice: The Impact of Price Controls on the Credit Card Industry, March 1992 (prepared for MasterCard International).

Back To Basics: Solvency As the Primary Objective Of Insurance Industry Regulation, for State Farm Insurance Companies, October 1991.

Protecting Taxpayers From Deposit Insurance: Bank Capital, Consumers Union, May 1991.

A National Earthquake Mitigation and Insurance Plan: Response to Market Failures, The Earthquake Project, April 1991.

The Banking Industry In Turmoil: A Report to the Financial Institutions Subcommittee on the Condition of the U.S. Banking Industry and the Federal Deposit Insurance Corporation, U.S. Government Printing Office, December 1990 (with James Barth and R. Dan Brumbaugh, Jr., revised later into a book; see The Future of American Banking, above).

Justice For All: Reducing Costs and Delay In Civil Litigation, Brookings Institution, 1989 (with Mark Gitenstein).

A Blueprint for Restructuring America's Financial Institutions, Brookings Institution, 1989 (with George Benston, R. Dan Brumbaugh, Jack Guttentag, Richard Herring, George Kaufman, and Kenneth Scott).

Energy Modeling for an Uncertain Future, National Academy of Sciences, 1978 (with Tjalling C. Koopmans).

Articles

"Capital Ideas," *The American Interest*, September/October 2006 (with Carl Schramm)

"Preparing for Future "Katrina's", *Brookings Policy Brief*, No. 150, March, 2006

"Sharing and Reducing The Costs of Natural Catastrophes," *Brookings Occasional Paper*, March 2006

"The Future of Charge Card Networks," Working Paper 06-03, February 2006, AEI-Brookings Joint Center for Regulatory Studies (with Alex Pollock)

"Urgent: Wal-Mart Needs a Foreign Policy," *Foreign Policy,* November/ December, 2005

"Seventeen workers, and $60 million in Sales." *Inc. Magazine*, November 2005 (with Carl Schramm)

"Foreign Students Who Study Engineering Deserve Citizenship," *Inc. Magazine*, October 2005 (with Carl Schramm)

"Why Democracy is America's Second Most Valuable Export," *Inc. Magazine*, September 2005 (with Carl Schramm)

"A Fairer Deal for America's Workers in a New Era of Offshoring," *Brookings Trade Forum*, 2005 (with Lael Brainard and Nicholas Warren)

"Insuring America's Workers in a New Era of Offshoring," *Brookings Policy Brief*, No. 143, July 2005 (with Lael Brainard and Nicholas Warren)

"Sold! Sold! Sold! But what's the brokerage fee?, *The Milken* Review, 4th Quarter, 2005, with Robert Hahn and Jesse Gurman

"Corporate Disclosure in a Global Age: Next Steps," in Tokyo Club Papers, Volume 16, 2004

"Universal Broadband Access: Implementing President Bush's Vision," *Policy Review*, 2004, No. 127 (with Robert Crandall, Robert Hahn, And Scott Wallsten)

"The Future of State-Owned Financial Institutions," Brookings Conference Report #18, September, 2004 (with Gerald Caprio, et al).

"Internet Telephones: Hanging up on Regulation?", The Milken Review, March 2004 (with Robert Crandall, et al.).

"Offshoring Service Jobs: Bane or Boon and What to Do", *Brookings Policy Brief*, April 2004 (with Lael Brainard); also published in *CES Ifo Forum*, Summer 2004.

"The Uncertain Future of the Telecommunications Industry," *Brookings Policy Brief*, January 2004 (with Roger G. Noll)

"Why the Government Should Not Regulate Internet Telephony,"

AEI-Brookings Joint Center working paper (with Bob Crandall, Scott Wallsten and Robert Hahn), 2003.

"Beyond GAAP," *Regulation*, Fall 2003, (with Peter J. Wallison)

"A Global Economic Agenda for the United States," in Henry Aaron, et al., eds., Agenda for the Nation (Brookings, 2003) (with Lael Brainard)

"Financial Conglomerates: The Future of Finance?", Brookings Policy Brief, Conference Report #14, April 2003 (with Richard J. Herring)

"Governance in an Integrated Global Economy," The Brookings Review, Spring 2003 (with Carol Graham)

"The Bigger They Are, The Harder They Fall: The Cost of the Crisis in Corporate Governance," Milken Review, First Quarter, 2003 (with Carol Graham and Sandip Sukhtankar)

"No Stepping Back: America's International Economic Agenda for 2003-05," The Brookings Review, Winter 2003 (with Lael Brainard)

"The Telecom Crash: What To Do Now?", Brookings Policy Brief, November, 2002

"Constitutional Issues in Information Privacy," Michigan Technology and Telecommunications Law Review, Winter, 2003 (with Fred Cate)

"The Case for Universal Service," Brookings Review, Fall 2002

"Fixing Corporate Disclosure After Enron," The Milken Institute Review, Third Quarter, 2002

"The Bigger They Are, The Harder They Fall: A Ballpark Estimate of the Cost of the Crisis in Corporate Governance," Brookings Policy Brief, July 2002 (with Carol Graham and Sandip Sukhtankar)

"Strengthening Financial Sector Governance in Emerging Markets," Brookings Conference Report, July 2002 (with Michael Pomerleano and V. Sundararajan).

"A Complicated Intersection: Public Action to Protect Private Property," The Brookings Review, Summer 2002 (with Peter Orszag)

"The Enron Failure and the State of Corporate Disclosure", Brookings Policy Brief, April 2002

"The Future of Securities Markets," Brookings Conference Report, March 2002

"Antitrust Policy in the Clinton Administration," in Jeffrey A. Frankel and Peter Orsazag, American Economic Policy in the 1990s (MIT Press, 2002) (with Carl Shapiro)

"Diversity in Israel: Lessons for the United States", Brookings Review, Winter 2002 (with Yaakov Kop)

"The Internet, New and Old Economics, and Implications for Asia," in Li Luoili, ed., New Economy & Asia, Proceeding of

International Think Tank Forum 2001
"Projecting the Economic Impact of the Internet", The CAPCO Institute Journal of Financial Transformation, July 2001, No. 2
"Economics: Global Finance," in P.J. Simmons and Chantal de Jonge Oudraat, eds., Managing Global Issues: Lessons Learned (Carnegie Endowment for International Peace, 2001).
"The GAAP Gap: Corporate Disclosure in the Internet Age," University of West Los Angeles Law Review, 2001 (with Peter Wallison)
"Foreign Participation in Financial Systems in Developing Countries" Brookings Conference Report, #6, June 2001 (with Paul Masson And Michael Pomerleano)
"Effective Property Rights and Economic Development: Next Steps," Brookings-Wharton Papers on Financial Services, 2001 (with Hernando De Soto)
"Central Bank Supervision in the Digital Age," in Anthony Santomero, Staffan Viotti and Anders Vredin, Challenges for Central Banking (North Holland, 2001)
"The Data Paradox", Gallup Management Journal, Spring 2001
"The Need for More Information on Predatory Lending", ABA Bank Compliance, May/June 2001
"Projecting the Economic Impact of the Internet", American Economic Review, Papers and Proceedings, May 2001.
"A Prescription to Relieve Worker Anxiety", Brookings Policy Brief, March 2001 (with Lori G. Kletzer)
"Think Again: The Internet Economy", Foreign Policy, March-April 2001
"Antitrust and the New Economy," University of Pittsburgh Law Review, Vol. 62, No. 3, 2001
"Law and Policy in the Internet Age", Duke Law Journal, February 2001
"Accepting Foreign Capital: Lesson from Recent Crises," Development Outreach, Fall 2000
"The Economy and the Internet: What Lies Ahead? Brooking Conference Report #4, December 4, 2000 (with Alice Rivlin)
"The Need for a New Financial Architecture," The International Economy, November/December 2000 (with Tony Santomero)
"Technology and America's Good Times", The Brookings Review, Winter 2000
"The First Microsoft Case", in Simon J. Evenett, Alexander Lerhmann, and Benn Steil, eds., Antitrust Goes Global (The Brookings Institution Press, 2000).
"Trade Policy: What Next?", Brookings Review, Fall 2000.
"Toward a Global Financial Architecture for the 21st Century" in Shahid Yusuf, Weiping Wu and Simon Evenett, Local Dynamics In An Era of Globalization (World Bank and Oxford Press, 2000).
"Effective Structural Relief in US v. Microsoft" (with William D.

