# EXHIBIT B

pleading
8/31/99

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRST ANNAPOLIS BANCORP., INC., *Plaintiff* and FEDERAL DEPOSIT INSURANCE CORPORATION, as Successor to the Rights of FIRST ANNAPOLIS SAVINGS BANK, F.S.B., a federally chartered stock savings association, *Plaintiff-Intervenor* v. UNITED STATES OF AMERICA, *Defendant* | ) | Civil Action No. 94-522-C<br>Chief Judge Loren A. Smith |

**PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION'S EXPERT WITNESS IDENTIFICATION**

Plaintiff-Intervenor, Federal Deposit Insurance Corporation ("FDIC"), pursuant to the provisions of this Court's August 11, 1997 Procedural Order No. 2 regarding discovery of expert witnesses, hereby identifies its expert witness as follows:

FDIC identifies Robert E. Litan, Ph.D., of The Brookings Institution, 1775 Massachusetts Ave, N.W., Washington, D.C. 20036, (202) 797-6120, as its expert regarding the damages suffered by First Annapolis Savings Bank, F.S.B. Dr. Litan's current *curriculum vitae*, including a list of Dr. Litan's publications in the last ten years and Dr. Litan's testimony in the preceding four years is attached hereto as Exhibit A. Dr. Litan is compensated at the rate of $325 per hour for both his preparation and testimony.



____ Amicus Calendar
____ DAC
____ Atty

Respectfully submitted,

Dated: August 31, 1999

John Wright Carlisle
Attorney of Record for Plaintiff
Federal Deposit Insurance Corporation
1910 Pacific Ave., Room 5056
Dallas, Texas 75201
(972) 761-2264
(972) 761-2163 Fax

Of Counsel:
John V. Thomas
Thelma Diaz
Federal Deposit Insurance Corporation

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 31st day of August, 1999, I caused to be faxed and placed in the United States mail (first class, postage prepaid) copies of the foregoing FDIC's Response to First Annapolis Bancorp, Inc.'s Motion for Partial Summary Judgment on Damages, addressed as follows:

James L. Anderson, Esq.
Commercial Litigation Branch
Civil Division, Department of Justice
Attn.: Classification Unit, 8th Floor
1100 L Street N.W.
Washington, DC 20530 **FAX: 514-8640**

Attorneys for Defendant United States

Dale A. Cooter, Esq. **FAX: 364-3664**
Donna S. Mangold, Esq.
Elizabeth A. McFarland, Esq.
COOTER, MANGOLD, TOMPERT & WAYSON, P.L.L.C.
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015

Attorneys for First Annapolis Bancorp, Inc.

Executed this 31st day of August, 1999.

Martina Carpenter Woods

# CURRICULUM VITAE

Robert E. Litan

Home Address

3 Golden Crest Court
Rockville, Maryland 20854
301/424-3722

Office Address

The Brookings Institution
1775 Massachusetts Ave, N.W.
Washington, D.C. 20036
Tel: 202/797-6120
Fax: 202/797-6181 or 4362
E-mail: rlitan@brook.edu

## Employment

| | |
|---|---|
| 1996- | Director, Economic Studies Program and Cabot Family Chair in Economics, The Brookings Institution -- Responsible for supervising the Institution's economic research program and its 19 scholars and support staff; Continuing research on financial institutions, trade, and issues relating to the information revolution |
| 1997- | President, The HyperCheck Company -- an Internet-payments and services company |
| 1995-96 | Associate Director, U.S. Office of Management Budget -- Responsible for budgets and clearance of policy for five cabinet agencies (Commerce, HUD, Justice, Treasury and Transportation) and most of the independent agencies of the U.S. Government (requiring supervision of approximately 70 professional staff) |
| 1993-95 | Deputy Assistant Attorney General, Antitrust Division, Department of Justice -- Supervision of approximately 150 attorneys and paralegals in non -merger civil antitrust investigations; Developing DOJ policy on regulatory issues; Active participation in the development of the Administration's policies on telecommunications, trade and various regulatory issues |
| 1984-1993 | Senior Fellow, Economic Studies Program; Director (1987-92), Center for Economic Progress and Employment; and Director (1992-93), Center for Law, Economics, and Politics, The Brookings Institution, Washington, D.C., -- Specialist in financial institutions; international trade; and regulatory policy. |

