**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PROPOSED JOINT PRE-TRIAL SCHEDULE**

Pursuant to the Court's request during the November 16, 2006 status conference, plaintiff, First Annapolis Bancorp, Inc., and defendant, the United States, respectfully submit the following proposed pre-trial schedule:

Dec. 27, 2006: Meeting of counsel pursuant to paragraph 13 of Appendix A with exchange of initial exhibit and witness lists;

Jan. 15, 2007: Bancorp's memorandum of contentions of law and fact due pursuant to paragraph 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

Feb. 9, 2007: United States' memorandum of contentions of law and fact due pursuant to paragraph 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

Feb. 16, 2007: Motions *In Limine* and objections to exhibits due;

Feb. 23, 2007: Responses to Motions *In Limine* due;

Feb. 28, 2007: Final Pre-Trial Conference – Argument on Motions *In Limine*;

Mar. 12-23, 2007: Trial on Bancorp's damages claims as presently scheduled.

Pursuant to the Court's instruction during the November 16, 2006 status conference, defendant contacted its expert witnesses to ascertain their availability for trial in March, 2007. Although one of defendant's experts is available the week of March 19, the week that defendant intends to present its defensive case, our other expert, Prof. Alan Shapiro, is unavailable that week. Accordingly, defendant requests a delay of one week to the week of March 26 to present its defensive case. Plaintiff opposes such a change in the schedule and thus, the parties seek a telephonic status conference to address the trial schedule.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202) 537-0700
FAX: (202) 364-3664

OF COUNSEL:
JAMES E. TOMPERT

Attorney for Plaintiff
First Annapolis Bancorp, Inc.

November 28, 2006

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Deputy Director

s/William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7643

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA SANCHEZ
Trial Attorneys

Attorneys for Defendant

November 28, 2006

CERTIFICATE OF FILING

I hereby certify that on November 28, 2006, a copy of the foregoing "PROPOSED JOINT PRETRIAL SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans