# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed December 7, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**FIRST ANNAPOLIS BANCORP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On November 28, 2006, the parties submitted a proposed pretrial schedule. In accordance with the representations of the parties, the Court sets the following schedule:

1. **December 27, 2006** - Meeting of counsel pursuant to paragraph 13 of Appendix A with exchange of initial exhibit and witness lists;

2. **January 15, 2007** - Plaintiff's memorandum of contentions of law and fact due pursuant to ¶ 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

3. **February 9, 2007 -** Defendant's memorandum of contentions of law and fact due pursuant to paragraph 14, along with final witness and exhibit lists pursuant to paragraphs 15 and 16, respectively;

4. **February 16, 2007** - Motions in Limine and objections to exhibits due;

5. **February 23, 2007** - Responses to Motions in Limine due;

6. **February 28, 2007 - 10:00 a.m.** Final Pretrial Conference - Argument on Motions in Limine to be held at the U.S. Court of Federal Claims, 717 Madison Place, NW, Washington, DC;

7. **March 19-30, 2007** - Trial on Plaintiff's damages claims to be held at the U.S. Court of Federal Claims, 717 Madison Place, NW, Washington, DC.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**