# EXHIBIT A

**(TO PLAINTIFF'S CONTENTIONS OF FACT AND LAW)**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil Action No. 94-522-C** |
| | ) **(Judge Williams)** |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S WITNESSES**

Plaintiff First Annapolis Bancorp, Inc. ("Bancorp"), by and through counsel, hereby objects to the following witnesses designated by Defendant and states as follows:

**GENERAL OBJECTIONS**

1. Plaintiff objects to subjects of testimony set forth in Defendant's Witness List to the extent that they are not relevant to the issue of damages.

2. Plaintiff objects to the subjects of testimony set forth in Defendant's Witness List to the extent they are based on hearsay testimony.

3. Plaintiff objects to the subjects of testimony set forth in Defendant's Witness List to the extent they call for a legal conclusion.

**OBJECTIONS TO DEFENDANT'S WITNESSES**

In addition to the foregoing General Objections, Plaintiff objects to the witnesses and the subjects of their testimony set forth in Defendant's Witness List as follows:

1. William B. Crompton: OBJECTION. Mr. Crompton was not designated by the

Government as an expert witness on the issues of "Federal thrift regulations generally, including the examination process," and "the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis."

2. Gregory B. Jones: OBJECTION. Mr. Jones was not designated by the Government as an expert witness on the issue of "Federal thrift regulations generally, including the examination process."

3. Rolf Nordstrom: OBJECTION. Mr. Nordstrom was not designated by the Government as an expert witness on the issue of "Federal thrift regulations generally, including the examination process."

4. Jean Rankin: OBJECTION. Ms. Rankin was not designated by the Government as an expert witness on the issue of "Federal thrift regulations generally, including the conversion application process."

5. John Ryan: OBJECTION. Mr. Ryan was not designated by the Government as an expert witness on the issue of "Federal thrift regulations generally."

6. Park T. Zimmerman: OBJECTION. Mr. Zimmerman was not designated by the Government as an expert witness on the issue of "Federal thrift regulations generally, including the examination process."

Respectfully submitted,

Dated: January 16, 2007

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter
Dale A. Cooter
James E. Tompert
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202)537-0700
Facsimile: (202)364-3664

*Attorneys for Plaintiff*
*First Annapolis Bancorp, Inc.*