# FIRST ANNAPOLIS BANCORP, INC. V. UNITED STATES - NO. 94-522C
# LIST OF PLAINTIFF'S TRIAL EXHIBITS

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 7/21/88 | Federal Home Loan Bank Board Resolution No. 88-602 | | | |
| 2 | 7/21/88 | Federal Home Loan Bank Board Resolution No. 88-603 | | | |
| 3 | 7/21/88 | Letter from John F. Ghizzoni, Assistant Secretary, Federal Home Loan Bank Board, to Douglas A. Parran, Jr. | | | |
| 4 | 8/5/98 | Letter from Julie L. Williams, Deputy General Counsel, Federal Home Loan Bank Board, to Matthew Maloney, Esq. | | | |
| 5 | 8/11/98 | Letter from Betsy A. Brown, Supervisory Agent, Federal Home Loan Bank Board, to Douglas A. Parran | | | |
| 6 | 8/12/88 | Letter from Gregory B. Smith, Acting Secretary, Federal Home Loan Bank Board, to Douglas A. Parran | | | |
| 7 | 8/12/88 | Regulatory Capital Maintenance/Dividend Agreement | | | |

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| 8 | 10/21/87 | Revised Regulatory Business Plan of First Federal Savings and Loan Association of Annapolis | | | |
| 9 | 8/28/88 | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | | | |
| 10 | 2/9/89 | Letter from Gregory B. Jones, Supervisory Agent to First Annapolis Savings Bank | | | |
| 11 | | Certificate of Incorporation of First Annapolis Bancorp, Inc., FA 18055-18062* | | | |
| 12 | 8/12/88 | First Annapolis Bancorp, Inc. Shareholder List, WOQ396 0321-0322 * | | | |
| 13 | | INTENTIONALLY LEFT BLANK | | | |
| 14 | | INTENTIONALLY LEFT BLANK | | | |
| 15 | | INTENTIONALLY LEFT BLANK | | | |
| 16 | | INTENTIONALLY LEFT BLANK | | | |
| 17 | | INTENTIONALLY LEFT BLANK | | | |
| 18 | | INTENTIONALLY LEFT BLANK | | | |

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| 19 | | INTENTIONALLY LEFT BLANK | | | |
| 20 | | INTENTIONALLY LEFT BLANK | | | |
| 21 | | INTENTIONALLY LEFT BLANK | | | |
| 22 | | INTENTIONALLY LEFT BLANK | | | |
| 23 | | INTENTIONALLY LEFT BLANK | | | |
| 24 | | INTENTIONALLY LEFT BLANK | | | |
| 25 | | INTENTIONALLY LEFT BLANK | | | |
| 26 | | INTENTIONALLY LEFT BLANK | | | |
| 27 | | INTENTIONALLY LEFT BLANK | | | |
| 28 | | INTENTIONALLY LEFT BLANK | | | |
| 29 | | INTENTIONALLY LEFT BLANK | | | |
| 30 | | INTENTIONALLY LEFT BLANK | | | |

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| 31 | 12/31/88 | First Annapolis Bancorp, Inc., Statement of Financial Condition | | | |
| 32 | 1/5/90 | Letter from First Annapolis Savings Bank, FSB to John Ryan, enclosing First Annapolis Savings Bank, FSB Capital Plan | | | |
| 33 | | INTENTIONALLY LEFT BLANK | | | |
| 34 | | INTENTIONALLY LEFT BLANK | | | |
| 35 | | INTENTIONALLY LEFT BLANK | | | |
| 36 | 6/89 | First Annapolis Savings Bank, FSB Business Plan | | | |
| 37 | 7/31/88 | Chart: Investments In Service Corporations | | | |
| 38 | 8/2/99 | Chart: Income, Expense, and Net Income of Insured Savings Institutions | | | |
| 39 | 11/88 | First Annapolis Savings Bank, FSB, Business Plan, November 1988 | | | |
| 40 | 10/28/88 | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | | | |
| 41 | 11/2/88 | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | | | |

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| 42 | 1989 | First Annapolis Savings Bank, FSB, Statement of Operations, Calendar Year 1989* | | | |
| 43 | | Curriculum Vitae of Edward J. Heiden, Ph.D. | | | |
| 44 | 8/3/99 | Expert Witness Report of Edward J. Heiden, Ph.D, dated August 3, 1999 | | | |
| 45 | 10/29/99 | Expert Witness Report of Edward J. Heiden, Ph.D., dated October 29, 1999 and charts attached thereto | | | |
| 46 | | Curriculum Vitae of Robert Litan, Ph.D. | | | |
| 47. | 10/29/99 | Expert Witness Report of Robert Litan, Ph.D, dated October 29, 1999 and charts attached thereto | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Any exhibit listed by Defendant to which Plaintiff has no objection | | | |
| | | Any exhibit necessary for rebuttal or impeachment | | | |

| P EX # | DATE | DESCRIPTION OF EXHIBITS | ACTION | NOTES | OBJECTIONS |
|---|---|---|---|---|---|
| | | Any necessary demonstrative exhibit | | | |

NOTE: The designation of "INTENTIONALLY LEFT BLANK" refers to an exhibit that was previously marked for the trial in June 2006, which Plaintiff does not intendto offer at the trial on damages.

* - Indicates an exhibit Plaintiff may offer if the need arises.