# In the United States Court of Federal Claims

**No. 94-522C**

**(Filed: January 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST ANNAPOLIS BANCORP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING EXPEDITED BRIEFING

The Court has received Defendant's motion in limine to exclude Plaintiff's newly disclosed witness from trial, alternative motion for discovery, and request for expedited consideration, filed January 25, 2007. The Court grants Defendant's request for expedited briefing. Plaintiff is directed to file its response to Defendant's motion no later than **February 1, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**