# EXHIBIT A

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRST ANNAPOLIS BANCORP. INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 94-522C<br>(Chief Judge Smith) |

**DEFENDANT'S INITIAL DISCLOSURES**
**PURSUANT TO DISCOVERY PLAN, PARAGRAPH IV(A)(1)**

Pursuant to Procedural Order Number 2: Discovery Plan, entered August 7, 1997, in the Winstar-related litigation, defendant, the United States, submits the following list of persons who may have knowledge pertaining to matters alleged in the complaint. This list is based upon a current, preliminary review of the case and without the benefit of having conducted discovery. We reserve the right to add, delete, or modify this list in any way.

Betsy Brown, formerly Supervisory Agent, Federal Home Loan Bank, may have knowledge pertaining to the supervision of First Annapolis during the late 1980s.

Rolf Coburn, formerly Supervisory Agent, Federal Home Loan Bank, may have knowledge pertaining to the supervision of First Annapolis during the late 1980s.

William Crompton, formerly Field Examiner, Federal Home Loan Bank or Office of Thrift Supervision, may have knowledge pertaining to the examinations of First Annapolis Savings Bank, FSB during the late 1980s.

Ruth Johnson, formerly Associate District Director, Federal Home Loan Bank or Office of Thrift Supervision, may have

knowledge pertaining to the supervision of First Annapolis and/or its transition to a receivership.

Greg Jones, formerly Supervisory Agent/Examiner, Federal Home Loan Bank or Office of Thrift Supervision, may have knowledge pertaining to the supervision of First Annapolis after November 1988.

George Kudrick, formerly Senior Supervisory Examiner, Federal Home Loan Bank or Office of Thrift Supervision, may have knowledge pertaining to the supervision of First Annapolis during the late 1980s.

Walter Mason, formerly Deputy District Director, Federal Home Loan Bank or Office of Thrift Supervision, may have knowledge pertaining to the supervision of First Annapolis and/or its transition to a receivership.

John E. Ryan, District Director, Federal Home Loan Bank or Office of Thrift Supervision, may have knowledge pertaining to the supervision of First Annapolis and/or its transition to a receivership.

Rosanna Santarpia, formerly Field Examiner, Federal Home Loan Bank, may have knowledge pertaining to the examinations of First Annapolis Savings and Loan Association of Annapolis during the late 1980s.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Assistant Director

ELIZABETH W. NEWSOM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0361

Attorneys for Defendant

May 1, 1998

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 1st day of May, 1998, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO DISCOVERY PLAN, PARAGRAPH IV(A)(1)" addressed as follows:

Dale Cooter
Cooter, Mangold, Tompert & Wayson, P.L.L.C.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

John Wright Carlisle
Senior Attorney
Federal Deposit Insurance Corporation
Southwest Service Center - Legal Division
Receivership Goodwill Section
1910 Pacific Avenue, Room 5056
Dallas, TX 75201

Cleo White
_______________________________