# EXHIBIT C

Prolaw Calendar
DAC
Atty

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRST ANNAPOLIS BANCORP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 94-522C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, defendant, the United States, provides counsel for plaintiff, First Annapolis Bancorp, Inc. ("Bancorp"), with the following list of witnesses it may call at trial, with the exception of those witnesses who may be called solely for impeachment or rebuttal purposes. In addition to the topics listed below, each of the witnesses may also testify regarding any topics that were the subjects of his or her prior testimony, including affidavits and depositions, and regarding documents presented at trial, and in rebuttal of the testimony offered by plaintiff at trial.

1. **David F. Cook**
**Philadelphia, PA**

Mr. Cook was an executive vice president in charge of lending at First Annapolis during the period of time from December 1988 to December 1989. He also served on various committees while employed by First Annapolis. The topics about which Mr. Cook may testify include, among other things: the policies, practices, and procedures of First Annapolis with respect to loan origination, including, but not limited to, underwriting standards, internal checks and controls, and loan reserves; First Annapolis' business plans and its compliance with those

ENTERED

plans; First Annapolis' strategies for operation and growth and the success of those strategies; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; and First Annapolis' overall financial condition.

2. **William B. Crompton**
**Annapolis, MD**

Mr. Crompton is a thrift examiner with the Office of Thrift Supervision ("OTS"), and was the examiner-in-charge of the January 1990 examination of First Annapolis. He was also the field manager for First Annapolis during the relevant period of time. The topics about which Mr. Crompton may testify include, among other things: Federal thrift regulation generally, including the examination process and the results of the examinations of First Annapolis in July 1988 and January 1990; First Annapolis' response to the findings of the two examinations; First Annapolis' operations and performance; First Annapolis' business plans and its compliance with those plans; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; and the regulation of both First Annapolis and Bancorp.

3. **Gregory B. Jones**
**Alpharetta, GA**

Mr. Jones was a supervisory agent for the FHLB-Atlanta and OTS with responsibility for the supervision of First Annapolis during the relevant time period. The topics about which Mr. Jones may testify include, among other things: Federal thrift regulation generally, including the examination process; regulation and examination of First Annapolis and Bancorp; First Annapolis' operations and performance; First Annapolis' business plans and its compliance with those plans; the economic conditions during the relevant time period, including the real estate

market and its effect upon First Annapolis; and his interactions with First Annapolis' management.

4. **David A. Kennedy, CPA**
**Atlanta, GA**

Mr. Kennedy is the CEO and Co-Chairman of alseT IP, an investment fund focused upon acquiring, or providing financing secured by, royalty interests. Mr. Kennedy is also the Founder of IPAC, LLC, an intellectual property investment and asset management company that provides strategic intellectual property consulting services related to intellectual property commercialization. In addition, IPAC provides expert testimony services related to damages for intellectual property infringement disputes and other complex commercial litigation disputes.

Prior to IPAC, Mr. Kennedy founded and was Managing Director of InteCap, an international consulting firm that advised clients on economic, valuation and strategy issues related to intellectual property and complex commercial disputes. Since 1985, Mr. Kennedy has served as an auditor, accountant, consultant and expert witness for clients that include banks, thrifts, and government agencies, among others. Mr. Kennedy's work in the financial institutions industry has involved auditing, calculating damages, bank and thrift valuations, loan loss reserve analyses, viability studies, and forensic accounting investigations. Prior to joining InteCap, Mr. Kennedy was a senior manager with an international accounting firm's financial institutions group. While with the public accounting firm, Mr. Kennedy participated in the annual audits of numerous financial institutions' financial statements and was involved in a number of operational reviews, acquisition due-diligence reviews, and other special projects. During this

time, Mr. Kennedy also gained substantial experience analyzing financial institution financial statements prepared on both a RAP and GAAP basis.

Mr. Kennedy will testify as to the matters set forth in his report submitted in this action. The topics about which Mr. Kennedy may testify include, among other things: accounting issues as they relate to the conversion of First Annapolis in 1988; the viability of First Annapolis but for the alleged breach; accounting issues as they relate to Bancorp's theories and calculation of restitution and lost profits; and in response to opinions expressed by plaintiff's experts.

