# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRST ANNAPOLIS BANCORP, INC., Plaintiff, | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff-Intervenor, | |
| v. | Civil Action No. 94-522C |
| UNITED STATES OF AMERICA, Defendant. | Chief Judge Loren A. Smith |

**PLAINTIFF FIRST ANNAPOLIS BANCORP, INC.'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF FIRST ANNAPOLIS BANCORP, INC.**

Pursuant to Rule 33 of the Rules of the Court of Federal Claims and the Master Litigation Plan, Plaintiff First Annapolis Bancorp, Inc. ("Plaintiff"), hereby answers the Defendant United States' First Set of Interrogatories, and states as follows:

I. General Objections

A. Plaintiff objects to each definition, instruction, and request to the extent that it seeks information or documents which may be protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including the Privacy Act of 1974, 5 U.S.C. Sec. 552a.

B. Plaintiff objects to each definition, instruction, and request to the extent that it seeks to impose upon Plaintiff any

65. For each Count of your complaint, state the value, in dollars, of the damages you have suffered as a result of the conduct alleged in the Count.

Response: Plaintiff estimates that it has been damaged in excess of $100 million; however, Plaintiff has not completed its investigation and reserves the right to seasonably supplement this response.

66. For each of Count of your complaint, if you contend that the value of the damages suffered by plaintiff Bancorp exceeds zero dollars:

(a) Identify all facts supporting your contention.

(b) Identify all persons who have personal knowledge of the facts supporting your contention.

(c) Identify all documents supporting your contention.

(d) Identify all oral communications supporting your contention.

Response: See Answer to Interrogatory No. 65. Plaintiff further responds by incorporating the facts set forth in the Complaint. In addition, Plaintiff's investigation is not yet complete and Plaintiff reserves the right to seasonably supplement this response.

COOTER, MANGOLD, TOMPERT
& WAYSON, P.L.L.C.

Dale A Cooter /sent

Dale A. Cooter, Esq.
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202)537-0700
FAX: (202)364-3664

Attorney for Plaintiff
First Annapolis Bancorp, Inc.

Of Counsel:

Donna S. Mangold, Esq.
Elizabeth A. McFarland, Esq.
COOTER, MANGOLD, TOMPERT
& WAYSON, P.L.L.C.
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202)537-0700

Date: April 2, 1999

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury on this 2nd day of April, 1999, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of Plaintiffs Answers to First Set of Interrogatories to Plaintiff First Annapolis Bankcorp., Inc. and a computer disk, addressed as follows:

John Wright Carlisle
Senior Attorney
FDIC Legal Division
Receivership Goodwill Section
1910 Pacific Place, Room 5056
Dallas, TX 75201

James Anderson, Esq.
Trial Attorney
Commercial Litigation Brand
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

Elizabeth McFarland
Elizabeth A. McFarland

CALVERT COUNTY )
)
STATE OF MARYLAND )

**VERIFICATION**

I, Douglas A. Parran, Jr., former Executive Vice President and President of First Federal Savings and Loan Association of Annapolis, of First Annapolis Savings Bank, F.S.B., and/or of First Annapolis Bancorp, Inc., hereby certify under penalty of perjury, that the foregoing Plaintiff's Answers to Defendant's First Set of Interrogatories are true and correct to the best of my knowledge, information, and belief.

Douglas A. Parran, Jr.

Dated: 4-1-99, 1999

SUBSCRIBED AND SWORN TO before me this 1 day of April, 1999 by Douglas A. Parran, Jr.

NOTARY PUBLIC

My commission expires: 11-01-01

S:\WPDOCS\FIRSTANN\PLEADING\INTERROG.ANS.wpd 105