# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed February 7, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST ANNAPOLIS BANCORP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

Pursuant to the status conference held today, the Court hereby issues the following Orders:

1. Plaintiff shall file its Amended Memorandum of Contentions of Fact and Law no later than **February 14, 2007**.

2. Defendant shall file its Memorandum of Contentions of Fact and Law no later than **February 23, 2007**.

3. The parties shall file their motions in limine no later than **February 28, 2007**.

4. The parties shall file their responses to motions in limine no later than **March 5, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**