# In the United States Court of Federal Claims

**No. 94-522C**

**(Filed: February 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST ANNAPOLIS BANCORP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DIRECTING EXPEDITED BRIEFING**

---

The Court has received Defendant's motion for reconsideration, filed on February 9, 2007. In light of the upcoming trial date, the Court **ORDERS** expedited briefing on Defendant's motion. Plaintiff is directed to file its response to Defendant's motion no later than **February 20, 2007**. Defendant shall file its reply no later than **February 23, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**