**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S IDENTIFICATION OF EXPERT WITNESS**

In accordance with section V.B.1 of Winstar-related Procedural Order No. 2, defendant, the United States, hereby identifies the witness that it intends to call at trial, pursuant to Rule 702 of the Rules of Evidence, to offer expert testimony concerning plaintiff's newly asserted tax gross-up claim.

1. Grant M. Clowery, Ph.D.
   Certified Public Accountant
   Ceteris, Inc.
   Washington, D.C. 20037

   (a) A copy of Dr. Clowery's curriculum vitae is attached as Exhibit A.

   (b) The publications that Dr. Clowery authored in the past 10 years are identified on page 6 of his curriculum vitae attached as Exhibit A.

   (c) The compensation to be paid to Dr. Clowery for his work on this case is $400 per hour.

   (d) A list of other cases in which Dr. Clowery has testified at trial or by deposition, declaration, or affidavit within the preceding four years is identified on page 4 of his curriculum vitae attached as Exhibit A.

Pursuant to the Court's Order dated February 6, 2007, a written expert report prepared and signed by Dr. Clowery will be delivered to plaintiff by March 2, 2007, and shall contain all of the data required by section V.B.2.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

s/Jeanne E. Davidson

JEANNE E. DAVIDSON
Acting Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

February 20, 2007

CERTIFICATE OF FILING

I hereby certify that on February 20, 2007, a copy of the foregoing "DEFENDANT'S IDENTIFICATION OF EXPERT WITNESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans

CETERIS
*Transfer Pricing and Tax Valuation Expertise*

# Grant M. Clowery C.A., C.P.A., Ph.D., J.D.

Work: (202) 776-7717
Mobile: (202) 299-4641
Fax: (202) 776-7737
Email: grant.clowery@ceterisgroup.com

## Overview

Grant has over 35 years of experience consulting on accounting and economic matters, specializing in transfer pricing issues, auditing, calculation of damages, financial statement analysis, industrial organization, taxation and valuation. As a litigation consultant Grant has addressed such issues as the selection of accounting methods and financial reporting approaches, corporate tax shelters, audit failures, cost allocations, the valuation of both tangible and intangible assets, the determination of damages in a variety of contexts as well as dealing with accounting issues regarding oil pipelines.

## Experience

**Ceteris, Inc.**
Washington, DC.

**Managing Director** October 2006-Present

Responsible for providing transfer pricing, expert witness and economic consulting services to clients in the Washington D.C. metropolitan area and the surrounding Northeastern region of the United States.

**Clowery Consulting**
McLean, VA

**Proprietor** January 2000 - September 2006

Provided consulting services on accounting and economic matters, specializing in transfer pricing issues, auditing, calculation of damages, financial statement analysis, industrial organization, taxation and valuation.

**LECG**
Washington, DC.

**Affiliate** April 2000 - December 2000

Provided accounting and economic consulting services.

**Horst, Frisch, Clowery & Finan Incorporated**
Washington, DC.

**Managing Director** June 1992 - March 2000

Provided consulting services on accounting and economic matters, specializing in transfer pricing issues, auditing, calculation of damages, financial statement analysis, industrial organization, taxation and valuation.

**Independent Consultant**
Oak Park, IL

June 1991 to May 1992

Provided analyses and expert testimony involving transfer pricing.

**Lexecon, Inc.**
Chicago, IL

**Vice President** June 1989 to June 1991

Developed analyses for the resolution of disputes through litigation and alternative dispute resolution. Initially prepared testimony for expert witnesses and later testified myself as an expert in the calculation of damages.

**Coopers & Lybrand**
Detroit, MI

**Manager, International Tax Services** January 1988 to June 1989

As an international tax manager, advised clients on tax planning approaches to their various business situations involving international issues. Participated in the assessment of the annual income tax provision for a number of SEC clients.

**Price Waterhouse & Co.**
Montreal, Quebec

| | |
|---|---|
| **Audit Staff** | (June 1970 to June 1973) |
| **Tax Staff** | (July 1973 to August 1976) |
| **Supervisor** | (June 1975) |

Participated in a variety of engagements on audits as diverse as multinational resource firms, distillers, banks and a wide variety of smaller businesses.

