# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed February 20, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**FIRST ANNAPOLIS BANCORP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * **

---

**ORDER**

---

On February 16, 2007, Plaintiff filed its objections to Defendant's exhibit list. The Court **ORDERS** that Defendant shall file, no later than **February 23, 2007**, in conjunction with its memorandum of fact and law, a revised exhibit list that specifically indicates those exhibits Defendant does not plan to offer at trial, thereby rendering Plaintiff's objections moot. Defendant is further **ORDERED** to respond to any remaining objections no later than **March 2, 2007.**

.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**