**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S WITNESS LIST</u>**

Pursuant to paragraph 15 of Appendix A of the Rules of the United States Court of Federal Claims, and the Court's order dated February 7, 2007, defendant, the United States, respectfully submits the following list of witnesses we may call at trial, with the exception of those witnesses who may be called solely for impeachment or rebuttal purposes.

We respectfully reserve the right to revise or supplement this list as permitted by the Rules of this Court and the Court's orders. In particular, we reserve the right to call in our case-in-chief any witness on plaintiff's witness list. We also reserve the right to call any rebuttal witnesses and any further witnesses necessary to lay the foundation for the admissibility of any exhibits. In addition to the topics listed below, each witness may also testify regarding any topics that were the subjects of his or her prior testimony, including affidavits and depositions, and regarding documents presented at trial, and in rebuttal of the testimony offered by plaintiff at trial.

1. **David F. Cook**
Philadelphia, PA
(may call)

Mr. Cook was an executive vice president in charge of lending at First Annapolis during the period of time from December 1988 to December 1989. He also served on various committees while employed by First Annapolis. The topics about which Mr. Cook may testify include, among other things: the policies, practices, and procedures of First Annapolis with respect to loan origination, including, but not limited to, underwriting standards, internal checks and controls, and loan reserves; First Annapolis' business plans and its compliance with those plans; First Annapolis' strategies for operation and growth and the success of those strategies; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; and First Annapolis' overall financial condition.

2. **Grant M. Clowery, Ph.D.**
1601 N. Kent St.
Suite 1201
Arlington, VA 22209
(will call – estimated time for direct examination: 2 hours)

Dr. Clowery is a consultant on accounting and economic matters, specializing in, among other things, taxation. He possesses an MBA and a Ph.D. in business from the University of Chicago and a J.D. from George Mason University. In addition, Dr. Clowery has been a certified public accountant since 1990. Dr. Clowery will provide opinion testimony concerning the "tax gross-up" claim as described in his expert report, and in response to the testimony of G. Thomas Daugherty. Dr. Clowery will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions, as well as any testimony Mr. Daugherty provides in his deposition.

3. **William B. Crompton**
Annapolis, MD
(will call – estimated time for direct examination: 3 hours)

Mr. Crompton is a thrift examiner with the Office of Thrift Supervision ("OTS"), and was the examiner-in-charge of the January 1990 examination of First Annapolis. He was also the field manager for First Annapolis during the relevant period of time. The topics about which Mr. Crompton may testify include, among other things: Federal thrift regulation generally, including the examination process and the results of the examinations of First Annapolis in July 1988 and January 1990; First Annapolis' response to the findings of the two examinations; First Annapolis' operations and performance; First Annapolis' business plans and its compliance with those plans; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; and the regulation of both First Annapolis and Bancorp.

4. **Gregory B. Jones**
Alpharetta, GA
(will call – estimated time for direct examination: 4 hours)

Mr. Jones was a supervisory agent for the FHLB-Atlanta and OTS with responsibility for the supervision of First Annapolis during the relevant time period. The topics about which Mr. Jones may testify include, among other things: Federal thrift regulation generally, including the examination process; regulation and examination of First Annapolis and Bancorp; First Annapolis' operations and performance; First Annapolis' business plans and its compliance with those plans; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; and his interactions with First Annapolis' management.

5. **David A. Kennedy, CPA**
IPAC, LLC
1180 W. Peachtree St., Ste. 2400
Atlanta, GA, 30309
(will call – estimated time for direct examination: 5 hours)

Mr. Kennedy is the CEO and Co-Chairman of alseT-IP, an investment fund focused upon acquiring, or providing financing secured by, royalty interests. Mr. Kennedy is also the Founder of IPAC, LLC, an intellectual property investment and asset management company that provides strategic intellectual property consulting services related to intellectual property commercialization. In addition, IPAC provides expert testimony services related to damages for intellectual property infringement disputes and other complex commercial litigation disputes.

