**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING OF DEFENDANT'S EXHIBIT LIST FOR TRIAL**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, and the Court's orders dated February 7, 2007 and February 20, 2007, defendant, the United States, respectfully submits the attached list of exhibits we may use at trial, other than those to be used for impeachment or rebuttal. We also respectfully reserve the right to use exhibits on plaintiff's exhibit list, and reserve the right to supplement or amend this list in accordance with the Rules and orders of this Court or in order to rebut or address testimony offered by plaintiff.

Pursuant to the Court's Order dated February 20, 2007, we deleted from our exhibit list the exhibits that we do not plan to offer at trial, thereby rendering plaintiff's February 16, 2007 objections to those exhibits moot.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

February 23, 2007

## CERTIFICATE OF FILING

I hereby certify that on February 23, 2007, a copy of the foregoing "NOTICE OF FILING OF DEFENDANT'S EXHIBIT LIST FOR TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans