**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims and the Court's order dated February 7, 2007, defendant, the United States, respectfully submits the following objections to plaintiff's exhibits.

We respectfully reserve our right to object to any of plaintiff's exhibits upon grounds of relevance, hearsay, foundation, or to any other improper use at trial, and to the use of deposition transcripts for purposes other than impeachment.

In addition to these general objections, we have identified on the attached list our objections to specific exhibits. Pursuant to Appendix A, Rule 13(c)(2), of the Rules of this Court, defendant agrees to confer with plaintiff to resolve, if possible, any of the objections to the admission of exhibits to be used by plaintiff at trial.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

February 28, 2007

CERTIFICATE OF FILING

I hereby certify that on February 28, 2007, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans