**First Annapolis Bancorp, Inc. v. United States, 94-522C**
**Defendant's Objections to Plaintiff's Trial Exhibits** (filed January 16, 2007)

| PX No. | Date | Bates No. | Plaintiff's Description | Objection |
|---|---|---|---|---|
| 1 | 07/21/88 | Not provided | Federal Home Loan Bank Board Resolution No. 88-602 | A; B (JX 92) |
| 2 | 07/21/88 | Not provided | Federal Home Loan Bank Board Resolution No. 88-603 | A; B (JX 93) |
| 3 | 07/21/88 | Not provided | Letter from John F. Ghizzoni, Assistant Secretary, Federal Home Loan Bank Board, to Douglas A. Parran, Jr. | A; B (JX 91) |
| 4 | 08/05/88 | Not provided | Letter from Julie L. Williams, Deputy General Counsel, Federal Home Loan Bank Board, to Matthew Maloney, Esq. | A; B (JX 94) |
| 5 | 08/11/88 | Not provided | Letter from Betsy A. Brown, Supervisory Agent, Federal Home Loan Bank Board, to Douglas A. Parran | A; C (JX 95) |
| 6 | 08/12/88 | Not provided | Letter from Gregory B. Smith, Acting Secretary, Federal Home Loan Bank Board, to Douglas A. Parran | A; B (JX 98) |
| 7 | 08/12/88 | Not provided | Regulatory Capital Maintenance/Dividend Agreement | A; B (JX 99) |
| 8 | 10/21/87 | Not provided | Revised Regulatory Business Plan of First Federal Savings and Loan Association of Annapolis | A; C (JX 134) |
| 9 | 08/28/88 | Not provided | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | A<br>Hearsay |
| 10 | 02/09/89 | Not provided | Letter from Gregory B. Jones, Supervisory Agent to First Annapolis Savings Bank | A; B (JX 101) |
| 11 | Not provided | FA 18055 - FA 18062 | Certificate of Incorporation of First Annapolis Bancorp, Inc.* | |
| 12 | 08/12/88 | WOQ396 0321-0322 | First Annapolis Bancorp, Inc. Shareholder List* | B (DX 171); D Incomplete; Hearsay |
| 13 | | | INTENTIONALLY LEFT BLANK | |

**First Annapolis Bancorp, Inc. v. United States, 94-522C**
**Defendant's Objections to Plaintiff's Trial Exhibits** (filed January 16, 2007)

| PX No. | Date | Bates No. | Plaintiff's Description | Objection |
|---|---|---|---|---|
| 14 | | | INTENTIONALLY LEFT BLANK | |
| 15 | | | INTENTIONALLY LEFT BLANK_ | |
| 16 | | | INTENTIONALLY LEFT BLANK | |
| 17 | | | INTENTIONALLY LEFT BLANK | |
| 18 | | | INTENTIONALLY LEFT BLANK | |
| 19 | | | INTENTIONALLY LEFT BLANK | |
| 20 | | | INTENTIONALLY LEFT BLANK | |
| 21 | | | INTENTIONALLY LEFT BLANK | |
| 22 | | | INTENTIONALLY LEFT BLANK | |
| 23 | | | INTENTIONALLY LEFT BLANK | |
| 24 | | | INTENTIONALLY LEFT BLANK | |
| 25 | | | INTENTIONALLY LEFT BLANK | |
| 26 | | | INTENTIONALLY LEFT BLANK | |
| 27 | | | INTENTIONALLY LEFT BLANK | |
| 28 | | | INTENTIONALLY LEFT BLANK | |
| 29 | | | INTENTIONALLY LEFT BLANK | |
| 30 | | | INTENTIONALLY LEFT BLANK | |
| 31 | 12/31/88 | Not provided | First Annapolis Bancorp, Inc., Statement of Financial Condition | A<br>Authenticity; Incomplete; Hearsay |
| 32 | 01/05/90 | Not provided | Letter from First Annapolis Savings Bank, FSB to John Ryan, enclosing First Annapolis Savings Bank, FSB Capital Plan | A; C (DX 396) |
| 33 | | | INTENTIONALLY LEFT BLANK | |

**First Annapolis Bancorp, Inc. v. United States, 94-522C**
**Defendant's Objections to Plaintiff's Trial Exhibits** (filed January 16, 2007)

| PX No. | Date | Bates No. | Plaintiff's Description | Objection |
|---|---|---|---|---|
| 34 | | | INTENTIONALLY LEFT BLANK | |
| 35 | | | INTENTIONALLY LEFT BLANK | |
| 36 | 06/1989 | | First Annapolis Savings Bank, FSB Business Plan | A; C (DX 2183) |
| 37 | 07/31/88 | | Chart: Investments In Service Corporations | A; C (DX 2207) |
| 38 | 08/02/99 | | Chart: Income, Expense, and Net Income of Insured Savings Institutions | A; E<br>Relevance; Authenticity; Hearsay |
| 39 | 11/1988 | | First Annapolis Savings Bank, FSB Business Plan, November 1988 | A; C (JX 135) |
| 40 | 10/28/88 | | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | A; C (DX 252)<br>Hearsay |
| 41 | 11/02/88 | | Letter from Deloitte, Haskins & Sells to Board of Directors, First Annapolis Savings Bank* | A; C (DX 256)<br>Hearsay |
| 42 | 1989 | | First Annapolis Savings Bank, FSB, Statement of Operations, Calendar Year 1989* | A |
| 43 | | | Curriculum Vitae of Edward J. Heiden, Ph.D. | |
| 44 | 08/03/99 | | Expert Witness Report of Edward J. Heiden, Ph.D, dated August 3, 1999 | A; C (DX 2440)<br>Hearsay |
| 45 | 10/29/99 | | Expert Witness Report of Edward J. Heiden, Ph.D, dated October 29, 1999 and charts attached thereto | A; C (DX 2445)<br>Hearsay |
| 46 | | | Curriculum Vitae of Robert Litan, Ph.D. | |

| PX No. | Date | Bates No. | Plaintiff's Description | Objection |
|---|---|---|---|---|
| 47 | 10/29/99 | | Expert Witness Report of Robert Litan, Ph.D. dated October 29, 1999 and charts attached thereto | A; C (DX 2444)<br>Relevance, Hearsay |
| | | | | |
| | | | | |
| | | | | |
| | | | Any exhibit listed by Defendant to which Plaintiff has no objection | A<br>Hearsay; Vague; Overly Broad; Ambiguous |
| | | | Any exhibit necessary for rebuttal or impeachment | |
| | | | Any necessary demonstrative exhibit | A<br>Hearsay; Vague; Overly Broad; Ambiguous |

A. Plaintiff has failed to adequately identify the exhibit, including failing to provide us with either a Bates range, date, or possibly both, and we object on this basis. Without waiving said objection, we nevertheless have attempted to ascertain the particular exhibit to which plaintiff is referring and have made any objections to the exhibit on that basis. To the extent we have not identified the exhibit to which plaintiff intended to refer, we reserve the right to pose any further objections to plaintiff's actual exhibit.

B. The duplicate exhibit identified in parenthesis was admitted during the June 2006 trial. Although we sought a stipulation that all such documents are admitted for purposes of the scheduled March 2007 trial, plaintiff has not yet agreed to such a stipulation.

C. The duplicate exhibit identified in parenthesis was not admitted but is on Defendant's Exhibit List filed February 23, 2007.

D. We note further that DX 171 is a complete version of the exhibit to which plaintiff refers. We pose no objection to plaintiff's introduction of DX 171 which was also admitted during the June 2006 trial.

E. PX 38 appears to be a document derived from a website so we object to its reliability and genuineness as well.