# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed March 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**FIRST ANNAPOLIS BANCORP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * **

---

**ORDER**

---

On February 28, 2007, Defendant filed a "request for revision of deadlines" to file the report of expert witness Grant Clowery and to file any amendments to its Contentions of Fact and Law. Absent objection, Defendant's "request" is granted. Defendant shall have until **March 8, 2007** to file Mr. Clowery's expert report and any amendments to its Contentions of Fact and Law.

.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**