**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 94-522-C** |
| | ) | **(Judge Williams)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE**
**TO EXCLUDE RELIANCE DAMAGES**

Plaintiff, First Annapolis Bancorp, Inc. ("Bancorp"), by and through its undersigned counsel, hereby responds to Defendant's Motion in Limine to Exclude Reliance Damages:

In an effort to further streamline the trial of the damages phase of this case, Plaintiff has decided not to pursue a reliance theory of damages in this case. Plaintiff will pursue a claim for restitution with a tax gross-up.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter
Dale A. Cooter, Esq.
James E. Tompert, Esq.
5301 Wisconsin Avenue, NW, Suite 500
Washington, D.C. 20015

S:\WPDOCS\FIRST ANNAPOLIS\Pleadings\Opposition to Motion in Limine - (withdrawal re reliance damages).wpd

Tel: (202)537-0700
Fax: (202) 364-3664

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2007, a copy of the foregoing Response was filed electronically pursuant to the Electronic Case Filing procedures of the United States Court of Federal Claims, with service by Notice of Electronic Filing to the designated attorneys and parties of record.

s/Dale A. Cooter
Dale A. Cooter

S:\WPDOCS\FIRST ANNAPOLIS\Pleadings\Opposition to Motion in Limine - (withdrawal re reliance damages).wpd