# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed March 8, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

**FIRST ANNAPOLIS BANCORP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDERS

---

On March 2, 2007, Plaintiff filed a motion to admit deposition testimony of David Cook into the record. Because Mr. Cook has voluntarily agreed to testify at trial, the Court finds Plaintiff's motion to be moot.

On March 5, 2006, Defendant filed a motion, pursuant to Rule 45(b)(2) of the Rules of the U.S. Court of Federal Claims, for the Court to authorize Defendant to serve subpoenas upon Gregory B. Jones, Park T. Zimmerman, David F. Cook, and Douglas A. Parran. The Court GRANTS Defendant's motion. Defendant is hereby authorized to serve, to the extent it deems necessary, subpoenas to the above-mentioned individuals.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**