**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATIONS OF PRE-TRIAL AND TRIAL PROCEDURES**

Pursuant to Rules of the United States Court of Federal Claims ("RCFC") Appendix A, § VI., paragraphs 11, 14(c), and 17, plaintiff, First Annapolis Bancorp, Inc. ("Bancorp"), and defendant, the United States, respectfully submit this joint stipulation for the Court's review and, if acceptable, approval and entry as an order governing pre-trial and trial procedures.

1. Pursuant to the Court's Master Stipulation and Order dated December 7, 1999, all documents (other than handwritten notes) produced in discovery by any party in a Winstar-related case are presumed to be authentic, so long as the document bears an identification number pursuant to the Master Protective Order; however, any party may challenge this presumption with respect to a particular document for good cause shown. Handwritten notes include documents that are entirely handwritten and handwritten marginalia on typed or printed documents. Handwritten notes may be authenticated at trial in any manner permitted by the Federal Rules of Evidence.

2. If a witness, listed in either party's witness list, is necessary to support or negate the admissibility of a document to which an objection has been made, any party may call or recall, as the case may be, that witness to testify concerning the factual foundation relating to the admissibility of any document. Further, in the event that the admissibility of a document cannot

be supported or negated by a witness listed in either party's witness list, either party may call individuals not previously listed as witnesses for the sole purpose of establishing admissibility.

3. A party shall serve one copy electronically or two copies by hand of each demonstrative exhibit it intends to use with respect to a witness on direct or redirect examination no later than 48 hours before the exhibit is to be used. The following are not considered demonstratives for the purpose of this stipulation: copies of pages from exhibits or proposed exhibits, and copies of trial transcripts.

4. Each party may seek at trial to introduce into evidence exhibits from the list of the other party. A party does not waive objections to the introduction of an exhibit by the other party by listing it.

5. A party need not provide a synopsis or statement of significance for its exhibits, as required by RCFC Appendix A, unless the party intends to introduce more than 1,000 exhibits.

6. Each party shall provide opposing counsel with copies of all exhibits used with each witness at trial.

7. Nothing in this stipulation shall be construed as an agreement concerning the admissibility of any document at trial, or an agreement concerning the applicability of any Rule of Evidence other than the Rules governing authenticity of documents.

8. Defendant may elicit witness testimony out of turn from witnesses plaintiff calls during its case-in-chief without foreclosing defendant's ability to file a Rule 52(c) motion.

9. Any sequestration of witnesses ordered shall not apply to expert witnesses or a single party representative for each party.

10. All outstanding objections not expressly waived herein are reserved for trial.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
Tel: (202) 537-0700
FAX: (202) 364-3664

OF COUNSEL:
JAMES E. TOMPERT

Attorney for Plaintiff
First Annapolis Bancorp, Inc.

March 8, 2007

MICHAEL HERTZ
Deputy Assistant Attorney General

s/Jeanne E. Davidson

JEANNE E. DAVIDSON
Director

s/Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA SANCHEZ
Trial Attorneys

Attorneys for Defendant

March 8, 2007

SO ORDERED: ________________________________

MARY ELLEN COSTER WILLIAMS
Judge

______________

DATE

CERTIFICATE OF FILING

I hereby certify that on March 8, 2007, a copy of the foregoing "JOINT STIPULATIONS OF PRE-TRIAL AND TRIAL PROCEDURES " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard B. Evans