**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S FIRST AMENDMENT**
**TO ITS CONTENTIONS OF FACT AND LAW**

Pursuant to the Court's order dated March 1, 2007, defendant, the United States, respectfully submits the following amendments to its contentions of fact and law in response to plaintiff's tax gross-up claim.

## Contentions Of Fact

The following contentions of fact are in addition to those filed with the Court on February 23, 2007:

### XVII. Bancorp's Tax Gross-Up Claim Is Unfounded

169. According to Bancorp's alleged tax returns, it paid no Federal income taxes for tax years 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2003, 2004 and 2005. DXs 2481-2496.

170 As of December 31, 2005, Bancorp had available to it unused net operating loss carry-forwards ("NOLs") in the amount of $59,064,956. DX 2496.

171. A monetary recovery based upon a restitution theory is not includible in gross income, for Federal income tax purposes, because there is no economic gain. DX 2503 at 2.

172. When a monetary recovery based upon a lawsuit is treated as a replacement of capital, the damages received from the lawsuit are treated as a return of capital, and are not taxable as income. DX 2503 at 2.

**Contentions of Law**

The following contention of law is intended to replace paragraph 51 of the contentions of law filed with the Court on February 23, 2007:

51. The evidence will show that Bancorp's claimed tax gross-up rate of 38.62% is subject to numerous uncertainties. First, Bancorp fails to meet its burden of proof by relying upon the testimony of G. Thomas Daugherty, who did not consider the impact of Bancorp's available Net Operating Loss ("NOL") carryforwards when calculating the 38.62% rate. Deposition of G. Thomas Daugherty at 34. Second, Bancorp reports in its 2005 federal income tax return that it had at its disposal $59,064,956 in available NOL carryforwards. Id.; DX 2496. Pursuant to applicable authority, $59,064,394 of these NOL carryforwards would still be available as of December 31, 2006, after accounting for the $526 NOL claimed by Bancorp on its 2005 federal tax return. Id at 1, 3; See 26 U.S.C. § 172(b)(1); 26 C.F.R. § 1.172-1(e)(3). This amount not only exceeds Bancorp's claimed damages, but would also reduce dollar for dollar any taxable income that could result from this action. Finally, future tax law changes and additional tax benefits could further lower Bancorp's taxable income and marginal rate.

**Exhibits**

The attached list of exhibits are relevant to our defense to plaintiff's tax gross-up claim, and are in addition to the list of exhibits filed with the Court on February 23, 2007.

Respectfully submitted,

MICHAEL HERTZ
Deputy Assistant Attorney General

s/Jeanne E. Davidson

JEANNE E. DAVIDSON
Director

s/Richard B. Evans

RICHARD B. EVANS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
TIMOTHY ABRAHAM
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

March 8, 2007

CERTIFICATE OF FILING

I hereby certify that on March 8, 2007, a copy of the foregoing “DEFENDANT’S FIRST AMENDMENT TO ITS CONTENTIONS OF FACT AND LAW” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard B. Evans

**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO.[1] | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2479* | 03/07/2007 | | | Report of Grant M. Clowery |
| 2480* | xx/xx/1989 | | PFA013 0338-0415 | U.S. Corporation Income Tax Return, 1989 [Daugherty Deposition Exhibit 24] |
| 2481* | xx/xx/1990 | | PFA013 0315-0337 | U.S. Corporation Income Tax Return, 1990 [Daugherty Deposition Exhibit 23] |
| 2482* | xx/xx/1991 | | PFA013 0300-0314 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1991 [Daugherty Deposition Exhibit 22] |
| 2483* | xx/xx/1992 | | PFA013 0285-0299 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1992 [Daugherty Deposition Exhibit 21] |
| 2484* | xx/xx/1993 | | PFA013 0270-0284 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1993 [Daugherty Deposition Exhibit 20] |
| 2485* | xx/xx/1994 | | PFA013 0255-0269 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1994 [Daugherty Deposition Exhibit 19] |
| 2486* | xx/xx/1995 | | PFA013 0240-0254 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1995 [Daugherty Deposition Exhibit 18] |
| 2487* | xx/xx/1996 | | PFA013 0225-0239 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1996 [Daugherty Deposition Exhibit 17] |
| 2488* | xx/xx/1997 | | PFA013 0202-0224 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1997 [Daugherty Deposition Exhibit 16] |

[1] Pursuant to Appendix A, Paragraph 16, of the Rules of the Court of Federal Claims, this addition to Defendant's Exhibit List identifies with asterisks the exhibits defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this addition if the need arises.

**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO. | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2489* | xx/xx/1998 | | PFA013 0189-0201 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1998 [Daugherty Deposition Exhibit 15] |
| 2490* | xx/xx/1999 | | PFA013 0169-0188 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1999 [Daugherty Deposition Exhibit 14] |
| 2491* | xx/xx/2000 | | PFA013 0150-0168 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 2000 [Daugherty Deposition Exhibit 13] |
| 2492* | xx/xx/2001 | | PFA013 0130-0149 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 2001 [Daugherty Deposition Exhibit 12] |
| 2493* | xx/xx/2002 | | PFA013 0115-0129 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns 2002 [Daugherty Deposition Exhibit 11] |
| 2494* | xx/xx/2003 | | PFA013 0098-0114 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns 2003 [Daugherty Deposition Exhibit 10] |
| 2495* | xx/xx/2004 | | PFA013 0090-0097 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns 2004 [Daugherty Deposition Exhibit 9] |
| 2496* | xx/xx/2005 | | PFA013 0079-0089 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns for the Year Ended December 31, 2005 [Daugherty Deposition Exhibit 8] |
| 2497* | xx/xx/xxxx | | PFA013 0004 | 26 U.S.C.A. § 11 Tax Imposed (Printout from Westlaw) [Daugherty Deposition Exhibit 2] |
| 2498* | xx/xx/xxxx | | PFA013 0005 | U.S. Master Tax Guide, Rate of Taxation, ¶ 219, Graduated Tax Rates [Daugherty Deposition Exhibit 3] |

**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO. | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2499* | xx/xx/xxxx | | PFA013 0006 | Md. Code Ann. Title 10 (Income Tax), § 10-105, State Income Tax Rates [Daugherty Deposition Exhibit 4] |
| 2500* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2501* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2502* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2503* | 11/30/1981 | | | Revenue Ruling 81-277, Adjustment to Basis; Recovery from Contractor for Failure to Perform Under Construction Contract [Daugherty Deposition Exhibit 26] |