**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO.[1] | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2479* | 03/07/2007 | | | Report of Grant M. Clowery |
| 2480* | xx/xx/1989 | | PFA013 0338-0415 | U.S. Corporation Income Tax Return, 1989 [Daugherty Deposition Exhibit 24] |
| 2481* | xx/xx/1990 | | PFA013 0315-0337 | U.S. Corporation Income Tax Return, 1990 [Daugherty Deposition Exhibit 23] |
| 2482* | xx/xx/1991 | | PFA013 0300-0314 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1991 [Daugherty Deposition Exhibit 22] |
| 2483* | xx/xx/1992 | | PFA013 0285-0299 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1992 [Daugherty Deposition Exhibit 21] |
| 2484* | xx/xx/1993 | | PFA013 0270-0284 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1993 [Daugherty Deposition Exhibit 20] |
| 2485* | xx/xx/1994 | | PFA013 0255-0269 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1994 [Daugherty Deposition Exhibit 19] |
| 2486* | xx/xx/1995 | | PFA013 0240-0254 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1995 [Daugherty Deposition Exhibit 18] |
| 2487* | xx/xx/1996 | | PFA013 0225-0239 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 1996 [Daugherty Deposition Exhibit 17] |
| 2488* | xx/xx/1997 | | PFA013 0202-0224 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1997 [Daugherty Deposition Exhibit 16] |

[1] Pursuant to Appendix A, Paragraph 16, of the Rules of the Court of Federal Claims, this addition to Defendant's Exhibit List identifies with asterisks the exhibits defendant expects to introduce into evidence. Defendant may seek to introduce into evidence other documents on this addition if the need arises.

**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO. | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2489* | xx/xx/1998 | | PFA013 0189-0201 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1998 [Daugherty Deposition Exhibit 15] |
| 2490* | xx/xx/1999 | | PFA013 0169-0188 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 1999 [Daugherty Deposition Exhibit 14] |
| 2491* | xx/xx/2000 | | PFA013 0150-0168 | U.S. Corporation Income Tax Return and Maryland Corporation Income Tax Return, 2000 [Daugherty Deposition Exhibit 13] |
| 2492* | xx/xx/2001 | | PFA013 0130-0149 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns For the Year Ended December 31, 2001 [Daugherty Deposition Exhibit 12] |
| 2493* | xx/xx/2002 | | PFA013 0115-0129 | First Annapolis Bancorp, Inc. Corporation Income Tax Returns 2002 [Daugherty Deposition Exhibit 11] |
| 2494* | xx/xx/2003 | | PFA013 0098-0114 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns 2003 [Daugherty Deposition Exhibit 10] |
| 2495* | xx/xx/2004 | | PFA013 0090-0097 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns 2004 [Daugherty Deposition Exhibit 9] |
| 2496* | xx/xx/2005 | | PFA013 0079-0089 | First Annapolis Bancorp, Inc. C-Corporation Income Tax Returns for the Year Ended December 31, 2005 [Daugherty Deposition Exhibit 8] |
| 2497* | xx/xx/xxxx | | PFA013 0004 | 26 U.S.C.A. § 11 Tax Imposed (Printout from Westlaw) [Daugherty Deposition Exhibit 2] |
| 2498* | xx/xx/xxxx | | PFA013 0005 | U.S. Master Tax Guide, Rate of Taxation, ¶ 219, Graduated Tax Rates [Daugherty Deposition Exhibit 3] |

**FIRST ANNAPOLIS BANCORP, INC. v. UNITED STATES, 94-522C**
**DEFENDANT'S AMENDMENT AND ADDITIONS TO TRIAL EXHIBIT LIST – AS OF MARCH 8, 2007**

| DX NO. | DOC. DATE | PLAINTIFF/OTHER BATES NUMBERS | DEFENDANT BATES NUMBERS | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| 2499* | xx/xx/xxxx | | PFA013 0006 | Md. Code Ann. Title 10 (Income Tax), § 10-105, State Income Tax Rates [Daugherty Deposition Exhibit 4] |
| 2500* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2501* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2502* | | | | DELETED--INTENTIONALLY LEFT BLANK |
| 2503* | 11/30/1981 | | | Revenue Ruling 81-277, Adjustment to Basis; Recovery from Contractor for Failure to Perform Under Construction Contract [Daugherty Deposition Exhibit 26] |