**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Timothy J. Abraham as attorney of record for the United States in this case. Service of all papers by opposing parties should be addressed as follows:

Timothy J. Abraham
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 616-0477
Fax: (202) 353-7988

Attention: Classification Unit
8th Floor
1100 L St., N.W.

Dated: April 30, 2007

s/Timothy J. Abraham
TIMOTHY J. ABRAHAM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.,
Room 4046
Washington, D.C. 20530
Tel: (202) 616-0477
Fax: (202) 353-7988

Attention: Classification Unit
8th Floor
1100 L St., N.W.

## **CERTIFICATE OF FILING**

I hereby certify that on April 30, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy J. Abraham______