**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO POST-TRIAL BRIEFS**

Pursuant to Rule 6.1 of the Rules of the Court, defendant, the United States, respectfully requests an extension of time of 14 days, through and including July 23, 2007, for the Government and plaintiff, First Annapolis Bancorp, Inc. ("First Annapolis"), to file their responses to the post-trial briefs submitted by the parties on June 4, 2007. This is our first request for an extension of time for this purpose. The parties' responses are currently due to be filed on or before July 9, 2007.

The Government requests the 14-day extension to allow sufficient time to review and study the trial record and the issues presented in the parties' post-trial briefs. In addition, from June 25, 2007 to July 13, 2007, three members of our trial team, including our lead attorney, Timothy Abraham, are in Spokane, Washington, for the trial of Sterling Savings Association, et al., v. United States, 95-CV-00829 (Wheeler, J.). Further, the Government's lead attorney during trial transferred to another division of the Department of Justice, and Mr. Abraham recently became lead attorney on April 30, 2007. In the interest of fairness, we also request that First Annapolis be granted an identical extension to file its response to our post-trial brief, also currently due on July 9, 2007.

On June 26, 2007, counsel for the Government contacted James Tompert, counsel for First Annapolis, and he consented to this motion.

For these reasons, we respectfully request that our motion for an extension of time be granted.

Respectfully submitted,

MICHAEL HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

/s/ Timothy J. Abraham by Mark T. Pittman

TIMOTHY J. ABRAHAM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-7760
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
SCOTT AUSTIN
MELINDA HART
MARK T. PITTMAN
DELISA SANCHEZ
Trial Attorneys

June 27, 2007

**CERTIFICATE OF FILING**

I hereby certify that on June 27, 2007, a copy of the foregoing "CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO POST-TRIAL BRIEFS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark T. Pittman

Mark T. Pittman