# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed June 28, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**FIRST ANNAPOLIS BANCORP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO POST-TRIAL BRIEFS**

---

On June 27, 2007, Defendant filed a consent motion for an extension of time of 14 days, to and including **July 23, 2007**, for the parties to file their responses to the post-trial briefs submitted on June 4, 2007. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**