**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 94-522C** |
| **v.** | ) | **(Judge Williams)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION REGARDING SCHEDULING OF CLOSING ARGUMENT**

Pursuant to the Court's Order of March 30, 2007, defendant, the United States, respectfully submits the following information for the Court's consideration in scheduling closing argument.

On March 30, 2007, the Court established the briefing schedule for post-trial submissions. On April 30, 2007, the Government informed the plaintiff and the Court that its attorney of record, Richard B. Evans, was leaving the Commercial Litigation Branch to join the Public Integrity Section in the Criminal Division of the Department of Justice. On June 4, 2007, the parties filed their initial post-trial briefs. On July 9, 2007, the parties were to file their post-trial response briefs. The Government requested a two-week extension, which plaintiff did not oppose. The parties' post-trial response briefs are currently due on July 23, 2007.

The Government's current attorney of record, Timothy J. Abraham, will be starting a new position within the Department of Justice as an Assistant U.S. Attorney with the District of the U.S. Virgin Islands on August 6, 2007. If the Court desires oral argument after the filing of the post-trial response briefs, we respectfully request that the argument be scheduled prior to August 6, 2007. Of course, should the Court schedule argument after that date, the Government will

ensure that new counsel of record is prepared to address the issues and any questions the Court may have.

Respectfully submitted,

MICHAEL HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kenneth M. Dintzer/by Jeanne E. Davidson
KENNETH M. DINTZER
Assistant Director

s/Timothy J. Abraham
TIMOTHY J. ABRAHAM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0477
Facsimile: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:
SCOTT AUSTIN
MELINDA HART
MARK PITTMAN
DELISA M. SANCHEZ
Trial Attorneys

July 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on July 17, 2007, a copy of the foregoing "DEFENDANT'S MOTION REGARDING SCHEDULING OF CLOSING ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy J. Abraham