**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 94-522-C** **(Judge Williams)** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**
**REGARDING SCHEDULING OF CLOSING ARGUMENT**

The only position of the Plaintiff and its Counsel to the Defendant's Motion Regarding Scheduling Of Closing Argument is that of a tired old trial lawyer envious of Mr. Abraham's, seemingly dream posting. Our best to Mr. Abraham in his new position.

Respectfully submitted,

Dated: July 20, 2007

COOTER, MANGOLD, TOMPERT & KARAS, L.L.P.

s/Dale A. Cooter

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, D.C. 20015
Tel:(202)537-0700

*Attorney for Plaintiff*
*First Annapolis Bancorp, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of July 2007, a copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION REGARDING SCHEDULING OF CLOSING ARGUMENT** was filed electronically pursuant to the Electronic Case Filing procedures of the United States Court of Federal Claims, with service by Notice of Electronic Filing to the designated attorneys and parties of record.

s/Dale A. Cooter

Dale A. Cooter