# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed July 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * *
**FIRST ANNAPOLIS BANCORP, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On July 17, 2007, Defendant filed a motion to schedule closing arguments prior to August 6, 2007, the date counsel for Defendant is transferring to a new position. Plaintiff does not object to Defendant's motion. Accordingly, the Court ORDERS that closing arguments will take place on **August 3, 2007 at 10 AM**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Pl., NW, Washington, DC. Each party shall have a maximum of 45 minutes each to deliver its argument.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**