**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIRST ANNAPOLIS BANCORP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 94-522C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of SCOTT D. AUSTIN as attorney of record for the United States. Mr. Austin replaces Mr. Timothy J. Abraham in this action. Service of all papers by opposing parties should be addressed as follows:

SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, NW

Dated: August 9, 2007

/s/ Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-0317
Fax: (202) 305-7643
Attorney for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 9, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott D. Austin
Scott D. Austin