**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD**

Plaintiff, First Annapolis Bancorp, Inc. ("Bancorp"), by and through counsel, moves to the supplement the record herein to include a Request for Payment of Corporation Income Tax dated September 10, 2007 that it received from the Internal Revenue Service, and as grounds therefore states as follows.

1. At the trial on damages in March of this year, the Government argued that Bancorp is not entitled to a tax gross-up in this case because any award of damages would be a non-taxable recovery.

2. In its Reply Brief that it filed on July 23, 2007, the Government argued that "[e]ven if Bancorp files an inaccurate tax return unnecessarily reporting an award from this case as taxable income, when such an award is a non-taxable capital recovery, this error would not likely result in a tax liability for Bancorp." Defendant's Response to Plaintiff's Post-Trial Brief at 64. The Government explained that if Bancorp filed a tax return reporting the recovery as taxable income, the return would be subject to an audit, and, if there was an audit, the IRS would "undoubtedly discover a capital recovery was incorrectly reported as taxable income, and any resulting tax payment would be refunded to Bancorp." Id. The Government concluded by stating that "[c]onsequently, even if an inaccurate tax return is filed by Bancorp, no tax liability will likely result." Id.

3. On September 12, 2007, the Internal Revenue Service ("IRS") sent a Request for Payment of Corporation Income Tax to Bancorp, a copy of which is attached hereto as Exhibit A.

4. In that request, the IRS stated that, based on the amount of taxable income reported on the 1989 tax return, Bancorp owed $52,076.25 in corporation income tax for the tax period ending December 31, 1989. See Exhibit A.

5. Thereafter, on October 15, 2007, the IRS sent a collection notice to Bancorp, marked "**Urgent!!**," stating that "**We intend to levy on certain assets. Please respond NOW**." A copy of this notice is attached as Exhibit B. The Notice explains that the IRS seeks to collect the amount of $52,076.25 for the tax period ending December 31, 1989, set forth in the Request for Payment of Corporation Income Tax, Exhibit A hereto.

6. The record should be supplemented to include these documents because they contradict the argument made by the Government in its Reply Brief. They are evidence that the Government would treat an award in this case as taxable income and would seek to collect the tax on that income. As it did for the 1989 return, in the event there was a recovery in this case, the IRS would merely treat the taxable income reported on Bancorp's tax return as taxable income and seek to collect any outstanding tax that has not been paid.

WHEREFORE, Plaintiff First Annapolis Bancorp, Inc., respectfully requests that its Motion to Supplement the Record be granted.

Dated: November 16, 2007

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

s/Dale A. Cooter
Dale A. Cooter, Esq,
James E. Tompert, Esq.
5301 Wisconsin Avenue, NW, Suite 500
Washington, D.C. 20015
Tel: (202) 537-0700
Facsimile: (202)364-3664

*Attorneys for Plaintiff*
*First Annapolis Bancorp, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2007, a copy of the foregoing Motion and exhibits was filed electronically pursuant to the Electronic Case Filing procedures of the United States Court of Federal Claims, with service by Notice of Electronic Filing to the designated attorneys and parties of record.

s/Dale A. Cooter
Dale A. Cooter

# EXHIBIT A

JU 02 198912 670 5223
200735 006818 20764 IRS USE ONLY

17311-111-56400-7 B0024408 161
521552632 SB N

Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0039

For assistance, call:
1-800-829-0115

**Notice Number:** CP161
**Date:** September 10, 2007

**Taxpayer Identification Number:**
52-1552632
**Tax Form:** 1120
**Tax Period:** December 31, 1989

000268.369769.0004.001 2 MB 0.485 1022

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

00268

Request for Payment Corporation Income Tax

Our records show you owe $52,076.25 on your return for the above tax period.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by **October 1, 2007.** Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice. If you are enrolled in the Electronic Federal Tax Payment System (EFTPS), you may use that method to make your payment.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $41,661.00 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $41,661.00 |
| Penalty | $10,415.25 |
| Interest | $.00 |
| Amount You Owe | **$52,076.25** |

If you are an employer required to withhold federal income, Social Security (or railroad retirement), and Medicare taxes from your employees' wages or salaries, you could be liable for certain unpaid federal taxes. See the enclosed Notice 784.

For tax forms, instructions and information visit www.irs.gov. (Access to this site will not provide you with your specific taxpayer account information.)

Seq. No.: B0024408 CP: 161
TIN: 52-1552632 Form: 1120 Tax Period: December 31, 1989

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement,* and (2) send it to the IRS Service Center where you filed your return.

00268

# EXHIBIT B

011064 198912 SBN

Notice Number: CP 504
Notice Date: 10-15-2007

**SSN/EIN:** 52-1552632
**Caller ID:**

IRS Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0030

7105 5678 7188 6614 5485

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

*521552632221*

040663

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1120 | Tax Period: 12-31-1989

| | |
|---|---|
| **Current Balance:** | $52,076.25 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Questions? Call us at **1-800-829-0115**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 10-15-2007

*write on your check:*

| | | |
|---|---|---|
| 1120 | 12-31-1989 | 52-1552632 |

Amount Due: $52,076.25

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service
KANSAS CITY, MO 64999-0202

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

521552632 JU FIRS 02 2 198912 670 00005207625

52-1552632
FIRS

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalty: $0.00

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

IRS Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0030

7105 5678 7188 6614 5485

Notice Number: CP504

040663.379429.0298.007 2 AT 0.459 1695

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

*521552632221*

030663

This notice contains two pre-addressed coupons for your convenience. Please detach the appropriate coupon and return to us in the envelope provided. Please refer to the information below to determine the correct address:

| To send **correspondence** regarding this account with **NO** payment | To send a **payment** or correspondence with a payment |
|---|---|
| Use the coupon addressed to: | Use the coupon addressed to: |
| Internal Revenue Service<br>P.O. BOX 16236<br>PHILADELPHIA, PA 19114-0236 | Internal Revenue Service<br>KANSAS CITY, MO 64999-0202 |

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ____________________________________ | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Supplement the Record, and the opposition thereto, it is this _______ day of ________________2007 hereby

ORDERED, that said Motion is granted, and it is further

ORDERED, that Request for Payment of Corporation Income Tax from the Internal Revenue Service dated September 10, 2007 attached to the Motion as Exhibit A and the collection notice from the Internal Revenue Service dated October 15, 2007, attached to the Motion as Exhibit B, are hereby deemed and adjudged to be part of the record herein.

____________________________________
United States Court of Federal Claims

CC: Counsel of Record