# EXHIBIT A

5-11-2000 8:32AM FROM P. 2

JU 02 198912 670 5223
200735 006818 20764 IRS USE ONLY

17311-111-56400-7 B0024408 161
521552632 SB N

Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0039

For assistance, call:
1-800-829-0115

**Notice Number:** CP161
**Date:** September 10, 2007

**Taxpayer Identification Number:**
52-1552632
**Tax Form:** 1120
**Tax Period:** December 31, 1989

000268.369769.0004.001 2 MB 0.485 1022

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

00268

Request for Payment Corporation Income Tax

Our records show you owe $52,076.25 on your return for the above tax period.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by **October 1, 2007.** Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice. If you are enrolled in the Electronic Federal Tax Payment System (EFTPS), you may use that method to make your payment.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $41,661.00 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $41,661.00 |
| Penalty | $10,415.25 |
| Interest | $.00 |
| Amount You Owe | **$52,076.25** |

If you are an employer required to withhold federal income, Social Security (or railroad retirement), and Medicare taxes from your employees' wages or salaries, you could be liable for certain unpaid federal taxes. See the enclosed Notice 784.

For tax forms, instructions and information visit www.irs.gov. (Access to this site will not provide you with your specific taxpayer account information.)

Seq. No.: B0024408 CP: 161
TIN: 52-1552632 Form: 1120 Tax Period: December 31, 1989

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*, and (2) send it to the IRS Service Center where you filed your return.

00268