# EXHIBIT B

011064 198912 SBN

IRS Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0030

Notice Number: CP 504
Notice Date: 10-15-2007
SSN/EIN: 52-1552632
Caller ID:

7105 5678 7188 6614 5485

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

*521552632221*

040663

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1120 | Tax Period: 12-31-1989

| | |
|---|---|
| **Current Balance:** | $52,076.25 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions? Call us at **1-800-829-0115**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 10-15-2007

*write on your check:*

| | | |
|---|---|---|
| 1120 | 12-31-1989 | 52-1552632 |

Amount Due: $52,076.25

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service
KANSAS CITY, MO 64999-0202

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

521552632 JU FIRS 02 2 198912 670 00005207625

52-1552632
FIRS

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalty: $0.00

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

IRS Department of the Treasury
Internal Revenue Service
PHILADELPHIA, PA 19154-0030

7105 5678 7188 6614 5485

Notice Number: CP504

040663.379429.0298.007 2 AT 0.459 1695

FIRST ANNAPOLIS BANCORP INC
PO BOX 527
SHADY SIDE MD 20764-0527278

*521552632221*

040663

This notice contains two pre-addressed coupons for your convenience. Please detach the appropriate coupon and return to us in the envelope provided. Please refer to the information below to determine the correct address:

| | |
|---|---|
| To send **correspondence** regarding this account with **NO** payment | To send a **payment** or correspondence with a payment |
| Use the coupon addressed to: | Use the coupon addressed to: |
| Internal Revenue Service<br>P.O. BOX 16236<br>PHILADELPHIA, PA 19114-0236 | Internal Revenue Service<br>KANSAS CITY, MO 64999-0202 |