**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ___________________________________ | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Supplement the Record, and the opposition thereto, it is this _______ day of ________________2007 hereby

ORDERED, that said Motion is granted, and it is further

ORDERED, that Request for Payment of Corporation Income Tax from the Internal Revenue Service dated September 10, 2007 attached to the Motion as Exhibit A and the collection notice from the Internal Revenue Service dated October 15, 2007, attached to the Motion as Exhibit B, are hereby deemed and adjudged to be part of the record herein.

___________________________________
United States Court of Federal Claims

CC: Counsel of Record