**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FIRST ANNAPOLIS BANCORP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 94-522C** |
| | ) | **(Judge Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL AUTHORITY**

Plaintiff, First Annapolis Bancorp, Inc., by and through its undersigned counsel, respectfully requests leave to submit this notice of supplemental authority regarding its post trial briefs filed August 24, 2007, July 23, 2007 and June 4, 2007.

In each of its post trial briefs, the Plaintiff relied on the Court of Federal Claims decision in *Amber Resources Co. v. United States*, 73 Fed. Cl. 738 (2006). This notice of supplemental authority is to apprise the Court and the Government that the Federal Circuit has now affirmed that decision in *Amber Resources Co. v. U.S.*, --- F.3d ----, 2008 WL 3891567 (Fed.Cir. Aug 25, 2008) (NO. 2007-5047, 2007-5082), attached as Exhibit A.

Dated: August 26, 2008

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.

/s/ Dale A. Cooter
Dale A. Cooter, Esq.
5301 Wisconsin Avenue, NW
Suite 500
Washington, D.C. 20015
Tel: (202)537-0700
Fax: (202) 364-3664
*Attorney for Plaintiff*
*First Annapolis Bancorp, Inc.*

Of Counsel:

Donna S. Mangold, Esq.
James E. Tompert, Esq.
COOTER, MANGOLD, TOMPERT
& KARAS, L.L.P.
5301 Wisconsin Avenue, NW
Suite 500
Washington, D.C. 20015
Tel: (202)537-0700
Fax: (202)364-3664

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2008, a copy of First Annapolis Bancorp, Inc.'s Motion for Leave to File Supplemental Authority was served through the Court's electronic service/filing system on:

Scott D. Austin
Scott.Austin@usdoj.gov
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor
1100 L Street, NW

*Attorneys for Defendant United States*

/s/ Dale A. Cooter
Dale A. Cooter