# In the United States Court of Federal Claims

**No. 94-522C**
**(Filed August 28, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**FIRST ANNAPOLIS BANCORP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 26, 2008, Plaintiff filed a motion for leave to file supplemental authority in support of its post trial briefs. In these post trial briefs Plaintiff relied on the Court of Federal Claims decision in Amber Resources Co. v. United States, 73 Fed. Cl. 738 (2006). Plaintiff requests leave to file this notice of supplemental authority to apprise the Court that the Federal Circuit has affirmed that decision in Amber Resources Co. v. United States, --- F.3d ---, 2008 WL 3891567 (Fed. Cir. Aug. 25, 2008).

In light of the Federal Circuit's decision, the Court invites the parties to file a short supplemental brief, no later than **September 12, 2008**, addressing the ruling and how it impacts the availability of restitution damages in this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**