Nordhaus), Computer Industry, ABA Section of Antitrust Law, Summer 2000

"Catastrophe Insurance and Mitigating Disaster Losses: A Possible Happy Marriage?" Alcira Kreimer and Margaret Arnold, eds., Managing Disaster Risk in Emerging Economies, Disaster Risk Management Series, No.2,World Bank, 2000

"International Bank Capital Standards: Next Steps", in Joseph Bisignano, et al., eds., Global Financial Crises: Lessons from Recent Events (Bank for International Settlements and Federal Reserve Bank of Chicago, Kluwer Academic Publishers, 2000).

"Financial Regulation in a Global Marketplace," Brookings-Wharton Papers on Financial Services, 2000 (with Charles Calomiris)

"The 'Globalization" Challenge", The Brookings Review, Spring 2000

"Covering Financial Services: Advice to the Media from the Academy," in Money, Markets and the News: Press Coverage of the Modern Revolution in Financial Institutions (Joan Shorenstein Center for Press and Politics of Harvard University, 2000).

"Who Wins With HR 10?", The International Economy, January/ February 2000

"Balancing Costs and Benefits of New Privacy Mandates", Telecommunications and Space Journal, Vol. 6, 1999

"Data Protection and Electronic Commerce", Telecommunications and Space Journal, Vol. 6, 1999 (with Peter P . Swire)

"Why ATM Surcharge Fees Are Pro-Consumer", Consumers' Research, December 1999

"Moving Towards An Open World Economy: The Next Phase", in Andrew Stoeckel and Hugh Corbet, eds., Reason Versus Emotion: Rrequirements for a Successful WTO Round (1999)

"The US Economy After the Asia Crisis", IIES Seminar Series, 1999:8

"Antitrust and the WTO: Some Heretical Thoughts," in Jagdish Bhagwati, The Trade Negotiating Round: Examining the Agenda for Seattle (Columbia University, Department of Economics, Law School and Center for Japanese Economy and Business, July 1999)

"Does The IMF Have A Future? What Should It Be?", in William C. Hunter, et al, eds., The Asian Financial Crisis: Origins, Implications, And Solutions (Federal Reserve Bank of Chicago and the International Monetary Fund, 1999)

"The Crisis in Emerging Markets," Brookings Conference Report, May 1999 (with Alison Harwood and Michael Pomerleano)

"Expanding The Winner□s Circle," Blueprint, Winter 1999.

"Unleashing Telecommunications: The Case for True Competition," Brookings Policy Brief, November 1998, No. 39 (with Roger G. Noll)

"Preventing Bank Crises: Lessons from Bank Failures in the United States,"

(With James R. Barth), forthcoming in a volume to be edited by George Kaufman)

"The Asian Financial Crisis," Looking Ahead (National Planning Association), Vol. XX, No. 2, 1998

"Treading Carefully: A Prudent Agenda for Democrats in an Age of Budget Surpluses," The New Democrat, May/June 1998

"Globalization and Its Discontents," Foreign Affairs, May/June 1998 (With Richard Haass)

"Reducing Anxiety About Trade Agreements," in Jeffrey J. Schott, ed., Restarting Fast Track (Institute for International Economics, April 1998)

"Institutions and Policies for Maintaining Financial Stability," in Maintaining Financial Stability in a Global Economy, Federal Reserve Bank of Kansas City (Jackson Hole Symposium Conference)

"Three-Step Remedy for Asia's Financial Flu," Brookings Policy Brief, February 1998, No. 30 (reprinted in ASLI Review, Vol. 5, 1998)

"Avoiding a Showdown Over EU Privacy Laws,"Brookings Policy Brief, February 1998, No. 29 (with Peter P. Swire)

"The Big Bang: An Ambivalent Japan Deregulates Its Financial Markets" (with Edward J. Lincoln), The Brookings Review, Winter 1998

"What's Next After FDICIA?," in George G. Kaufman, ed., Research In Financial Services: Private and Public Policy, 1997, Vol. 9 (JAI Press, 1997)

"Globaphobia: The Wrong Debate Over Trade Policy," Brookings Policy Brief, No.24, September, 1997 (with Robert Z. Lawrence)

"Disciplining Large Banks After FDICIA,Journal of Retail Banking Services (Summer 1997)

"Uncle Sam in the Housing Market: The Section 8 Rental Subsidy Disaster,"The Brookings Review, Fall 1996 (with James Barth); and "The Housing Disaster That Hasn'Been Fixed," Brookings Policy Briefs, 1996, No. 1 (with James Barth)

"Antitrust Enforcement and the Telecommunications Revolution: Friends, Not Enemies", in Revolution in the U.S. Information Infrastructure (National Academy of Engineering, 1995)

"The Relative Decline of Banking: Should We Care?", in proceedings of the 1994 Conference on Bank Structure, Federal Reserve Bank of Chicago (1995)

"More Value for the Legal Dollar", Judicature, January-February 1994 (with Steven C. Salop)

"Saving Our Way out of the Deficit Dilemma", Brookings Review, Fall 1993 (with William Gale)

"Superfund: Assessing The Program And Options For Reform", in Enhancing Environmental Quality through Economic Growth (American Council for Capital Formation, 1993).

"Nightmare in Basle," International Economy, November/December 1992.

"Banks and Real Estate: Regulating the Unholy Alliance," in Real Estate and the Credit Crunch, Proceedings of a Federal Reserve Bank of Boston Conference, September 1992.

"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," Research in International Business and Finance, 1992.

"Interstate Banking and Product-Line Freedom: Would Broader Powers Have Helped The Banks?", Yale Journal on Regulation, Summer 1992.

"Down in the Dumps: Administering America's "Unfair" Trade Laws," The Brookings Review, Spring 1992.

"A Critique of the Financial Institutions Recovery, Reform and Enforcement Act of 1989 and the Financial Strength of the Commercial Banks," in James R. Barth and R. Dan Brumbaugh, Jr., eds., The Reform of Federal Deposit Insurance (Harper, 1992) (with R. Dan Brumbaugh, Jr.).

"Speeding Up Civil Justice," in Elliot E. Slotnick, ed., Judicial Politics: Readings from Judicature, American Judicature Society, 1992.

"Nick Brady, Call Your Office," International Economy, March/April 1992

"Short and Long Run Snapshots of the U.S. Banking Industry," Bank Structure and Competition, Federal Reserve Bank of Chicago, 1991.

"U.S. Financial Markets and Institutions in the 1980s: A Decade of Turbulence," in Martin Feldstein, ed., American Economic Policy in the 1980s, University of Chicago Press and NBER, 1991.

"Bank Failures Are Sinking The FDIC," Challenge, March/April 1991 (with James R. Barth and R. Dan Brumbaugh, Jr).

"The Safety and Innovation Effects of U.S. Liability Law: The Evidence," American Economic Review: Papers and Proceedings, May 1991.

"Who Needs American Banks?," International Economy, January/February 1991.

"Facing The Future: The End of the Savings and Loan Industry," Domestic Affairs, February 1991.

"Ignoring Economics In Dealing With The Savings And Loan And Commercial Banking Crisis," Contemporary Policy Issues, January 1991 (with R. Dan Brumbaugh, Jr.).

"The Liability Explosion and American Trade Performance: Myths and Realities," in Peter Schuck, ed., Tort Law and the Public Interest: Competition, Innovation and Consumer Welfare (American Assembly, 1991.

"Getting Out of the Thrift Crisis, Now!," The Brookings Review, Winter 1990.

"Let's Try Operation "Clean Sweep," Challenge, November-December 1990.

"The World Trading System after the Uruguay Round," Boston University International Law Journal, May 1991.

"Avoiding Insurer Insolvencies: Lessons from the Thrift Crisis," John Liner Review, Fall 1990.

"Earthquake! Planning and Paying for the "Big One," The Brookings Review (Fall 1990).

"Explaining Corporate Leverage and LBO Activity in the Eighties," in John B. Shoven, ed., Corporate Leverage and Tax Policy (Brookings Institution, 1990) (with Margaret Blair).

"The Banks Are Worse Off Than You Think," Challenge Jan.-Feb. 1990 (with R. Dan Brumbaugh, Jr.).

"U.S. Trade Policy at a Crossroad," Science, January 5, 1990 (with Peter O. Suchman), reprinted in William Dudley, ed., Trade: Opposing Viewpoints, (Greenhaven Press, 1991).

"Speeding Up Civil Justice," Judicature, October-November, 1989.

"Cleaning Up the Depository Institutions Mess," Brookings Papers on Economic Activity (BPEA), 1989:1 (with R. Dan Brumbaugh and Andrew Carron).

"The S&L Crisis: How to Get Out and Stay Out," Brookings Review, Spring 1989 (with R. Dan Brumbaugh, Jr.).

"The American Banking System: Dangers and Tasks Ahead," in S. Irving, ed., Economic Vulnerabilities, Challenges for Policymakers (Curry Foundation, 1988).

"The Future of Banking: Are `Narrow Banks' the Answer?," in The Financial Services Industry in the Year 2000, Proceedings of a Conference on Bank Structure and Competition (May 11-13, 1988).

"Facing Up to the Crisis in American Banking," in Critical Choices, Brookings Institution, 1988, (with R. Dan Brumbaugh, Jr.) and in Brookings Review, Winter 1988/89.

"Improving American Living Standards," in Critical Choices, Brookings Institution, 1988 (with Robert Z. Lawrence and Charles L. Schultze) and in Brookings Review, Winter 1988/89.

"A Guide to the U.S. Trade Laws" in Jan Egert and John Gornall, eds., Doing Business in the United States (Gabler Publishing, 1988).

"What Reforming Glass-Steagall Will Bring," International Economy, March/April, 1988.

"Causes of the Liability Insurance Crisis," Science, February 12, 1988 (With Scott Harrington).

"Financial Restructuring: Which Way for Congress?" Challenge, November/December, 1987.

"Is The U.S. Turning Protectionist?," JAMA Forum, October 1987.

"Reuniting Investment and Commercial Banking," in Catherine England and Thomas Huertas, eds., The Financial Services Revolution (Kluwer

Academic Press, October 1987).

"The Protectionist Prescription: Errors in Diagnosis and Cure," BPEA, 1987:1 (with Robert Z. Lawrence).

"Why Protectionism Doesn't Pay," Harvard Business Review, May/June 1987 (with Robert Z. Lawrence).

"Dealing with Dislocation," Harvard International Review, January, 1987 (with Robert Z. Lawrence).

"Regulatory Reform in Peru," Regulation 1987, No. 1 (with Peter Schuck).

"Deregulation in the Third World: The Case of Peru," Yale Journal on Regulation, 1986, Vol. 4, No. 1 (with Peter Schuck).

"Taking the Dangers Out of Bank Deregulation," The Brookings Review, Fall 1986 (reprinted in the American Banker, January 20, 1987).

"Internal Structural Reforms in Peru: A Promising Road Out of the Debt Crisis," Journal of Economic Growth, Second Quarter 1986 (with Jorge Fernandez and Luis Morales).

"Evaluating and Controlling the Risks of Financial Product Deregulation," Yale Journal on Regulation, 1985, Vol. 3, No. 1.

"Living with the Trade Deficit: Adjustment Strategies to Preserve Free Trade, The Brookings Review, Winter 1985 (with Robert Z. Lawrence).

"Regulatory Policy in the Second Reagan Administration," The Brookings Review, Spring 1985.

"Deregulation in a Second Reagan Term" HealthScan, January, 1985.

"The Democrats' Coming Civil War Over Industrial Policy," The Atlantic Monthly, September, 1984 (with Simon Lazarus).

"Maintaining Confidentiality of an Environmental Audit," in Lee Harrison (ed.), The McGraw Hill Environmental Auditing Handbook, McGraw Hill, 1983 (with Stuart Eizenstat).

"The Role of Economic Analysis in the Regulatory Process," Issues in Bank Regulation, Winter 1982 and Regulatory Impact Analysis, Law & Business, Inc., 1982, (with Michael Sohn).

"Sierra Club vs. Costle: Regulatory Oversight Wins in Court," Regulation, July/August 1981 (with Michael Sohn).

"On Rectification in Nozick's Minimal State," Political Theory, May 1977.

Appendix to Joseph A. Pechman, "Responsiveness of the Federal Income Tax to Changes in Income," BPEA, 1973:3.

Comments And Book Reviews

Review of *The Development and Regulation of Non-Bank Financial Institutions*, in The Journal of Economic Literature, December 2003

"Making Regulation Work for Consumers and Banks," in The Art of the Loan in the 21st Century, Proceedings of the 41st Annual Conference On Bank Structure and Competition, Federal Reserve Bank of Chicago, May, 2005

"Interview", Region Focus, Federal Reserve Bank of Richmond, Winter

2003
"Legal and Economic Aspects of the Microsoft Case: Antitrust in the Information Age," Interview, in Business Economics, April 2000
"Seattle and the Future of Trade Policy," Interview, Columbia Journalism Review, Summer, 2000, "Interview on US Trade Policy and the World Trade Organization," The Georgetown Public Policy Review, Spring
2000, Vol. No. 2.
"Curing The Asian Flu," Interview in Reason, May 1998
Book Review of Daniel Yergin and Joseph Stanislaw, The Commanding Heights, in the Washington Post, February 8, 1998
Comments on "Lessons of the 1980s: What Does the Evidence Show?," History of the Eighties: Lessons for the Future, FDIC Symposium Proceedings, Vol. II, January 16, 1997
Comments on "Adversial Legalism: An International Perspective," In Pietro Nivola, ed., Comparative Disadvantages? Social Regulations and the Global Economy (Brookings Institution Press, 1997)
Comments on Fischel's Political Economy of Just Compensation, Harvard Journal of Law and Public Policy, Fall 1996
Comments On: Rewriting History and Riding The Wave (papers By Robert Wilson/Frederick R. Warren-Boulton and William Comanor and F.M. Scherer), in International Journal of the Economics of Business, Vol. 2, No. 2, July 1995
"Discussant's Comments", in Safeguarding the Banking System in an Environment of Financial Cycles, Federal Reserve Bank of Boston (Proceedings of a 1993 Symposium)
"Comments on Staiger and Wolak" (Antidumping article), Brookings Papers on Economic Activity, Microeconomics, 1993
"Fertile Money and Banks in Russia: A Comment", in Bruce L.R. Smith and Gennady M. Danilenko, eds., Law and Democracy in the New Russia, Brookings Institution, 1993
"Commentary on Universal Banking," in Brooklyn Journal of International Law, 1993, Vol. XIX, No. 1.
"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," in Emerging Challenges for the International Financial Services Industry, Research in International Business and Finance, 1992, Vol. 9 (JAI Press Inc., 1992).
"Comment" on Gary Gorton's and George Pennacchi's "Money Market Funds and Finance Companies: Are They the Banks of the Future?" in Michael Klausner and Lawrence J. White, eds., Structural Change in Banking, (New York University Press, 1993).
"Comments" on Scott Harrington's "Public Policy and Property-Liability Insurance," in The Financial Condition and Regulation of Insurance

Companies, Proceedings of a Federal Reserve Bank of Boston Conference, June 1991.

"Probing Banking's Black Hole," review of Lawrence White's The S&L Debacle: Public Policy Lessons for Bank and Thrift Regulation, in Cato Regulation Magazine, Winter 1990/91.

Commentary on "U.S. Banking in an Increasingly Integrated and Competitive World Economy," Journal of Financial Services Research, December 1990.

Comments on Thomas Romer and Barry Weingast, "Political Foundations of the Thrift Debacle," in Geoffrey Carliner and Alberto Alessina, eds., Politics and Economics in the Eighties (NBER and Univ. of Chicago Press, 1991).

Book Review of Kenneth Meier's "The Political Economy of Regulation: The Case of Insurance," in Journal of Economic Literature, December 1989.

Comments on Ed Kane's "Changing Incentives Facing Regulators," Journal of Financial Services Research, September 1989.

Commentary on "Payment Risk, Network Risk and the Role of the Fed," in David B. Humphrey, ed., The U.S. Payment System: Efficiency, Risk And The Role Of The Federal Reserve (Kluwer Academic Press, 1989).

"Just How Fast Can a Bank Run?," Manhattan, Inc., January 1988.

"Comments on Financial Restructuring Proposals," Financial Restructuring, A Symposium Sponsored by the Federal Reserve Bank of Kansas City (November 1987).

Book Review of Bruce Guile and Harvey Brooks, eds., "Technology and Global Industry," in Science October, 1987.

Book Review of Stephen Cohen and John Zysman, "Manufacturing Matters" in Across the Board, Fall 1987.

Remarks at a "World Policy Forum: Workers in Transition," World Policy Journal, Summer, 1986.

"Comments on Mendeloff's `Regulatory Reform and OSHA Policy,'" Journal of Public Policy, Management, 1986, Vol. 5, No. 3, (with William D. Nordhaus).

"Comments on Papers on Electronic Funds Transfer," in Robert Rogowsky, ed., Regulation and Competitive Strategy (1986).

Book Review in the New York Times, October 16, 1983 of Susan J. and Martin Tolchin, Dismantling America.

Book Review of Joseph Gold, The Fund Agreement in Courts, in the American Journal of International Law, October 1983.

Book Review of Kenneth Dam, The Rules of the Game: Reform and Evolution in the International Monetary System, in the American Journal of International Law, January 1983.

| | |
|---|---|
| Newspaper Articles | "Competition and Antitrust Law can Protect the Internet," *The Hill*, October 3, 2006 (with Robert W. Hahn)<br>"Commission Accomplished," *New York Times*, June 17, 2006<br>"Catching the Web in a Net of Neutrality," *Washington Post.com*, May 2, 2006<br>"Blessing of Britain Vital to European Exchange Watchdog, Financial Times, March 23, 2006 (with Ivan Mortimer-Schutts)<br>"When The Rules are the Real Risks," Wall Street Journal, European Edition, November 1, 2004 (with Robert Hahn)<br>"Banks Must Be Untied From An Outdated Law," Financial Times, May 6, 2003<br>"The Cost of Cooking Books", Christian Science Monitor, September 4,<br>"Shares Crash Has a Silver Lining," The Australian Financial Review, July 25, 2002 (with Carol Graham)<br>"Satellite Merger Will Hurt TV Viewers," Chicago Tribune, December 16, 2001<br>"Home Ownership That's Too Important To Risk", The New York Times, August 20, 2001 (with Charles Calomiris)<br>"Open Japan's Banking Industry," Asian Wall Street Journal, August 10, 2001 (with Adam Posen)<br>"Energy Price Controls: Been There, Done That", The Washington Post, May 21, 2001 (with Philip Verleger)<br>"Finding a New Deal for America," Financial Times, March 1, 2000 (with Alan Mendelowitz)<br>"Clinton's Legacy: Prosperity Reigned on his Watch," The San Diego Tribune, January 14, 2001<br>"Fair Use of Antitrust Law," The Washington Post, September 13, 2000<br>"Corporate Disclosure in the Internet Age," Financial Times, May 25, 2000 (with Peter J. Wallison)<br>"What Light Through Yonder Windows Breaks?", Toronto Globe and Mail, April 11, 2000.<br>"Next Step: Convert the Skeptics", The Washington Post, December 5, 1999<br>"The Rewards of Ending a Monopoly", Financial Times, November 24, 1999<br>The Clogged Arteries of a Troubled Economy (Japan), The Los Angeles Times, October 4, 1998<br>Why a Market Correction Won't Replay 1987", Wall Street Journal, July 28, 1998 (with Anthony M. Santomero)<br>Bankruptcy Bailout Could Fix Asia's Woes, Newsday, March 4, 1998<br>Honoring US Obligations to the IMF, Journal of Commerce, February 25, 1998<br>A Tough Regime for Rescuing Japan's Banks, The Los Angeles Times, |

December 22, 1997

Putting Regulation To A Test, Washington Post, July 30, 1997 and Houston Chronicle, August 1, 997, (with Robert W. Hahn)

A Time Long Ignored: The Impending Section 8 Disaster, Baltimore Sun, August 18, 1996 (with James Barth)

"Deposit Insurance, Gas on S&L Fire," The Wall Street Journal, July 29, 1993.

"Force-Feeding Our Piggy Banks," The Washington Post, May 30, 1993.

"To Russia, With Advisers," The Washington Post, March 2, 1993, (with Lex Rieffel).

"Perot Medicine for Clinton," The New York Times, October 7, 1992.

"Too Good To Be True," The Atlanta Journal/The Atlanta Constitution, July 26, 1992.

"No Quick Fix for Nation's Economy," The Atlanta Journal/The Atlanta Constitution, February 2, 1992.

"Choosing Insurance Regulators," The Journal of Commerce, January 30, 1992.

"The Banking Bill Passed At End of Session Isn't Really As `Narrow' As It First Seems," Roll Call, December 9, 1991.

"The Dangers of Letting Banks Own Everything," Wall Street Journal, February 5, 1991.

"Some Hidden Nuggets in the Thrift Bill" American Banker, September 29, 1989 (with Ernest Fleischer).

"Solving the FSLIC Crisis," American Banker, October 31, 1988 (with R. Dan Brumbaugh, Jr.).

"Should S&Ls Become Banks?," Washington Times, October 26, 1988 (syndicated nationally in other newspapers).

"The Banks Are in Big Trouble, Too," The New York Times, August 21, 1988 (with R. Dan Brumbaugh, Jr.).

Interview on "Microenterprise and the Need for Policy Reform," in Economic Impact, 1988:2.

"Bank Revolution Won't Wait for Congress," Wall Street Journal, November 10, 1987.

"World Bank Should Consolidate Third World Debt," American Banker, June 18, 1987 (with Tamar Frankel).

"Moving Beyond the Stalemate Over Expanded Bank Powers," American Banker, July 11, 1986.

"Ending the `Lunacy' of Trade Protection," The New York Times, April 27, 1986 (with Robert Z. Lawrence).

"Regulators Should Use Carrot in Lieu of Stick," American Banker, January 23, 1986 (with Tamar Frankel).

"Carrots and Sticks in Bank Supervision," Legal Times, January 13, 1986 (with Tamar Frankel).

"What Will Tax Reform Do to the Trade Balance?" Journal of Commerce,

March 6, 1985 (with Robert Herzstein).

"Will Reg Analysis be a Tool for Managers or Litigators?," Legal Times, April 27, 1981 (with Michael Sohn).

Testimony

Testimony on Recommendations for Improving Regulatory Accountability And Transparency, before the Subcommittee on Energy Policy, Natural Resources and Regulatory Affairs, House Government Reform Committee, March 2003 (with Robert W. Hahn)

Testimony on Recommendations for Improving Federal Regulation, before the Subcommittee on Regulatory Reform and Oversight of the House Committee on Small Business, June 2002 (with Robert W. Hahn)

Testimony on Accounting Issues before the Subcommittee on Capital Markets, Insurance and Government-Sponsored Enterprises of the House Financial Services Committee, May 14, 2002

Testimony on Accounting and Disclosure Issues After Enron, Senate Banking Committee, March 14, 2002

Testimony on State Insurance Regulation, Subcommittee on Capital Markets of House Financial Services Committee, August 1, 2001

Testimony on Lessons from the Asian Financial Crisis before the Senate Foreign Relations Committee, November 5, 1999

Testimony on Privacy and Financial Services before the Subcommittee on Financial Institutions and Consumer Issues of the House Banking Committee, July 20, 1999

Testimony on Proposed Regulatory Reform Legislation before the Senate Committee on Government Affairs, April 22, 1999

Testimony on the European Privacy Directive before the House Committee On International Affairs, May 7, 1998

Testimony on a proposed Congressional Office of Regulatory Affairs, Before the Subcommittee on National Economic Growth of the House Committee on Government Reform and Oversight, March 11,1998

Testimony on Regulatory Reform Legislation before Senate Committee on Government Affairs, February 24, 1998

Testimony on IRS Restructuring before the National Commission on Restructuring the IRS, March 13, 1997

Testimony on the Impact of Liability Law Trends on Innovation by Small Business before the Subcommittee on Competitiveness and Economic Opportunity of the Senate Commerce Committee, November 7, 1991.

Testimony on Budgetary Risks of Problems in Banks, Thrifts and GSEs before the House Ways and Means Committee, March 13, 1991.

Testimony on Deposit Insurance Reform before the Senate Banking Committee, March 12, 1991.

Testimony on Condition of the U.S. Banking Industry and the Bank Insurance Fund, Financial Institutions Subcommittee of the House Banking Committee,

December 17, 1990.

Testimony on the Causes of the S&L Crisis before the Senate Judiciary Committee, August 14, 1990 (reprinted in Challenge, Nov-Dec 1990).

Testimony on Financial Restructuring before the Subcommittee on Telecommunications and Finance of the House Energy and Commerce Committee, July 11, 1990.

Testimony on the Condition of the U.S. Commercial Banking Industry before the Senate Committee on Banking, Housing and Urban Affairs, October 5, 1989.

Testimony on the Condition of the FDIC before the Financial Institutions Subcommittee of the House Banking Committee, September 19, 1989 (reprinted in the American Banker, October 11, 1989).

Testimony on the Long-Term Economic Outlook for the U.S. before the Joint Economic Committee of the U.S. Congress, February 23, 1989.

Testimony on Proposed Thrift Capital Standards before the Federal Home Loan Bank Board, February 9, 1989.

Testimony on Competitiveness and Concentration Issues Raised by Proposed Financial Restructuring Legislation before the Subcommittee on Monopoly of the House Judiciary Committee, September 14, 1988.

Testimony on Repeal of New York's "Mini Glass-Steagall Act" before the Banking Committee of the New York State Legislature, January 26, 1988.

Testimony on Proposed Financial Restructuring Legislation before the Senate Banking Committee, December 2, 1987.

"Frameworks for Financial Product Deregulation," paper presented to the annual meetings of the Eastern Economic Association, March 1987.

Testimony on "Financial Product Deregulation" before the Subcommittee on Commerce, Consumer and Monetary Affairs of the House Government Operations Committee, December 18, 1986.

Testimony on "Reforming the U.S. Escape Clause" before the Trade Subcommittee of the House Ways and Means Committee, April 15, 1986.

Testimony on "Legislative Veto and the Chadha Decision" before the Senate Subcommittee on Administrative Practice and Procedure of the Senate Judiciary Committee, July 1983.

Regular speeches, seminars on entrepreneurship, banking, insurance, international trade and regulatory issues before academic, government and other professional audiences.

* * * * * *

Who's Who in America
Who's Who in the East
Who's Who Among American Lawyers
Member, Council on Foreign Relations

Date of Birth: May 16, 1950

| | |
|---|---|
| Spouse: | Margaret Langston |
| Children: | Ari (20) and Alisa (17) |

# EXHIBIT B

pleading
8/31/99

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRST ANNAPOLIS BANCORP., INC., *Plaintiff* and FEDERAL DEPOSIT INSURANCE CORPORATION, as Successor to the Rights of FIRST ANNAPOLIS SAVINGS BANK, F.S.B., a federally chartered stock savings association, *Plaintiff-Intervenor* v. UNITED STATES OF AMERICA, *Defendant* | Civil Action No. 94-522-C<br>Chief Judge Loren A. Smith |

**PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION'S**
**EXPERT WITNESS IDENTIFICATION**

Plaintiff-Intervenor, Federal Deposit Insurance Corporation ("FDIC"), pursuant to the provisions of this Court's August 11, 1997 Procedural Order No. 2 regarding discovery of expert witnesses, hereby identifies its expert witness as follows:

FDIC identifies Robert E. Litan, Ph.D., of The Brookings Institution, 1775 Massachusetts Ave, N.W., Washington, D.C. 20036, (202) 797-6120, as its expert regarding the damages suffered by First Annapolis Savings Bank, F.S.B. Dr. Litan's current *curriculum vitae*, including a list of Dr. Litan's publications in the last ten years and Dr. Litan's testimony in the preceding four years is attached hereto as Exhibit A. Dr. Litan is compensated at the rate of $325 per hour for both his preparation and testimony.



_____ Amicus Calendar
_____ DAC
_____ Atty

Respectfully submitted,

Dated: August 31, 1999

John Wright Carlisle
Attorney of Record for Plaintiff
Federal Deposit Insurance Corporation
1910 Pacific Ave., Room 5056
Dallas, Texas 75201
(972) 761-2264
(972) 761-2163 Fax

Of Counsel:
John V. Thomas
Thelma Diaz
Federal Deposit Insurance Corporation

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 31st day of August, 1999, I caused to be faxed and placed in the United States mail (first class, postage prepaid) copies of the foregoing FDIC's Response to First Annapolis Bancorp, Inc.'s Motion for Partial Summary Judgment on Damages, addressed as follows:

James L. Anderson, Esq.
Commercial Litigation Branch
Civil Division, Department of Justice
Attn.: Classification Unit, 8th Floor
1100 L Street N.W.
Washington, DC 20530 **FAX: 514-8640**

Attorneys for Defendant United States

Dale A. Cooter, Esq. **FAX: 364-3664**
Donna S. Mangold, Esq.
Elizabeth A. McFarland, Esq.
COOTER, MANGOLD, TOMPERT & WAYSON, P.L.L.C.
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015

Attorneys for First Annapolis Bancorp, Inc.

Executed this 31st day of August, 1999.

Martina Carpenter Woods

# CURRICULUM VITAE

Robert E. Litan

Home Address

3 Golden Crest Court
Rockville, Maryland 20854
301/424-3722

Office Address

The Brookings Institution
1775 Massachusetts Ave, N.W.
Washington, D.C. 20036
Tel: 202/797-6120
Fax: 202/797-6181 or 4362
E-mail: rlitan@brook.edu

## Employment

| | |
|---|---|
| 1996- | Director, Economic Studies Program and Cabot Family Chair in Economics, The Brookings Institution -- Responsible for supervising the Institution's economic research program and its 19 scholars and support staff; Continuing research on financial institutions, trade, and issues relating to the information revolution |
| 1997- | President, The HyperCheck Company -- an Internet-payments and services company |
| 1995-96 | Associate Director, U.S. Office of Management Budget -- Responsible for budgets and clearance of policy for five cabinet agencies (Commerce, HUD, Justice, Treasury and Transportation) and most of the independent agencies of the U.S. Government (requiring supervision of approximately 70 professional staff) |
| 1993-95 | Deputy Assistant Attorney General, Antitrust Division, Department of Justice -- Supervision of approximately 150 attorneys and paralegals in non -merger civil antitrust investigations; Developing DOJ policy on regulatory issues; Active participation in the development of the Administration's policies on telecommunications, trade and various regulatory issues |
| 1984-1993 | Senior Fellow, Economic Studies Program; Director (1987-92), Center for Economic Progress and Employment; and Director (1992-93), Center for Law, Economics, and Politics, The Brookings Institution, Washington, D.C., -- Specialist in financial institutions; international trade; and regulatory policy. |

EXHIBIT A.

| | |
|---|---|
| 1982-90 | Powell, Goldstein, Frazer & Murphy, law firm, Washington, D.C.: Senior Associate (1982-84); Partner (1984); Of Counsel (1984-90) -- Attorney specializing in administrative law, antitrust, banking, energy, international trade, and legal issues generally involving law and economics. |
| 1979-1982 | Arnold & Porter, law firm, Washington, D.C., Associate. |
| 1977-1979 | President's Council of Economic Advisers, Executive Office of the President, Washington, D.C. Regulatory and Energy Specialist; principal staff for the Regulatory Analysis Review Group; handled selected legal issues for the Council. |
| 1974-1976 | Peabody, Rivlin, Lambert & Meyers - summer legal associate. |
| 1972-1973 | The Brookings Institution, Washington, D.C. - research assistant to Dr. Arthur M. Okun. |
| 1970-1971 | Peat, Marwick, Mitchell & Co., Wichita, Kansas - two summers as an intern tax accountant. |

Teaching

| | |
|---|---|
| 1993 | Taught principles of Western banking to Russian bankers (under a Treasury Department grant administered by KPMG Peat Marwick) |
| 1989-90<br>1986-87 | Yale Law School - Visiting Lecturer in Law (Banking). |
| 1976-1977 | Yale University - Lecturer in Economics (taught Economics and Law; and Elementary Macroeconomics; both large lecture courses). |
| 1975-1976 | Yale University - Instructor in Economics (taught two sections of Elementary Micro and Macroeconomics). |

Consultancies

| | |
|---|---|
| 1996-97 | U.S. Department of the Treasury (prepared Congressionally mandated report on the future of the financial services industry and its regulation) |
| 1993 | Federal Home Loan Bank of San Francisco (prepared report on the future role of the Federal Home Loan Bank System) |
| 1990 | Financial Institutions Subcommittee of the House Banking Committee (prepared report |

on the condition of the Federal Deposit Insurance Corporation with James R. Barth and R. Dan Brumbaugh, Jr.).

1987- Oxford Analytica (British News Service) -- regular contributor of reports on the U.S. banking and thrift industries.

1987 Senate Judiciary Committee -- organized hearings for the Chairman on antitrust and competitiveness issues, authored report on antitrust policy for the Committee.

1985-89 Institute for Liberty and Democracy, Lima Peru - legal and economic consulting on deregulation matters generally, including financial institutions issues.

1976-77 National Academy of Sciences - consultant to the Modeling Resources Group of the Committee on Nuclear and Alternative Energy Systems (CONAES).

(Separate listing of expert witness assignments and other project consultancies available on request.)

Advisory Boards or Boards of Directors

1997-98 Chairman, National Research Council Committee on Disaster Loss Estimation

1996 Department of Defense, Defense Sciences Board, Member of Task Force on Vertical Integration in the Defense Industry

1993-94 Department of Defense, Defense Sciences Board, Member of Task Force on Mergers within the Defense Industry

1991-93 Chairman, Editorial Advisory Board, Public Policy Studies Series for the Insurance Information Institute.

1991-92 Presidential-Congressional Commission on the Causes of the Savings and Loan Crisis (Member).

1988-90 Conference Board of Canada Financial Institutions Group (Advisory Board).

1988-90 Foundation for Change (Board of Directors).

1988-89 Member of Advisory Board to Office of Technology Assessment Study on Technological Change in Banking and Securities Markets.

## Education

1987 Yale University: Ph.D. in Economics. Dissertation: An Economic Inquiry Into the Expansion of Bank Powers. (Dissertation Committee: Professors Richard Levin, Merton Peck and James Tobin).

1977 Yale University: J.D. (1977), Felix S. Cohen Prize for best essay in legal philosophy; Extra-curricular Activities: Yale Legislative Services, Barrister's Union; Employment, Consulting and Teaching 1973-1977 (see above).

1976 Yale University: M. Phil. in Economics, Distinction in Ph.D. oral examinations (international trade and finance, industrial organization).

1968-72 Wharton School of Finance and Commerce, University of Pennsylvania: B.S. Economics, summa cum laude (Valedictorian); Major - Finance; Minors - Accounting, Statistics and Mathematics.

Honors and Awards: Thouron Fellowship for Graduate Study in Great Britain (which was not used); Royal Society of Arts Silver Medal (National award given to selected outstanding graduating seniors in the U.S.); Class of 1946 Award (given by the University to an outstanding graduating senior); William D. Gordon Award (given by the Wharton School to the graduating senior with the highest scholastic average); Beta Gamma Sigma Award (given by the Wharton School to the graduating senior with the highest scholastic average); Albert A. Berg Scholarship Award, 1971, 1972, (given each year by the Wharton Faculty to an outstanding upperclassman in the Wharton School).

Extra-curricular Activities: Chairman, Activities Council (major student government body); Executive Editor of Wharton Account (major undergraduate business magazine); Vice-President of Debate Council; 2 years in intercollegiate debate; President, Beta Gamma Sigma; Friars Senior Honor Society; Beta Alpha Psi; Employment in Electrical Engineering Library (4 years).

## Publications

Books

American Finance for the 21st Century (with the assistance of Jonathan Rauch), U.S. Department of the Treasury (1997) and the Brookings Institution Press (1998, forthcoming)

Going Digital! (with William Niskanen), Brookings Institution Press and the Cato Institute (forthcoming)

Footing The Bill For Superfund Cleanups (with Don Fullerton, Paul Portney and Kate Probst), Brookings Institution and Resources for the Future, 1995

Financial Regulation in the Global Economy (with Richard Herring),

Brookings Institution, 1994

Growth With Equity: Economic Policymaking For The Next Century (with Martin Baily and Gary Burtless), Brookings Institution, 1993.

Physical Damage and Human Loss: The Economic Impact of Earthquake Mitigation Measures (with Frederick Krimgold, Karen Clark, and Jayant Khadilkar), Insurance Information Institute, 1992).

The Future of American Banking (with James Barth and R. Dan Brumbaugh, Jr.), W. E. Sharpe, 1991.

The Revolution in U.S. Finance, Brookings Institution, 1991.

What Should Banks Do?, Brookings Institution, 1987.

Saving Free Trade: A Pragmatic Approach (with Robert Z. Lawrence), Brookings Institution, 1986.

Reforming Federal Regulation (with William D. Nordhaus), Yale University Press, 1983.

Books Edited

Assessing Bank Reform: FDICIA One Year Later (with George G. Kaufman), Brookings Institution, 1993.

Verdict: Assessing The Civil Jury System, Brookings Institution, 1993.

Down in the Dumps: Administration of the Unfair Trade Laws (with Richard Boltuck), Brookings Institution, 1991.

The Liability Maze: The Impact of Liability Law on Safety and Innovation, co-editor (with Peter Huber), Brookings Institution, 1991.

American Living Standards: Threats and Challenges,(co-editor with Robert Z. Lawrence and Charles L. Schultze and author of two chapters), Brookings Institution, 1988.

Liability: Perspectives and Policy, (co-editor and co-author of two chapters, with Clifford M. Winston), Brookings Institution, 1988.

Reports

Improving Regulatory Accountability (with Robert Hahn), AEI and Brookings, 1997

An Agenda for Federal Regulatory Reform (with Robert Crandall, Christopher DeMuth, Robert Hahn, Pietro Nivola, Paul Portney), AEI and Brookings, 1997

Options for Reinforcing and Expanding the Role of the Federal Home Loan Bank System, Financing Affordable Housing in America Conference (sponsored by Affordable Housing Advisory Council, Federal Home Loan Bank of San Francisco), Washington, D.C., April 20, 1993.

The Economics of Credit Cards, 1993 (sponsored by MasterCard and Visa).

Charting A Future For The Civil Jury System, Brookings Institution, 1992 (with G. Marc Whitehead)

Consumers, Competition and Choice: The Impact of Price Controls on the Credit Card Industry, March 1992 (prepared for MasterCard International).

Back To Basics: Solvency As the Primary Objective Of Insurance Industry

Regulation, for State Farm Insurance Companies, October 1991.

Protecting Taxpayers From Deposit Insurance: Bank Capital, Consumers Union, May 1991.

A National Earthquake Mitigation and Insurance Plan: Response to Market Failures, The Earthquake Project, April 1991.

The Banking Industry In Turmoil: A Report to the Financial Institutions Subcommittee on the Condition of the U.S. Banking Industry and the Federal Deposit Insurance Corporation, U.S. Government Printing Office, December 1990 (with James Barth and R. Dan Brumbaugh, Jr., revised later into a book; see The Future of American Banking, above).

Justice For All: Reducing Costs and Delay In Civil Litigation, Brookings Institution, 1989 (with Mark Gitenstein).

A Blueprint for Restructuring America's Financial Institutions, Brookings Institution, 1989 (with George Benston, R. Dan Brumbaugh, Jack Guttentag, Richard Herring, George Kaufman, and Kenneth Scott).

Energy Modeling for an Uncertain Future, National Academy of Sciences, 1978 (with Tjalling C. Koopmans).

Articles

"Preventing Bank Crises: Lessons from Bank Failures in the United States," (With James R. Barth), forthcoming in a volume to be edited by George Kaufman)

"What's Next After FDICIA?", in George G. Kaufman, ed., Research In Financial Services: Private and Public Policy, 1997, Vol. 9 (JAI Press, 1997)

"Globaphobia: The Wrong Debate Over Trade Policy", Brookings Policy Brief, No.24, September, 1997 (with Robert Z. Lawrence)

"Disciplining Large Banks After FDICIA", Journal of Retail Banking Services (Summer 1997)

"Uncle Sam in the Housing Market: The Section 8 Rental Subsidy Disaster", The Brookings Review, Fall 1996 (with James Barth); and "The Housing Disaster That Hasn't Been Fixed", Brookings Policy Briefs, 1996, No. 1 (with James Barth)

"Antitrust Enforcement and the Telecommunications Revolution: Friends, Not Enemies", in Revolution in the U.S. Information Infrastructure (National Academy of Engineering, 1995)

"The Relative Decline of Banking: Should We Care?", in proceedings of the 1994 Conference on Bank Structure, Federal Reserve Bank of Chicago (forthcoming, 1995)

"More Value for the Legal Dollar", Judicature, January-February 1994 (with Steven C. Salop)

"Saving Our Way out of the Deficit Dilemma", Brookings Review, Fall 1993 (with William Gale)

"Superfund: Assessing The Program And Options For Reform", in Enhancing Environmental Quality through Economic Growth

(American Council for Capital Formation, 1993).

"Nightmare in Basle," International Economy, November/December 1992.

"Banks and Real Estate: Regulating the Unholy Alliance," in Real Estate and the Credit Crunch, Proceedings of a Federal Reserve Bank of Boston Conference, September 1992.

"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," Research in International Business and Finance, 1992.

"Interstate Banking and Product-Line Freedom: Would Broader Powers Have Helped The Banks?", Yale Journal on Regulation, Summer 1992.

"Down in the Dumps: Administering America's "Unfair" Trade Laws," The Brookings Review, Spring 1992.

"A Critique of the Financial Institutions Recovery, Reform and Enforcement Act of 1989 and the Financial Strength of the Commercial Banks," in James R. Barth and R. Dan Brumbaugh, Jr., eds., The Reform of Federal Deposit Insurance (Harper, 1992) (with R. Dan Brumbaugh, Jr.).

"Speeding Up Civil Justice," in Elliot E. Slotnick, ed., Judicial Politics: Readings from Judicature, American Judicature Society, 1992.

"Nick Brady, Call Your Office," International Economy, March/April 1992

"Short and Long Run Snapshots of the U.S. Banking Industry," Bank Structure and Competition, Federal Reserve Bank of Chicago, 1991.

"U.S. Financial Markets and Institutions in the 1980s: A Decade of Turbulence," in Martin Feldstein, ed., American Economic Policy in the 1980s, University of Chicago Press and NBER, 1991.

"Bank Failures Are Sinking The FDIC," Challenge, March/April 1991 (with James R. Barth and R. Dan Brumbaugh, Jr).

"The Safety and Innovation Effects of U.S. Liability Law: The Evidence," American Economic Review: Papers and Proceedings, May 1991.

"Who Needs American Banks?," International Economy, January/February 1991.

"Facing The Future: The End of the Savings and Loan Industry," Domestic Affairs, February 1991.

"Ignoring Economics In Dealing With The Savings And Loan And Commercial Banking Crisis," Contemporary Policy Issues, January 1991 (with R. Dan Brumbaugh, Jr.).

"The Liability Explosion and American Trade Performance: Myths and Realities," in Peter Schuck, ed., Tort Law and the Public Interest: Competition, Innovation and Consumer Welfare (American Assembly, 1991.

"Getting Out of the Thrift Crisis, Now!," The Brookings Review, Winter 1990.

"Let's Try Operation "Clean Sweep," Challenge, November-December 1990.

"The World Trading System after the Uruguay Round," Boston University International Law Journal, May 1991.

"Avoiding Insurer Insolvencies: Lessons from the Thrift Crisis," John Liner Review, Fall 1990.

"Earthquake! Planning and Paying for the "Big One," The Brookings Review (Fall 1990).

"Explaining Corporate Leverage and LBO Activity in the Eighties," in John B. Shoven, ed., Corporate Leverage and Tax Policy (Brookings Institution, 1990) (with Margaret Blair).

"The Banks Are Worse Off Than You Think," Challenge Jan.-Feb. 1990 (with R. Dan Brumbaugh, Jr.).

"U.S. Trade Policy at a Crossroad," Science, January 5, 1990 (with Peter O. Suchman), reprinted in William Dudley, ed., Trade: Opposing Viewpoints, (Greenhaven Press, 1991).

"Speeding Up Civil Justice," Judicature, October-November, 1989.

"Cleaning Up the Depository Institutions Mess," Brookings Papers on Economic Activity (BPEA), 1989:1 (with R. Dan Brumbaugh and Andrew Carron).

"The S&L Crisis: How to Get Out and Stay Out," Brookings Review, Spring 1989 (with R. Dan Brumbaugh, Jr.).

"The American Banking System: Dangers and Tasks Ahead," in S. Irving, ed., Economic Vulnerabilities, Challenges for Policymakers (Curry Foundation, 1988).

"The Future of Banking: Are `Narrow Banks' the Answer?," in The Financial Services Industry in the Year 2000, Proceedings of a Conference on Bank Structure and Competition (May 11-13, 1988).

"Facing Up to the Crisis in American Banking," in Critical Choices, Brookings Institution, 1988, (with R. Dan Brumbaugh, Jr.) and in Brookings Review, Winter 1988/89.

"Improving American Living Standards," in Critical Choices, Brookings Institution, 1988 (with Robert Z. Lawrence and Charles L. Schultze) and in Brookings Review, Winter 1988/89.

"A Guide to the U.S. Trade Laws" in Jan Egert and John Gornall, eds., Doing Business in the United States (Gabler Publishing, 1988).

"What Reforming Glass-Steagall Will Bring," International Economy, March/April, 1988.

"Causes of the Liability Insurance Crisis," Science, February 12, 1988 (With Scott Harrington).

"Financial Restructuring: Which Way for Congress?" Challenge, November/ December, 1987.

"Is The U.S. Turning Protectionist?," JAMA Forum, October 1987.

"Reuniting Investment and Commercial Banking," in Catherine England and Thomas Huertas, eds., The Financial Services Revolution (Kluwer Academic Press, October 1987).

"The Protectionist Prescription: Errors in Diagnosis and Cure," BPEA, 1987:1 (with Robert Z. Lawrence).

"Why Protectionism Doesn't Pay," Harvard Business Review, May/June 1987 (with Robert Z. Lawrence).

"Dealing with Dislocation," Harvard International Review, January, 1987 (with Robert Z. Lawrence).

"Regulatory Reform in Peru," Regulation 1987, No. 1 (with Peter Schuck).

"Deregulation in the Third World: The Case of Peru," Yale Journal on Regulation, 1986, Vol. 4, No. 1 (with Peter Schuck).

"Taking the Dangers Out of Bank Deregulation," The Brookings Review, Fall 1986 (reprinted in the American Banker, January 20, 1987).

"Internal Structural Reforms in Peru: A Promising Road Out of the Debt Crisis," Journal of Economic Growth, Second Quarter 1986 (with Jorge Fernandez and Luis Morales).

"Evaluating and Controlling the Risks of Financial Product Deregulation," Yale Journal on Regulation, 1985, Vol. 3, No. 1.

"Living with the Trade Deficit: Adjustment Strategies to Preserve Free Trade, The Brookings Review, Winter 1985 (with Robert Z. Lawrence).

"Regulatory Policy in the Second Reagan Administration," The Brookings Review, Spring 1985.

"Deregulation in a Second Reagan Term" HealthScan, January, 1985.

"The Democrats' Coming Civil War Over Industrial Policy," The Atlantic Monthly, September, 1984 (with Simon Lazarus).

"Maintaining Confidentiality of an Environmental Audit," in Lee Harrison (ed.), The McGraw Hill Environmental Auditing Handbook, McGraw Hill, 1983 (with Stuart Eizenstat).

"The Role of Economic Analysis in the Regulatory Process," Issues in Bank Regulation, Winter 1982 and Regulatory Impact Analysis, Law & Business, Inc., 1982, (with Michael Sohn).

"Sierra Club vs. Costle: Regulatory Oversight Wins in Court," Regulation, July/August 1981 (with Michael Sohn).

"On Rectification in Nozick's Minimal State," Political Theory, May 1977.

Appendix to Joseph A. Pechman, "Responsiveness of the Federal Income Tax to Changes in Income," BPEA, 1973:3.

Comments

"Comments on 'Lessons of the 1980s: What Does the Evidence Show?", History of the Eighties: Lessons for the Future, FDIC Symposium Proceedings, Vol. II, January 16, 1997

"Comments on 'Adversial Legalism: An International Perspective'" In Pietro Nivola, ed., Comparative Disadvantages? Social Regulations and the Global Economy (Brookings Institution Press, 1997)

"Comments on Fischel's Political Economy of Just Compensation", Harvard Journal of Law and Public Policy, Fall 1996

"Comments On: Rewriting History and Riding The Wave" (papers By Robert Wilson/Frederick R. Warren-Boulton and William Comanor and F.M. Scherer), in International Journal of the Economics of Business, Vol. 2, No. 2, July 1995

"Discussant's Comments", in Safeguarding the Banking System in an Environment of Financial Cycles, Federal Reserve Bank of Boston

(Proceedings of a 1993 Symposium)

"Comments on Staiger and Wolak" (Antidumping article), Brookings Papers on Economic Activity, Microeconomics, 1993

"Fertile Money and Banks in Russia: A Comment", in Bruce L.R. Smith and Gennady M. Danilenko, eds., Law and Democracy in the New Russia, Brookings Institution, 1993

"Commentary on Universal Banking," in Brooklyn Journal of International Law, 1993, Vol. XIX, No. 1.

"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," in Emerging Challenges for the International Financial Services Industry, Research in International Business and Finance, 1992, Vol. 9 (JAI Press Inc., 1992).

"Comment" on Gary Gorton's and George Pennacchi's "Money Market Funds and Finance Companies: Are They the Banks of the Future?" in Michael Klausner and Lawrence J. White, eds., Structural Change in Banking, (New York University Press, 1993).

"Comments" on Scott Harrington's "Public Policy and Property-Liability Insurance," in The Financial Condition and Regulation of Insurance Companies, Proceedings of a Federal Reserve Bank of Boston Conference, June 1991.

"Probing Banking's Black Hole," review of Lawrence White's The S&L Debacle: Public Policy Lessons for Bank and Thrift Regulation, in Cato Regulation Magazine, Winter 1990/91.

Commentary on "U.S. Banking in an Increasingly Integrated and Competitive World Economy," Journal of Financial Services Research, December 1990.

Comments on Thomas Romer and Barry Weingast, "Political Foundations of the Thrift Debacle," in Geoffrey Carliner and Alberto Alessina, eds., Politics and Economics in the Eighties (NBER and Univ. of Chicago Press, 1991).

Book Review of Kenneth Meier's "The Political Economy of Regulation: The Case of Insurance," in Journal of Economic Literature, December 1989.

Comments on Ed Kane's "Changing Incentives Facing Regulators," Journal of Financial Services Research, September 1989.

Commentary on "Payment Risk, Network Risk and the Role of the Fed," in David B. Humphrey, ed., The U.S. Payment System: Efficiency, Risk And The Role Of The Federal Reserve (Kluwer Academic Press, 1989).

"Just How Fast Can a Bank Run?," Manhattan, Inc., January 1988.

"Comments on Financial Restructuring Proposals," Financial Restructuring, A Symposium Sponsored by the Federal Reserve Bank of Kansas City (November 1987).

Book Review of Bruce Guile and Harvey Brooks, eds., "Technology and Global Industry," in Science October, 1987.

Book Review of Stephen Cohen and John Zysman, "Manufacturing Matters" in Across the Board, Fall 1987.

Remarks at a "World Policy Forum: Workers in Transition," World Policy Journal, Summer, 1986.

"Comments on Mendeloff's `Regulatory Reform and OSHA Policy,'" Journal of Public Policy, Management, 1986, Vol. 5, No. 3, (with William D. Nordhaus).

"Comments on Papers on Electronic Funds Transfer," in Robert Rogowsky, ed., Regulation and Competitive Strategy (1986).

Book Review in the New York Times, October 16, 1983 of Susan J. and Martin Tolchin, Dismantling America.

Book Review of Joseph Gold, The Fund Agreement in Courts, in the American Journal of International Law, October 1983.

Book Review of Kenneth Dam, The Rules of the Game: Reform and Evolution in the International Monetary System, in the American Journal of International Law, January 1983.

Newspaper Articles

"Putting Regulation To A Test", Washington Post, July 30, 1997 (with Robert W. Hahn)

"A Time Long Ignored: The Impending Section 8 Disaster", Baltimore Sun, August 18, 1996 (with James Barth)

"Deposit Insurance, Gas on S&L Fire," The Wall Street Journal, July 29, 1993.

"Force-Feeding Our Piggy Banks," The Washington Post, May 30, 1993.

"To Russia, With Advisers," The Washington Post, March 2, 1993, (with Lex Rieffel).

"Perot Medicine for Clinton," The New York Times, October 7, 1992.

"Too Good To Be True," The Atlanta Journal/The Atlanta Constitution, July 26, 1992.

"No Quick Fix for Nation's Economy," The Atlanta Journal/The Atlanta Constitution, February 2, 1992.

"Choosing Insurance Regulators," The Journal of Commerce, January 30, 1992.

"The Banking Bill Passed At End of Session Isn't Really As `Narrow' As It First Seems," Roll Call, December 9, 1991.

"The Dangers of Letting Banks Own Everything," Wall Street Journal, February 5, 1991.

"Some Hidden Nuggets in the Thrift Bill" American Banker, September 29, 1989 (with Ernest Fleischer).

"Solving the FSLIC Crisis," American Banker, October 31, 1988 (with R. Dan Brumbaugh, Jr.).

"Should S&Ls Become Banks?," Washington Times, October 26, 1988 (syndicated nationally in other newspapers).

"The Banks Are in Big Trouble, Too," The New York Times, August 21, 1988 (with R. Dan Brumbaugh, Jr.).

Interview on "Microenterprise and the Need for Policy Reform," in Economic Impact, 1988:2.

"Bank Revolution Won't Wait for Congress," Wall Street Journal, November 10, 1987.

"World Bank Should Consolidate Third World Debt," American Banker, June 18, 1987 (with Tamar Frankel).

"Moving Beyond the Stalemate Over Expanded Bank Powers," American Banker, July 11, 1986.

"Ending the `Lunacy' of Trade Protection," The New York Times, April 27, 1986 (with Robert Z. Lawrence).

"Regulators Should Use Carrot in Lieu of Stick," American Banker, January 23, 1986 (with Tamar Frankel).

"Carrots and Sticks in Bank Supervision," Legal Times, January 13, 1986 (with Tamar Frankel).

"What Will Tax Reform Do to the Trade Balance?" Journal of Commerce, March 6, 1985 (with Robert Herzstein).

"Will Reg Analysis be a Tool for Managers or Litigators?," Legal Times, April 27, 1981 (with Michael Sohn).

Research Associate for

Ralph K. Winter, Watergate and the Law (American Enterprise Institute), 1974.

Arthur M. Okun, "Upward Mobility in a High-Pressure Economy," BPEA, 1972:1.

Arthur M. Okun, "Fiscal-Monetary Activism: Some Analytical Issues," BPEA, 1972:1.

Unpublished Presentations and Testimony

Testimony on IRS Restructuring before the National Commission on Restructuring the IRS, March 13, 1997

Address on "Regulatory Budgets" before Rochester Institute of Technology, February 1992 (reprinted in Regulatory Policy In Canada and the United States, RIT, 1992).

Testimony on the Impact of Liability Law Trends on Innovation by Small Business before the Subcommittee on Competitiveness and Economic Opportunity of the Senate Commerce Committee, November 7, 1991.

Testimony on Budgetary Risks of Problems in Banks, Thrifts and GSEs before the House Ways and Means Committee, March 13, 1991.

Testimony on Deposit Insurance Reform before the Senate Banking Committee, March 12, 1991.

Testimony on Condition of the U.S. Banking Industry and the Bank Insurance Fund, Financial Institutions Subcommittee of the House Banking Committee, December 17, 1990.

Testimony on the Causes of the S&L Crisis before the Senate Judiciary Committee, August 14, 1990 (reprinted in Challenge, Nov-Dec 1990).

Testimony on Financial Restructuring before the Subcommittee on Telecommunications and Finance of the House Energy and Commerce Committee, July 11, 1990.

Testimony on the Condition of the U.S. Commercial Banking Industry before the Senate Committee on Banking, Housing and Urban Affairs, October 5, 1989.

Testimony on the Condition of the FDIC before the Financial Institutions Subcommittee of the House Banking Committee, September 19, 1989 (reprinted in the American Banker, October 11, 1989).

Testimony on the Long-Term Economic Outlook for the U.S. before the Joint Economic Committee of the U.S. Congress, February 23, 1989.

Testimony on Proposed Thrift Capital Standards before the Federal Home Loan Bank Board, February 9, 1989.

Testimony on Competitiveness and Concentration Issues Raised by Proposed Financial Restructuring Legislation before the Subcommittee on Monopoly of the House Judiciary Committee, September 14, 1988.

Testimony on Repeal of New York's "Mini Glass-Steagall Act" before the Banking Committee of the New York State Legislature, January 26, 1988.

Testimony on Proposed Financial Restructuring Legislation before the Senate Banking Committee, December 2, 1987.

"Frameworks for Financial Product Deregulation," paper presented to the annual meetings of the Eastern Economic Association, March 1987.

Testimony on "Financial Product Deregulation" before the Subcommittee on Commerce, Consumer and Monetary Affairs of the House Government Operations Committee, December 18, 1986.

Testimony on "Reforming the U.S. Escape Clause" before the Trade Subcommittee of the House Ways and Means Committee, April 15, 1986.

"Assessing the Risks of Financial Product Deregulation," paper presented to the 1985 Annual Meetings of American Economic Association, New York, December 28, 1985.

Testimony on "Legislative Veto and the Chadha Decision" before the Senate Subcommittee on Administrative Practice and Procedure of the Senate Judiciary Committee, July 1983.

Presentation of paper "Controlling Regulation," before a Brookings conference on Regulation, October 1981.

Regular speeches, seminars on banking, international trade and regulatory issues before academic, government and other professional audiences.

* * * * * *

Who's Who in America
Who's Who in the East
Who's Who Among American Lawyers
Member, Council on Foreign Relations

Date of Birth: May 16, 1950

Married (Avivah); Son (Ariel Daniel); Daughter (Alisa Michelle)

Testimony In A Judicial Or Regulatory Proceeding During The Past Four Years

Deposition on behalf of State Farm Mutual Automobile Insurance in *Snider v. State Farm Mutual Automobile Insurance Co*, Case No 97-l-114 in First Judicial Circuit, Illinois State Court, a suit involving claims against State Farm relating to their methods of compensating victims of automobile accidents for damages to their vehicles.