EXHIBIT A.

| | |
|---|---|
| 1982-90 | Powell, Goldstein, Frazer & Murphy, law firm, Washington, D.C.: Senior Associate (1982-84); Partner (1984); Of Counsel (1984-90) -- Attorney specializing in administrative law, antitrust, banking, energy, international trade, and legal issues generally involving law and economics. |
| 1979-1982 | Arnold & Porter, law firm, Washington, D.C., Associate. |
| 1977-1979 | President's Council of Economic Advisers, Executive Office of the President, Washington, D.C. Regulatory and Energy Specialist; principal staff for the Regulatory Analysis Review Group; handled selected legal issues for the Council. |
| 1974-1976 | Peabody, Rivlin, Lambert & Meyers - summer legal associate. |
| 1972-1973 | The Brookings Institution, Washington, D.C. - research assistant to Dr. Arthur M. Okun. |
| 1970-1971 | Peat, Marwick, Mitchell & Co., Wichita, Kansas - two summers as an intern tax accountant. |

Teaching

| | |
|---|---|
| 1993 | Taught principles of Western banking to Russian bankers (under a Treasury Department grant administered by KPMG Peat Marwick) |
| 1989-90<br>1986-87 | Yale Law School - Visiting Lecturer in Law (Banking). |
| 1976-1977 | Yale University - Lecturer in Economics (taught Economics and Law; and Elementary Macroeconomics; both large lecture courses). |
| 1975-1976 | Yale University - Instructor in Economics (taught two sections of Elementary Micro and Macroeconomics). |

Consultancies

| | |
|---|---|
| 1996-97 | U.S. Department of the Treasury (prepared Congressionally mandated report on the future of the financial services industry and its regulation) |
| 1993 | Federal Home Loan Bank of San Francisco (prepared report on the future role of the Federal Home Loan Bank System) |
| 1990 | Financial Institutions Subcommittee of the House Banking Committee (prepared report |

on the condition of the Federal Deposit Insurance Corporation with James R. Barth and R. Dan Brumbaugh, Jr.).

1987- Oxford Analytica (British News Service) -- regular contributor of reports on the U.S. banking and thrift industries.

1987 Senate Judiciary Committee -- organized hearings for the Chairman on antitrust and competitiveness issues, authored report on antitrust policy for the Committee.

1985-89 Institute for Liberty and Democracy, Lima Peru - legal and economic consulting on deregulation matters generally, including financial institutions issues.

1976-77 National Academy of Sciences - consultant to the Modeling Resources Group of the Committee on Nuclear and Alternative Energy Systems (CONAES).

(Separate listing of expert witness assignments and other project consultancies available on request.)

Advisory Boards or Boards of Directors

1997-98 Chairman, National Research Council Committee on Disaster Loss Estimation

1996 Department of Defense, Defense Sciences Board, Member of Task Force on Vertical Integration in the Defense Industry

1993-94 Department of Defense, Defense Sciences Board, Member of Task Force on Mergers within the Defense Industry

1991-93 Chairman, Editorial Advisory Board, Public Policy Studies Series for the Insurance Information Institute.

1991-92 Presidential-Congressional Commission on the Causes of the Savings and Loan Crisis (Member).

1988-90 Conference Board of Canada Financial Institutions Group (Advisory Board).

1988-90 Foundation for Change (Board of Directors).

1988-89 Member of Advisory Board to Office of Technology Assessment Study on Technological Change in Banking and Securities Markets.

Education

1987 Yale University: Ph.D. in Economics. Dissertation: An Economic Inquiry Into the Expansion of Bank Powers. (Dissertation Committee: Professors Richard Levin, Merton Peck and James Tobin).

1977 Yale University: J.D. (1977), Felix S. Cohen Prize for best essay in legal philosophy; Extra-curricular Activities: Yale Legislative Services, Barrister's Union; Employment, Consulting and Teaching 1973-1977 (see above).

1976 Yale University: M. Phil. in Economics, Distinction in Ph.D. oral examinations (international trade and finance, industrial organization).

1968-72 Wharton School of Finance and Commerce, University of Pennsylvania: B.S. Economics, summa cum laude (Valedictorian); Major - Finance; Minors - Accounting, Statistics and Mathematics.

Honors and Awards: Thouron Fellowship for Graduate Study in Great Britain (which was not used); Royal Society of Arts Silver Medal (National award given to selected outstanding graduating seniors in the U.S.); Class of 1946 Award (given by the University to an outstanding graduating senior); William D. Gordon Award (given by the Wharton School to the graduating senior with the highest scholastic average); Beta Gamma Sigma Award (given by the Wharton School to the graduating senior with the highest scholastic average); Albert A. Berg Scholarship Award, 1971, 1972, (given each year by the Wharton Faculty to an outstanding upperclassman in the Wharton School).

Extra-curricular Activities: Chairman, Activities Council (major student government body); Executive Editor of Wharton Account (major undergraduate business magazine); Vice-President of Debate Council; 2 years in intercollegiate debate; President, Beta Gamma Sigma; Friars Senior Honor Society; Beta Alpha Psi; Employment in Electrical Engineering Library (4 years).

Publications

Books

American Finance for the 21st Century (with the assistance of Jonathan Rauch), U.S. Department of the Treasury (1997) and the Brookings Institution Press (1998, forthcoming)

Going Digital! (with William Niskanen), Brookings Institution Press and the Cato Institute (forthcoming)

Footing The Bill For Superfund Cleanups (with Don Fullerton, Paul Portney and Kate Probst), Brookings Institution and Resources for the Future, 1995

Financial Regulation in the Global Economy (with Richard Herring),

Brookings Institution, 1994

Growth With Equity: Economic Policymaking For The Next Century (with Martin Baily and Gary Burtless), Brookings Institution, 1993.

Physical Damage and Human Loss: The Economic Impact of Earthquake Mitigation Measures (with Frederick Krimgold, Karen Clark, and Jayant Khadilkar), Insurance Information Institute, 1992).

The Future of American Banking (with James Barth and R. Dan Brumbaugh, Jr.), W. E. Sharpe, 1991.

The Revolution in U.S. Finance, Brookings Institution, 1991.

What Should Banks Do?, Brookings Institution, 1987.

Saving Free Trade: A Pragmatic Approach (with Robert Z. Lawrence), Brookings Institution, 1986.

Reforming Federal Regulation (with William D. Nordhaus), Yale University Press, 1983.

Books Edited

Assessing Bank Reform: FDICIA One Year Later (with George G. Kaufman), Brookings Institution, 1993.

Verdict: Assessing The Civil Jury System, Brookings Institution, 1993.

Down in the Dumps: Administration of the Unfair Trade Laws (with Richard Boltuck), Brookings Institution, 1991.

The Liability Maze: The Impact of Liability Law on Safety and Innovation, co-editor (with Peter Huber), Brookings Institution, 1991.

American Living Standards: Threats and Challenges,(co-editor with Robert Z. Lawrence and Charles L. Schultze and author of two chapters), Brookings Institution, 1988.

Liability: Perspectives and Policy, (co-editor and co-author of two chapters, with Clifford M. Winston), Brookings Institution, 1988.

Reports

Improving Regulatory Accountability (with Robert Hahn), AEI and Brookings, 1997

An Agenda for Federal Regulatory Reform (with Robert Crandall, Christopher DeMuth, Robert Hahn, Pietro Nivola, Paul Portney), AEI and Brookings, 1997

Options for Reinforcing and Expanding the Role of the Federal Home Loan Bank System, Financing Affordable Housing in America Conference (sponsored by Affordable Housing Advisory Council, Federal Home Loan Bank of San Francisco), Washington, D.C., April 20, 1993.

The Economics of Credit Cards, 1993 (sponsored by MasterCard and Visa).

Charting A Future For The Civil Jury System, Brookings Institution, 1992 (with G. Marc Whitehead)

Consumers, Competition and Choice: The Impact of Price Controls on the Credit Card Industry, March 1992 (prepared for MasterCard International).

Back To Basics: Solvency As the Primary Objective Of Insurance Industry

Regulation, for State Farm Insurance Companies, October 1991.

Protecting Taxpayers From Deposit Insurance: Bank Capital, Consumers Union, May 1991.

A National Earthquake Mitigation and Insurance Plan: Response to Market Failures, The Earthquake Project, April 1991.

The Banking Industry In Turmoil: A Report to the Financial Institutions Subcommittee on the Condition of the U.S. Banking Industry and the Federal Deposit Insurance Corporation, U.S. Government Printing Office, December 1990 (with James Barth and R. Dan Brumbaugh, Jr., revised later into a book; see The Future of American Banking, above).

Justice For All: Reducing Costs and Delay In Civil Litigation, Brookings Institution, 1989 (with Mark Gitenstein).

A Blueprint for Restructuring America's Financial Institutions, Brookings Institution, 1989 (with George Benston, R. Dan Brumbaugh, Jack Guttentag, Richard Herring, George Kaufman, and Kenneth Scott).

Energy Modeling for an Uncertain Future, National Academy of Sciences, 1978 (with Tjalling C. Koopmans).

Articles

"Preventing Bank Crises: Lessons from Bank Failures in the United States," (With James R. Barth), forthcoming in a volume to be edited by George Kaufman)

"What's Next After FDICIA?", in George G. Kaufman, ed., Research In Financial Services: Private and Public Policy, 1997, Vol. 9 (JAI Press, 1997)

"Globaphobia: The Wrong Debate Over Trade Policy", Brookings Policy Brief, No.24, September, 1997 (with Robert Z. Lawrence)

"Disciplining Large Banks After FDICIA", Journal of Retail Banking Services (Summer 1997)

"Uncle Sam in the Housing Market: The Section 8 Rental Subsidy Disaster", The Brookings Review, Fall 1996 (with James Barth); and "The Housing Disaster That Hasn't Been Fixed", Brookings Policy Briefs, 1996, No. 1 (with James Barth)

"Antitrust Enforcement and the Telecommunications Revolution: Friends, Not Enemies", in Revolution in the U.S. Information Infrastructure (National Academy of Engineering, 1995)

"The Relative Decline of Banking: Should We Care?", in proceedings of the 1994 Conference on Bank Structure, Federal Reserve Bank of Chicago (forthcoming, 1995)

"More Value for the Legal Dollar", Judicature, January-February 1994 (with Steven C. Salop)

"Saving Our Way out of the Deficit Dilemma", Brookings Review, Fall 1993 (with William Gale)

"Superfund: Assessing The Program And Options For Reform", in Enhancing Environmental Quality through Economic Growth

(American Council for Capital Formation, 1993).

"Nightmare in Basle," International Economy, November/December 1992.

"Banks and Real Estate: Regulating the Unholy Alliance," in Real Estate and the Credit Crunch, Proceedings of a Federal Reserve Bank of Boston Conference, September 1992.

"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," Research in International Business and Finance, 1992.

"Interstate Banking and Product-Line Freedom: Would Broader Powers Have Helped The Banks?", Yale Journal on Regulation, Summer 1992.

"Down in the Dumps: Administering America's "Unfair" Trade Laws," The Brookings Review, Spring 1992.

"A Critique of the Financial Institutions Recovery, Reform and Enforcement Act of 1989 and the Financial Strength of the Commercial Banks," in James R. Barth and R. Dan Brumbaugh, Jr., eds., The Reform of Federal Deposit Insurance (Harper, 1992) (with R. Dan Brumbaugh, Jr.).

"Speeding Up Civil Justice," in Elliot E. Slotnick, ed., Judicial Politics: Readings from Judicature, American Judicature Society, 1992.

"Nick Brady, Call Your Office," International Economy, March/April 1992

"Short and Long Run Snapshots of the U.S. Banking Industry," Bank Structure and Competition, Federal Reserve Bank of Chicago, 1991.

"U.S. Financial Markets and Institutions in the 1980s: A Decade of Turbulence," in Martin Feldstein, ed., American Economic Policy in the 1980s, University of Chicago Press and NBER, 1991.

"Bank Failures Are Sinking The FDIC," Challenge, March/April 1991 (with James R. Barth and R. Dan Brumbaugh, Jr).

"The Safety and Innovation Effects of U.S. Liability Law: The Evidence," American Economic Review: Papers and Proceedings, May 1991.

"Who Needs American Banks?," International Economy, January/February 1991.

"Facing The Future: The End of the Savings and Loan Industry," Domestic Affairs, February 1991.

"Ignoring Economics In Dealing With The Savings And Loan And Commercial Banking Crisis," Contemporary Policy Issues, January 1991 (with R. Dan Brumbaugh, Jr.).

"The Liability Explosion and American Trade Performance: Myths and Realities," in Peter Schuck, ed., Tort Law and the Public Interest: Competition, Innovation and Consumer Welfare (American Assembly, 1991.

"Getting Out of the Thrift Crisis, Now!," The Brookings Review, Winter 1990.

"Let's Try Operation "Clean Sweep," Challenge, November-December 1990.

"The World Trading System after the Uruguay Round," Boston University International Law Journal, May 1991.

"Avoiding Insurer Insolvencies: Lessons from the Thrift Crisis," John Liner Review, Fall 1990.

"Earthquake! Planning and Paying for the "Big One," The Brookings Review (Fall 1990).

"Explaining Corporate Leverage and LBO Activity in the Eighties," in John B. Shoven, ed., Corporate Leverage and Tax Policy (Brookings Institution, 1990) (with Margaret Blair).

"The Banks Are Worse Off Than You Think," Challenge Jan.-Feb. 1990 (with R. Dan Brumbaugh, Jr.).

"U.S. Trade Policy at a Crossroad," Science, January 5, 1990 (with Peter O. Suchman), reprinted in William Dudley, ed., Trade: Opposing Viewpoints, (Greenhaven Press, 1991).

"Speeding Up Civil Justice," Judicature, October-November, 1989.

"Cleaning Up the Depository Institutions Mess," Brookings Papers on Economic Activity (BPEA), 1989:1 (with R. Dan Brumbaugh and Andrew Carron).

"The S&L Crisis: How to Get Out and Stay Out," Brookings Review, Spring 1989 (with R. Dan Brumbaugh, Jr.).

"The American Banking System: Dangers and Tasks Ahead," in S. Irving, ed., Economic Vulnerabilities, Challenges for Policymakers (Curry Foundation, 1988).

"The Future of Banking: Are `Narrow Banks' the Answer?," in The Financial Services Industry in the Year 2000, Proceedings of a Conference on Bank Structure and Competition (May 11-13, 1988).

"Facing Up to the Crisis in American Banking," in Critical Choices, Brookings Institution, 1988, (with R. Dan Brumbaugh, Jr.) and in Brookings Review, Winter 1988/89.

"Improving American Living Standards," in Critical Choices, Brookings Institution, 1988 (with Robert Z. Lawrence and Charles L. Schultze) and in Brookings Review, Winter 1988/89.

"A Guide to the U.S. Trade Laws" in Jan Egert and John Gornall, eds., Doing Business in the United States (Gabler Publishing, 1988).

"What Reforming Glass-Steagall Will Bring," International Economy, March/April, 1988.

"Causes of the Liability Insurance Crisis," Science, February 12, 1988 (With Scott Harrington).

"Financial Restructuring: Which Way for Congress?" Challenge, November/December, 1987.

"Is The U.S. Turning Protectionist?," JAMA Forum, October 1987.

"Reuniting Investment and Commercial Banking," in Catherine England and Thomas Huertas, eds., The Financial Services Revolution (Kluwer Academic Press, October 1987).

"The Protectionist Prescription: Errors in Diagnosis and Cure," BPEA, 1987:1 (with Robert Z. Lawrence).

"Why Protectionism Doesn't Pay," Harvard Business Review, May/June 1987 (with Robert Z. Lawrence).

"Dealing with Dislocation," Harvard International Review, January, 1987 (with Robert Z. Lawrence).

"Regulatory Reform in Peru," Regulation 1987, No. 1 (with Peter Schuck).

"Deregulation in the Third World: The Case of Peru," Yale Journal on Regulation, 1986, Vol. 4, No. 1 (with Peter Schuck).

"Taking the Dangers Out of Bank Deregulation," The Brookings Review, Fall 1986 (reprinted in the American Banker, January 20, 1987).

"Internal Structural Reforms in Peru: A Promising Road Out of the Debt Crisis," Journal of Economic Growth, Second Quarter 1986 (with Jorge Fernandez and Luis Morales).

"Evaluating and Controlling the Risks of Financial Product Deregulation," Yale Journal on Regulation, 1985, Vol. 3, No. 1.

"Living with the Trade Deficit: Adjustment Strategies to Preserve Free Trade, The Brookings Review, Winter 1985 (with Robert Z. Lawrence).

"Regulatory Policy in the Second Reagan Administration," The Brookings Review, Spring 1985.

"Deregulation in a Second Reagan Term" HealthScan, January, 1985.

"The Democrats' Coming Civil War Over Industrial Policy," The Atlantic Monthly, September, 1984 (with Simon Lazarus).

"Maintaining Confidentiality of an Environmental Audit," in Lee Harrison (ed.), The McGraw Hill Environmental Auditing Handbook, McGraw Hill, 1983 (with Stuart Eizenstat).

"The Role of Economic Analysis in the Regulatory Process," Issues in Bank Regulation, Winter 1982 and Regulatory Impact Analysis, Law & Business, Inc., 1982, (with Michael Sohn).

"Sierra Club vs. Costle: Regulatory Oversight Wins in Court," Regulation, July/August 1981 (with Michael Sohn).

"On Rectification in Nozick's Minimal State," Political Theory, May 1977.

Appendix to Joseph A. Pechman, "Responsiveness of the Federal Income Tax to Changes in Income," BPEA, 1973:3.

Comments

"Comments on 'Lessons of the 1980s: What Does the Evidence Show?", History of the Eighties: Lessons for the Future, FDIC Symposium Proceedings, Vol. II, January 16, 1997

"Comments on 'Adversial Legalism: An International Perspective'" In Pietro Nivola, ed., Comparative Disadvantages? Social Regulations and the Global Economy (Brookings Institution Press, 1997)

"Comments on Fischel's Political Economy of Just Compensation", Harvard Journal of Law and Public Policy, Fall 1996

"Comments On: Rewriting History and Riding The Wave" (papers By Robert Wilson/Frederick R. Warren-Boulton and William Comanor and F.M. Scherer), in International Journal of the Economics of Business, Vol. 2, No. 2, July 1995

"Discussant's Comments", in Safeguarding the Banking System in an Environment of Financial Cycles, Federal Reserve Bank of Boston

(Proceedings of a 1993 Symposium)

"Comments on Staiger and Wolak" (Antidumping article), Brookings Papers on Economic Activity, Microeconomics, 1993

"Fertile Money and Banks in Russia: A Comment", in Bruce L.R. Smith and Gennady M. Danilenko, eds., Law and Democracy in the New Russia, Brookings Institution, 1993

"Commentary on Universal Banking," in Brooklyn Journal of International Law, 1993, Vol. XIX, No. 1.

"The Impact of EC 1992 on Financial Services--A Different Perspective: A Comment on "Europe 1992," in Emerging Challenges for the International Financial Services Industry, Research in International Business and Finance, 1992, Vol. 9 (JAI Press Inc., 1992).

"Comment" on Gary Gorton's and George Pennacchi's "Money Market Funds and Finance Companies: Are They the Banks of the Future?" in Michael Klausner and Lawrence J. White, eds., Structural Change in Banking, (New York University Press, 1993).

"Comments" on Scott Harrington's "Public Policy and Property-Liability Insurance," in The Financial Condition and Regulation of Insurance Companies, Proceedings of a Federal Reserve Bank of Boston Conference, June 1991.

"Probing Banking's Black Hole," review of Lawrence White's The S&L Debacle: Public Policy Lessons for Bank and Thrift Regulation, in Cato Regulation Magazine, Winter 1990/91.

Commentary on "U.S. Banking in an Increasingly Integrated and Competitive World Economy," Journal of Financial Services Research, December 1990.

Comments on Thomas Romer and Barry Weingast, "Political Foundations of the Thrift Debacle," in Geoffrey Carliner and Alberto Alessina, eds., Politics and Economics in the Eighties (NBER and Univ. of Chicago Press, 1991).

Book Review of Kenneth Meier's "The Political Economy of Regulation: The Case of Insurance," in Journal of Economic Literature, December 1989.

Comments on Ed Kane's "Changing Incentives Facing Regulators," Journal of Financial Services Research, September 1989.

Commentary on "Payment Risk, Network Risk and the Role of the Fed," in David B. Humphrey, ed., The U.S. Payment System: Efficiency, Risk And The Role Of The Federal Reserve (Kluwer Academic Press, 1989).

"Just How Fast Can a Bank Run?," Manhattan, Inc., January 1988.

"Comments on Financial Restructuring Proposals," Financial Restructuring, A Symposium Sponsored by the Federal Reserve Bank of Kansas City (November 1987).

Book Review of Bruce Guile and Harvey Brooks, eds., "Technology and Global Industry," in Science October, 1987.

Book Review of Stephen Cohen and John Zysman, "Manufacturing Matters" in Across the Board, Fall 1987.

Remarks at a "World Policy Forum: Workers in Transition," World Policy Journal, Summer, 1986.

"Comments on Mendeloff's `Regulatory Reform and OSHA Policy,'" Journal of Public Policy, Management, 1986, Vol. 5, No. 3, (with William D. Nordhaus).

"Comments on Papers on Electronic Funds Transfer," in Robert Rogowsky, ed., Regulation and Competitive Strategy (1986).

Book Review in the New York Times, October 16, 1983 of Susan J. and Martin Tolchin, Dismantling America.

Book Review of Joseph Gold, The Fund Agreement in Courts, in the American Journal of International Law, October 1983.

Book Review of Kenneth Dam, The Rules of the Game: Reform and Evolution in the International Monetary System, in the American Journal of International Law, January 1983.

Newspaper Articles

"Putting Regulation To A Test", Washington Post, July 30, 1997 (with Robert W. Hahn)

"A Time Long Ignored: The Impending Section 8 Disaster", Baltimore Sun, August 18, 1996 (with James Barth)

"Deposit Insurance, Gas on S&L Fire," The Wall Street Journal, July 29, 1993.

"Force-Feeding Our Piggy Banks," The Washington Post, May 30, 1993.

"To Russia, With Advisers," The Washington Post, March 2, 1993, (with Lex Rieffel).

"Perot Medicine for Clinton," The New York Times, October 7, 1992.

"Too Good To Be True," The Atlanta Journal/The Atlanta Constitution, July 26, 1992.

"No Quick Fix for Nation's Economy," The Atlanta Journal/The Atlanta Constitution, February 2, 1992.

"Choosing Insurance Regulators," The Journal of Commerce, January 30, 1992.

"The Banking Bill Passed At End of Session Isn't Really As `Narrow' As It First Seems," Roll Call, December 9, 1991.

"The Dangers of Letting Banks Own Everything," Wall Street Journal, February 5, 1991.

"Some Hidden Nuggets in the Thrift Bill" American Banker, September 29, 1989 (with Ernest Fleischer).

"Solving the FSLIC Crisis," American Banker, October 31, 1988 (with R. Dan Brumbaugh, Jr.).

"Should S&Ls Become Banks?," Washington Times, October 26, 1988 (syndicated nationally in other newspapers).

"The Banks Are in Big Trouble, Too," The New York Times, August 21, 1988 (with R. Dan Brumbaugh, Jr.).

Interview on "Microenterprise and the Need for Policy Reform," in Economic Impact, 1988:2.

"Bank Revolution Won't Wait for Congress," Wall Street Journal, November 10, 1987.

"World Bank Should Consolidate Third World Debt," American Banker, June 18, 1987 (with Tamar Frankel).

"Moving Beyond the Stalemate Over Expanded Bank Powers," American Banker, July 11, 1986.

"Ending the `Lunacy' of Trade Protection," The New York Times, April 27, 1986 (with Robert Z. Lawrence).

"Regulators Should Use Carrot in Lieu of Stick," American Banker, January 23, 1986 (with Tamar Frankel).

"Carrots and Sticks in Bank Supervision," Legal Times, January 13, 1986 (with Tamar Frankel).

"What Will Tax Reform Do to the Trade Balance?" Journal of Commerce, March 6, 1985 (with Robert Herzstein).

"Will Reg Analysis be a Tool for Managers or Litigators?," Legal Times, April 27, 1981 (with Michael Sohn).

Research Associate for

Ralph K. Winter, Watergate and the Law (American Enterprise Institute), 1974.

Arthur M. Okun, "Upward Mobility in a High-Pressure Economy," BPEA, 1972:1.

Arthur M. Okun, "Fiscal-Monetary Activism: Some Analytical Issues," BPEA, 1972:1.

Unpublished Presentations and Testimony

Testimony on IRS Restructuring before the National Commission on Restructuring the IRS, March 13, 1997

Address on "Regulatory Budgets" before Rochester Institute of Technology, February 1992 (reprinted in Regulatory Policy In Canada and the United States, RIT, 1992).

Testimony on the Impact of Liability Law Trends on Innovation by Small Business before the Subcommittee on Competitiveness and Economic Opportunity of the Senate Commerce Committee, November 7, 1991.

Testimony on Budgetary Risks of Problems in Banks, Thrifts and GSEs before the House Ways and Means Committee, March 13, 1991.

Testimony on Deposit Insurance Reform before the Senate Banking Committee, March 12, 1991.

Testimony on Condition of the U.S. Banking Industry and the Bank Insurance Fund, Financial Institutions Subcommittee of the House Banking Committee, December 17, 1990.

Testimony on the Causes of the S&L Crisis before the Senate Judiciary Committee, August 14, 1990 (reprinted in Challenge, Nov-Dec 1990).

Testimony on Financial Restructuring before the Subcommittee on Telecommunications and Finance of the House Energy and Commerce Committee, July 11, 1990.

Testimony on the Condition of the U.S. Commercial Banking Industry before the Senate Committee on Banking, Housing and Urban Affairs, October 5, 1989.

Testimony on the Condition of the FDIC before the Financial Institutions Subcommittee of the House Banking Committee, September 19, 1989 (reprinted in the American Banker, October 11, 1989).

Testimony on the Long-Term Economic Outlook for the U.S. before the Joint Economic Committee of the U.S. Congress, February 23, 1989.

Testimony on Proposed Thrift Capital Standards before the Federal Home Loan Bank Board, February 9, 1989.

Testimony on Competitiveness and Concentration Issues Raised by Proposed Financial Restructuring Legislation before the Subcommittee on Monopoly of the House Judiciary Committee, September 14, 1988.

Testimony on Repeal of New York's "Mini Glass-Steagall Act" before the Banking Committee of the New York State Legislature, January 26, 1988.

Testimony on Proposed Financial Restructuring Legislation before the Senate Banking Committee, December 2, 1987.

"Frameworks for Financial Product Deregulation," paper presented to the annual meetings of the Eastern Economic Association, March 1987.

Testimony on "Financial Product Deregulation" before the Subcommittee on Commerce, Consumer and Monetary Affairs of the House Government Operations Committee, December 18, 1986.

Testimony on "Reforming the U.S. Escape Clause" before the Trade Subcommittee of the House Ways and Means Committee, April 15, 1986.

"Assessing the Risks of Financial Product Deregulation," paper presented to the 1985 Annual Meetings of American Economic Association, New York, December 28, 1985.

Testimony on "Legislative Veto and the Chadha Decision" before the Senate Subcommittee on Administrative Practice and Procedure of the Senate Judiciary Committee, July 1983.

Presentation of paper "Controlling Regulation," before a Brookings conference on Regulation, October 1981.

Regular speeches, seminars on banking, international trade and regulatory issues before academic, government and other professional audiences.

******

Who's Who in America
Who's Who in the East
Who's Who Among American Lawyers
Member, Council on Foreign Relations

Date of Birth: May 16, 1950

Married (Avivah); Son (Ariel Daniel); Daughter (Alisa Michelle)

Testimony In A Judicial Or Regulatory Proceeding During The Past Four Years

Deposition on behalf of State Farm Mutual Automobile Insurance in *Snider v. State Farm Mutual Automobile Insurance Co*, Case No 97-1-114 in First Judicial Circuit, Illinois State Court, a suit involving claims against State Farm relating to their methods of compensating victims of automobile accidents for damages to their vehicles.