5. **Rolf Nordstrom**
**West Bradenton, FL**

Mr. Nordstrom was a supervisory agent at the FHLB-Atlanta and OTS with responsibility for the supervision of First Annapolis during the relevant time period, and subsequently became an examiner with the OTS in 1990. The topics about which Mr. Nordstrom may testify include, among other things: Federal thrift regulation generally, including the examination process; regulation and examination of First Annapolis and Bancorp; First Annapolis' operations and performance; First Annapolis' business plans and its compliance with those plans; and his interactions with First Annapolis' management.

6. **Douglas A. Parran**
**Lusby, MD**

Mr. Parran served as the President of First Annapolis during the period of time from 1988-1990. He also served on the board of directors of both First Annapolis and Bancorp through 1990. The topics about which Mr. Parran may testify include, among other things: the policies, practices, and procedures of First Annapolis with respect to loan origination, including, but not limited to, underwriting standards and internal checks and controls; First Annapolis'

business plans and its compliance with those plans; First Annapolis' strategies for operation and growth and the success of those strategies; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; the 1988 and 1990 examinations of First Annapolis and its response to the examiners' findings; the response of both First Annapolis and Bancorp to FIRREA; and his interaction with First Annapolis' and Bancorp's regulators.

7. **Jean Rankin**
**LaGrange, GA**

Ms. Rankin was a supervisory agent for the FHLB-Atlanta and the OTS and was the applications manager in charge of holding company applications during 1988 to 1989. The topics about which Ms. Rankin may testify include, among other things: Federal thrift regulation generally, including the conversion application process; First Annapolis' business plan; and First Annapolis' and Bancorp's applications for conversion.

8. **John Ryan**
**Atlanta, GA**

Mr. Ryan is a Regional Director with the OTS in Atlanta. Mr. Ryan first became involved with First Annapolis in 1990. The topics about which Mr. Ryan may testify include, among other things: Federal thrift regulation generally; the nature and seriousness of the problems that the OTS found as a result of its examination of First Annapolis in January 1990; First Annapolis' response to the findings of the January 1990 examination; and his discussions with management of both First Annapolis and Bancorp in 1990.

**9. Alan C. Shapiro, Ph.D.**
**Pacific Palisades, CA**

Alan C. Shapiro is the Ivadelle and Theodore Johnson Professor of Banking and Finance, and past chairman of the Department of Finance and Business Economics, Marshall School of Business, University of Southern California. He received a B.A. in Mathematics from Rice University (1967) and a Ph.D. in Economics from Carnegie Mellon University (1971). Prior to joining USC in 1978, he was an Assistant Professor at the Wharton School of the University of Pennsylvania (1971-1978). He has also been a Visiting Professor at Yale University, UCLA, the U.S. Naval Academy, the Stockholm School of Economics, and the University of British Columbia.

Dr. Shapiro's teaching experience at these universities includes courses in corporate finance, international finance, international economics, corporate financial strategy, international banking, macroeconomics, and microeconomics, where he has won several teaching awards. Additionally, he has taught in numerous executive education programs, including programs sponsored by Yale University, the Wharton School, University of Southern California, UCLA, UC Berkeley, Columbia University, University of Hawaii, University of Washington, University of Melbourne, Stockholm School of Economics, and the American Management Association.

Dr. Shapiro has conducted numerous in-house training and executive programs for banks, corporations, government agencies, consulting firms, and law firms in the areas of corporate finance and international finance and economics.

In October 1993, he was recognized by *Business Week* as one of the ten most in-demand business school professors in the U.S. for in-house corporate executive education programs.

Dr. Shapiro's publication credits include over 50 articles in such leading academic and professional journals as the *Journal of Finance, Harvard Business Review, Columbia Journal of World Business, Journal of Financial and Quantitative Analysis, Review of Financial Studies, Journal of Business, Journal of International Money and Finance, Financial Management, Management Science*, and *Journal of Applied Corporate Finance*. In 1988 he was cited as one of the "100 Most Prolific Authors in Finance." He was also cited in 2005 in the *Journal of Finance Literature* as one of the most frequent contributors to the academic finance literature over the past 50 years. Another study published in 1991 ranked him as one of the most prolific contributors to international business literature.

Dr. Shapiro's article "Corporate Stakeholders and Corporate Finance," for which he and his co-author, Brad Cornell, received the 1987 Distinguished Applied Research Award from the Financial Management Association, is the most frequently cited article published in *Financial Management* since 1985.

He is a member of the American Finance Association, the American Economic Association, and the Financial Management Association.

Dr. Shapiro has published several books. These books include his textbook, *Multinational Financial Management* (John Wiley, 8th ed., 2006), which is in use in most of the leading MBA programs around the world; *Modern Corporate Finance* (Macmillan, 1990), cited by the *Journal of Finance* as potentially the "standard reference volume in corporate finance;" *Foundations of Multinational Financial Management* (John Wiley, 5th ed., 2005); *International Corporate Finance* (Ballinger, 1989); *Capital Budgeting and Investment Analysis*, (Prentice-Hall, 2005); and *Modern Corporate Finance: An Interdisciplinary Approach to Value Creation* (Prentice-

Hall, 2000), coauthored with Sheldon Balbirer. In addition, he has published two monographs, *International Corporate Finance: Survey and Synthesis* and *Foreign Exchange Risk Management*.

Dr. Shapiro has served as a director of the American Finance Association, the Academy of International Business, and the Western Finance Association.

Among the various government agencies and departments for whom he has consulted are the FBI, Federal Home Loan Bank System, Resolution Trust Corp., Internal Revenue Service, Department of Justice, Securities and Exchange Commission, Department of Energy, California Franchise Tax Board, New York State Department of Taxation and Finance, Massachusetts Department of Revenue, Alabama Department of Revenue, and Federal Deposit Insurance Corporation.

Dr. Shapiro has also consulted with numerous firms and banks, including Dow Chemical, Abbott Laboratories, Aetna, Anheuser-Busch, IBM, Caltex, Texas Instruments, Arco Chemical, NCR, GTE, SBC Communications, Scott Paper, Time Warner, Pacific Enterprises, Northrop Grumman, OKC, Computer Sciences Corporation, General Foods, Vulcan Materials, Flying Tiger Line, Wells Fargo, Pepsico, North Broken Hill, BankAmerica, and Citicorp. These assignments have involved analyzing various aspects of financial markets, financial institutions, and securities, including such matters as pricing stocks and bonds, corporate valuation, mergers and acquisitions, value-based management, and derivatives.

Dr. Shapiro also frequently serves as an expert witness in cases involving valuation of businesses and debt and equity securities, economic damages, S&Ls, economic substance, international finance, takeovers, financial analysis and accounting, and transfer pricing.

Dr. Shapiro is a director of Advanced Cell Technology, Inc., and currently serves as chairman of both its Audit and Compensation Committees. He also serves as a trustee of the Pacific Corporate Group Private Equity Fund as well as chairman of its Audit Committee. He is a past director of Remington Oil and Gas Corporation, where he served as chairman of both its Compensation Committee and its Audit Committee, a past director of OKC Corporation, and a past government-appointed director of Lincoln Federal Savings and Loan. He has also served as a member of the Advisory Board of LEK Consulting.

Dr. Shapiro will testify as to the matters set forth in his report submitted in this action. The topics about which Dr. Shapiro may testify include, among other things: the viability of First Annapolis but for the alleged breach; and economic issues as they relate to Bancorp's theories and calculation of restitution and lost profits.

**10. Park T. Zimmerman**
**Sandy Springs, GA**

Mr. Zimmerman is a former Regional Director for the FHLB-Atlanta, who was responsible for the regulation of First Annapolis during the relevant time period. The topics about which Mr. Zimmerman may testify include, among other things: Federal thrift regulation generally, including the examination process; the regulation of both First Annapolis and Bancorp; and First Annapolis' business plan and application for voluntary supervisory conversion.

Defendant reserves the right to call in its case-in-chief any witness on plaintiff's witness list and also reserves the right to call any rebuttal witnesses and any further witnesses necessary to lay the foundation for the admissibility of trial exhibits.

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Deputy Director

William Ryan

WILLIAM F. RYAN
Assistant Director

Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

December 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 27th day of December 2006, I caused to be served copies of the foregoing "DEFENDANT'S WITNESS LIST" by hand delivery to:

Dale A. Cooter, Esq.
Cooter, Mangold, Tompert & Karas, L.L.P.
5301 Wisconsin Ave., N.W.
Suite 500
Washington, D.C. 20015