## Education

MBA, University of Minnesota's Curtis Carlson School of Management, 1994
BA, Texas A&M University, 1987

Juris Doctor, George Mason University, School of Law, Arlington, Virginia (September 1996 to December 2001). .

Certified Public Accountant - State of Illinois, Certificate No. 51,379 Issued February 1990.

University of Chicago, Graduate School of Business, Chicago, Illinois (September 1976 to June 1982).

Ph.D. in Business Administration, August 1983, Accounting and Economics.
Dissertation - The Supply of and Demand for Accountants: An Empirical Analysis.

Masters of Business Administration, August 1979, Accounting and Economics.

Chartered Accountant - Province of Quebec, Admitted to Quebec Order of Chartered Accountants January 1973.

Babson College, Babson Park, Massachusetts (September 1967 to June 1970). Bachelor of Science in Business Administration (with Distinction). Finance.

## Teaching Experience

Northwestern University, J.L. Kellogg Graduate School of Management, Evanston, Illinois; Lecturer in Accounting and Information Systems (July 1991 to June 1992).

The University of Michigan, Graduate School of Business Administration, Ann Arbor, Michigan; Assistant Professor of Accounting (July 1982 to December 1987).

University of Chicago, Graduate School of Business, Chicago, Illinois; Lecturer in Accounting (June 1980 to June 1982).

## Prior Testimony, Affidavits & Expert Reports

**Tax Issues:**

*Northeast Savings, F.A. v. United States of America*, United States Court of Federal Claims, Case No. 92-550 C:
- Testimony of Grant M. Clowery (November 1, 2006);
- Report of Grant M. Clowery (January 20, 2004);
- Deposition of Grant M. Clowery (March 10, 2004).

*LaSalle Talman Bank, F.S.B. v.United States of America*, United States Court of Federal Claims, Case No. 92-652 C:
- Testimony of Grant M. Clowery (May, 2004);
- Report of Grant M. Clowery (December 12, 2003);
- Deposition of Grant M. Clowery (January 7, 2004).

*Framatome Connectors USA, Inc., v. Commissioner of Internal Revenue*, United States Tax Court, Docket No. 5030-98, 9160-99:
- Testimony of Grant M. Clowery (October 5, 2000);
- Report of Grant M. Clowery (September 5, 2000).

*ASA Investerings Partnership (Allied Signal Inc., Tax Matters Partner) v. Commissioner of Internal Revenue*, United States Tax Court, Docket No. 27320-96:
- Testimony of Grant M. Clowery (April 15, 1998);
- Report of Grant M. Clowery (February 6, 1998).

*Apple Computer Inc. and Consolidated Subsidiaries v. Commissioner of Internal Revenue*, United States Tax Court, Docket No. 21781-90:
- Testimony of Grant M. Clowery before the Special Arbitration Panel (August 3/4, 1993);
- Rebuttal Report of Grant M. Clowery for the Special Arbitration Panel (June 29, 1993);
- Report of Grant M. Clowery for the Special Arbitration Panel (April 15, 1993).

*National Semiconductor Corporation v. Commissioner of Internal Revenue*, United States Tax Court, Docket Nos. 4754-89 and 8031-90:
- Testimony of Grant M. Clowery (February 23 and 24, 1993);
- Rebuttal Report of Grant M. Clowery (January 15, 1993);
- Report of Grant M. Clowery (December 15, 1992).

*Seagate Technology, Inc. and Consolidated Subsidiaries v. Commissioner of Internal Revenue*, United States Tax Court, Docket No. 11660-90:
- Testimony of Grant M. Clowery (November 20, 1991);
- Report of Grant M. Clowery (October 4, 1991, revised November 15, 1991).

**Oil Pipeline Issues:**

*ARCO Transportation Alaska, Inc. et al. v. The State of Alaska*, Federal Energy Regulatory Commission, Docket No. IS 94-34-000 et al.:
- Prepared Direct Testimony of Grant M. Clowery (May 15, 1996);
- Deposition of Grant M. Clowery (June 17, 1996);
- Prepared Rebuttal Testimony of Grant M. Clowery (April 10, 1997).

*Amerada Hess Pipeline Corporation et al. v. The State of Alaska*, Federal Energy Regulatory Commission, Docket No. IS94-10-002 et al. (Phase II) and Alaska Public Utilities Commission, Docket No. P-94-1 (Phase II):

- Prepared Answering Testimony of Grant M. Clowery (March 14, 1995);
- Supplemental Prepared Answering Testimony of Grant M. Clowery (February 21, 1997);
- Deposition of Grant M. Clowery (May 13, 1997).

**Damage Issues:**

*Julie Lois Fuerth v. Lewis Ira Winarsky, et al.*, United States District Court, District of Maryland, Civil Action Number RWT 04CV3823:

- Report of Grant M. Clowery (June 4, 2005),
- Deposition of Grant M. Clowery (August 8, 2005).

*Janet Forbes and Marie Brown v. Oak Park Hospital Inc. and Dr. Robert Emanuele*, United States District Court, Northern District of Illinois, Eastern Division, No. 91-C-1446:

- Deposition of Grant M. Clowery (November 11, 1992);
- Report of Grant M. Clowery (March 23, 1992).

*B&H Manufacturing, Inc. v. Owens-Illinois Glass Container, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division, No. 1:88-cv-2077-GET:

- Testimony of Grant M. Clowery (March, 1991);
- Deposition of Grant M. Clowery (August 29, 1990).

*Total Communication Services, Inc. v. Seiscor Technologies, Inc. et al.*, United States District Court, Northern District of Illinois, Eastern Division, No. 88-C-8312:

- Deposition of Grant M. Clowery (August 2 and 3, 1990).

**Trade Issues:**

*Furfuryl Alcohol from the People's Republic of China and the Republic of South Africa* - Antidumping Investigation No. 731-TA-703-704:

- Appearance for Petitioner at Final Hearing before the United States International Trade Commission (May 3, 1995).

*Bicycles from the People's Republic of China* - Antidumping Investigation No. 731-TA-731:

- Appearance for Respondents at Preliminary Hearing before the United States
- International Trade Commission (April 11, 1995).

*Silicomanganese from Brazil, The People's Republic of China, Ukraine, and Venezuela* - Antidumping Investigation Nos. 731-TA-671-674:

- Appearance for Respondents at Final Hearing before the United States International Trade Commission (November 3, 1994).

**Other Issues:**

*Intercompany Transfer Pricing and Cost Sharing Regulations Under Section 482*, Hearing on Proposed Regulations (INTL-372-88; INTL-401-88):

- Comments of Grant M. Clowery before the United States Internal Revenue Service (August 31, 1992).

## Publications/Presentations

"*Use of Accounting and Managerial Data*", Chapter 6 in Chandler, Plotkin, Granfield, and Clowery, 889 T.M., Transfer Pricing: Economic, Managerial and Accounting Principles, Tax Management Inc. 1995.

"*The Super Royalty: A Suggested Regulatory Approach*" with Deloris R. Wright. Tax Notes, Vol. 36, Number 4, July 27, 1987.

"*Recent Developments in Computer Usage in the Teaching of Tax Courses*" with Debra M. White, Kevin M. Misiewicz and Jerrold J. Stern. Journal of the American Taxation Association, Spring 1987.

"*The Debate on Computing Corporate Effective Tax Rates - An Accounting View*" with Edmond Outslay and James E. Wheeler. Tax Notes, Vol. 30, No. 10, March 10, 1986.

"*Characteristics of the Individual Tax Model File and the Longitudinal Panel of Individual Returns*". Final Report, Arthur Young Research Foundation Program in Taxation, June 1985.

"*Real Estate Sale-Leasebacks: The Income Tax Aspects*" prepared for Real Estate Strategy Report, Commerce Clearing House, Inc. (unpublished working paper, currently unavailable).

## Affiliations and Memberships

American Institute of Certified Public Accountants
Illinois CPA Society
Greater Washington Society of CPAs
American Accounting Association
International Tax and Finance Forum