Prior to IPAC, Mr. Kennedy founded and was Managing Director of InteCap, an international consulting firm that advised clients on economic, valuation and strategy issues related to intellectual property and complex commercial disputes. Since 1985, Mr. Kennedy has served as an auditor, accountant, consultant and expert witness for clients that include banks, thrifts, and government agencies, among others. Mr. Kennedy's work in the financial institutions industry has involved auditing, calculating damages, bank and thrift valuations, loan loss reserve analyses, viability studies, and forensic accounting investigations. Prior to joining InteCap, Mr. Kennedy was a senior manager with an international accounting firm's financial institutions group. While with the public accounting firm, Mr. Kennedy participated in the annual audits of numerous financial institutions' financial statements and was involved in a number of operational reviews, acquisition due-diligence reviews, and other special projects. During this time, Mr. Kennedy also gained substantial experience analyzing financial institution financial statements prepared on both a RAP and GAAP basis.

Mr. Kennedy will testify as to the matters set forth in his report submitted in this action. The topics about which Mr. Kennedy may testify include, among other things: accounting issues as they relate to the conversion of First Annapolis in 1988; the viability of First Annapolis but for the alleged breach; accounting issues as they relate to Bancorp's theories and calculation of restitution and lost profits; and in response to opinions expressed by plaintiff's experts.

6. **Douglas A. Parran**
Lusby, MD
(will call – estimated time for direct examination: 2 hours)

Mr. Parran served as the President of First Annapolis during the period of time from 1988-1990. He also served on the board of directors of both First Annapolis and Bancorp through 1990. The topics about which Mr. Parran may testify include, among other things: the policies, practices, and procedures of First Annapolis with respect to loan origination, including, but not limited to, underwriting standards and internal checks and controls; First Annapolis' business plans and its compliance with those plans; First Annapolis' strategies for operation and growth and the success of those strategies; the economic conditions during the relevant time period, including the real estate market and its effect upon First Annapolis; the 1988 and 1990 examinations of First Annapolis and its response to the examiners' findings; the response of both First Annapolis and Bancorp to FIRREA; and his interaction with First Annapolis' and Bancorp's regulators.

7. **Alan C. Shapiro, Ph.D.**
Pacific Palisades, CA
(will call – estimated time for direct examination: 3 hours)

Professor Shapiro teaches banking and finance at the University of Southern California's Marshall School of Business. His academic pursuits have taken him to numerous national and

international universities as part of a faculty exchange, as a guest lecturer, or executive education programs as well as in-house training for dozens of banks, corporations, law firms and government agencies. Professor Shapiro serves as a director of Remington Oil and Gas Corporation, as trustee of the Pacific Corporate Group Equity Fund on the Advisory Board of LEK Consulting. He previously served, by government appointment, as a director of Lincoln Federal Savings and Loan Association.

Professor Shapiro is a frequent contributor to several leading journals including the Journal of Finance, Harvard Business Review and Columbia Journal of World Business. His texts, Multinational Financial Management and Modern Corporate Finance, are standards in business schools internationally. Professor Shapiro received his doctorate in economics from Carnegie Mellon University and his bachelors degree in mathematics from Rice University.

Professor Shapiro will testify as to the matters set forth in his report submitted in this action. The topics about which Professor Shapiro may testify also include, among other things: the economic impact of the breach upon Bancorp, the viability of First Annapolis but for the breach; and other economic issues as they relate to Bancorp's damages theories. Professor Shapiro may also testify in response to opinions expressed by plaintiffs' experts.

8. **Park T. Zimmerman**
Sandy Springs, GA
(may call)

Mr. Zimmerman is a former Regional Director for the FHLB-Atlanta, who was responsible for the regulation of First Annapolis during the relevant time period. The topics about which Mr. Zimmerman may testify include, among other things: Federal thrift regulation generally, including the examination process; the regulation of both First Annapolis and

Bancorp; and First Annapolis' business plan and application for voluntary supervisory conversion.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

February 23, 2007

CERTIFICATE OF FILING

I hereby certify that on February 23, 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans